UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Leo Riot, individually and as Trustee and Trust Administrator, on behalf of Quasar Spendthrift Trust, and Day Traders LLC, <br>    *Plaintiffs, Counterclaim Defendants,* <br><br> v. <br><br> Apex Trader Funding Inc., Darrell Roland Martin, Anthony Todd Johnson, Bryan Wirth, and John Mark Skelton, <br>    *Defendants, Counterclaim Plaintiff, Third-Party Plaintiff,* <br><br> v. <br><br> MKNET LLC, <br>    *Third-Party Defendants.* | § § § § § § § § § § § § § § § § § § § § | Case No. 1:24-CV-01557-ADA |

**ORDER**

**IT IS HEREBY ORDERED** that this action is set for a hearing on Apex Trader Funding's Opposed Motion for Contempt of the Court's Temporary Restraining Order and for Sanctions (Dkt. 33) and Apex Trader Funding's Second Motion for Contempt and to Compel Forensic Examination (Dkt. 93) in Courtroom 5, on the 6th Floor, United States Courthouse, 501 West 5th Street, Austin, TX, on **April 7, 2025, at 9:30 AM.**

**SIGNED** on March 14, 2025.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE