**FILED**
May 13, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **LEO RIOT, INDIVIDUALLY AND AS TRUSTEE AND TRUST ADMINISTRATOR, ON BEHALF OF QUASAR SPENDTHRIFT TRUST, AND DAY TRADERS LLC**<br><br>Plaintiffs, Counterclaim Defendants,<br><br>v.<br><br>**APEX TRADER FUNDING INC., ET AL.,**<br><br>Defendants, Counterclaim Plaintiff,<br><br>v.<br><br>**MKNET, LLC**<br><br>Third-Party Defendant. | Civil Action No. 1:24-CV-1557-ADA |

**ORDER GRANTING AGREED AND JOINT MOTION
FOR ENTRY OF CASE SCHEDULE**

Before the Court is an Agreed and Joint Motion for Entry of Case Schedule. After considering the motion, the Court concludes that the motion should be, and it is hereby, **GRANTED**. Accordingly, the Court **ORDERS** that the following case schedule will govern deadlines up to and including the trial of this matter.

| Deadline | Item |
|---|---|
| May 6, 2025 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| June 17, 2025 | Deadline to add parties. |
| June 17, 2025 | Deadline to amend pleadings. A motion is not required unless the amendment adds claims. (Note: This includes amendments in response to a 12(c) motion.) |

| Deadline | Item |
| --- | --- |
| August 1, 2025 | Close of Fact Discovery. |
| August 13, 2025 | Opening Expert Reports. |
| September 3, 2025 | Rebuttal Expert Reports. |
| September 17, 2025 | Close of Expert Discovery. |
| October 8, 2025 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| Dec. 2, 2025 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| Dec. 16, 2025 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Dec. 29, 2025<br><br>8 weeks before trial | Parties to jointly email the Court's law clerk to confirm their pretrial conference and trial dates. |
| Jan. 5, 2026 | Serve objections to rebuttal disclosures; file motions *in limine*. |
| Jan. 12, 2026 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine*. |
| Jan. 16, 2026 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to file replies to motions *in limine*. |
| Jan. 21, 2026 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Jan 27, 2026<br><br>3 business days before Final Pretrial Conference. | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |

| **Deadline** | **Item** |
| --- | --- |
| Feb. 6, 2026 at 1:30 PM | Final Pretrial Conference. Held in person unless otherwise requested. |
| Feb. 23, 2026 | Jury Selection/Trial at 9:00 AM |

**SIGNED** on May 13, 2025.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE