# EXHIBIT 5

U.S. DISTRICT COURTS
TEXAS WESTERN DISTRICT COURT
CASE NO.: 1:24-cv-01557ADA


LEO RIOT, et al.,

        Plaintiffs,

vs.

APEX TRADER FUNDING, INC., et al.,

        Defendants.
_____


AUDIO RECORDING

      FILE NAME: Tab 14a -- 2024.03.21 QST00347764

      DATE TAKEN: MARCH 21, 2024


Transcribed By:  JANENE CLEARY
                RPR No. 7318

Page 2

INDEX TO EXAMINATION

                                                        PAGE
RECORDING                                                  3
CERTIFICATE OF TRANSCRIPTIONIST                          160

Page 3

(Audio recording begins.)

JOHN SKELTON:  Don't have a beer with Dan.  You hang out with Dan and you're fucking worthless for like three days.

DARRELL MARTIN:  You have a cooler of beer.

DAN COOK:  Guys, that doesn't even sound accurate at all.

JOHN SKELTON:  You're worthless for like three days.  Although, I have to say he was here for like two weeks, and we -- we only went out for a little bit one night, like, and didn't even have that many.  Like, we didn't have time.

DAN COOK:  No.  We literally had -- I think we literally had one beer.  I think I had one Modello.  And you -- you had one drink, but I think they brought it in like that five-gallon pitcher thing.  So I think you might have made a -- about a half an inch dent in it.

JOHN SKELTON:  Yeah, the margarita at the Mexican food place, yeah.  Yeah.

DAN COOK:  But, yeah.  No.  It was a good catchup.  And, yeah, as you -- as you guys know, I got to spend a couple of weeks with John.  But Leo, Darrell, I haven't caught up with you guys at all.  I know --

LEO RIOT:  Yeah.

DAN COOK:  -- we have all been swamped.  I know Jackie was having some health issues.  And so I didn't want to pester anybody.  And, Leo, I know you were -- you were swamped, and,

Page 4

hopefully, you had a good -- were you on a cruise, Leo?

LEO RIOT:  Took a cruise, yes.  It was beautiful.  I loved it.

DAN COOK:  Oh, nice.  Where'd you guys go?

LEO RIOT:  It was Honduras.  Then it was Mexico.  And then, Bahamas.  And it was -- the weather was beautiful.  The food in the cruise was amazing.  And just everyone was happy, just no -- no fights.  Everyone was just happy, you know.  Like it was the Royal Caribbean.  So the -- like, the kind of people and cliental is like a little bit high-end.  So, like, you get to meet, like, owners and managers of big companies, and you get to talk to them.  And it was pretty nice.

DAN COOK:  That's awesome because that's -- I mean, it should be a relaxing, fun vacation.  But then when you also get to meet people, like my -- my ex-wife and I, when we were married, not -- not so much recently, but we would go to like -- we went to like Four Seasons Wailea, on the big island.

JOHN SKELTON:  Nice.

DAN COOK:  We tried to make it there every couple of years, and then it was always a great vacation.  And we always, you know, had a great time together.  There was literally nothing to argue about.  But one of the other things, I, like, met so many cool people because it's a pretty high-end resort, that are like owners of companies.  And just talking to them about different industries and getting insight --

Page 5

LEO RIOT:  Right.  Yeah.

DAN COOK:  -- it's hugely valuable.

LEO RIOT:  For sure, yeah.  That's -- that's the reason why I loved going over there.  It's -- it was one of -- it is the biggest cruise.  It's called Icon of the Seas, which just came out like three months ago.  So the tickets were a little bit more expensive.  And the people and the weather, everything, the food, everything was beautiful.  I loved it.  Yeah.

DAN COOK:  Oh, yeah.  It's -- it's so worth it, though.  Everybody needs that time to, like, just get away and log off.  So that's awesome.

JOHN SKELTON:  Leo.

LEO RIOT:  Yeah.  What's up?

JOHN SKELTON:  Are you talking about this?  That's what you were on?

LEO RIOT:  Yeah, that's the one.

JOHN SKELTON:  Oh, fuck.

DAN COOK:  Holy shit.  That's freaking insane.  Wow.

JOHN SKELTON:  That's a floating -- that's a floating city, dude.

LEO RIOT:  Yeah, it's an entire --

DAN COOK:  How does it not tip over?  Shit.

JOHN SKELTON:  Oh, my God.

DAN COOK:  Okay.  When you're saying the biggest, like

Page 6

1  I was picturing, you know, like a big, big boat with, like, you
2  know, a bunch of, like, pools.  And this is --
3       DARRELL MARTIN:  I've seen like TikTok videos of this
4  ship.
5       LEO RIOT:  Yeah.  So it just came out like three
6  months ago, yeah.
7       DAN COOK:  Wow.
8       JOHN SKELTON:  Oh, shit.
9       DAN COOK:  I like -- literally, like, if somebody just
10  sent me this picture and said, hey, I'm taking a cruise, I would
11  be like, that's awesome.  Somebody photoshopped that.  That --
12       JOHN SKELTON:  This doesn't look -- it doesn't look
13  real.
14       DAN COOK:  Yeah, that's what -- I mean, is that a wave
15  pool on the deck?
16       LEO RIOT:  It's got surfing inside the boat.  It's got
17  many pools.  It's got casinos.  It's got movie theater, gym.
18  It's got everything you want.
19       JOHN SKELTON:  Why the fuck did you come back.
20       DAN COOK:  Yeah, you could literally spend six months
21  on that boat and probably not even see it all.
22       LEO RIOT:  Correct.  Yeah.  So we had a lot of shows.
23  Like in Vegas, like, we have Cirque De Solei, but they have
24  something similar.  But not that big, but similar.  And they had
25  ice skating shows, and, yeah, like, everything you want, it's

Page 7

1  right there.
2       DAN COOK:  I'd actually love to meet the engineers
3  that put all that together?  I mean --
4       LEO RIOT:  It's insane.  Yeah, it was made in Finland.
5  Yeah.
6       JOHN SKELTON:  It's, like -- you know, I know it's --
7  I've never been on a cruise, but I know it's super cool to go
8  and then be able to stop at the ports and all that.
9       LEO RIOT:  Yeah.
10       JOHN SKELTON:  Like, this is a boat, like -- like, you
11  wouldn't care if you didn't go to a port and you just stayed on
12  the boat.
13       LEO RIOT:  Yeah, you can.  Yeah, it's massive, man.
14       JOHN SKELTON:  That's awesome, dude.  Like, wow.
15  Don't let me go, I might not come back.
16       DAN COOK:  Yeah, I'm blown away.  That is insane.
17       LEO RIOT:  Yeah.  It's like a small city.
18       JOHN SKELTON:  Yeah.  Literally, it's just float --
19  look at those slides.  It's like a whole water park.  Oh, my
20  God.  Okay.  That's -- that's awesome, man.
21       DAN COOK:  Yeah, it is.
22       JOHN SKELTON:  Okay.  I'm going to stop.  I'll stop
23  sharing.  I'll just go ahead.
24       So, Dan, I know you wanted to talk to us about some
25  stuff.

Page 8

1       DAN COOK:  Oh, yeah.  Yeah.  But, firstly, I just
2  wanted to mention, I need to update this.  I've put together a
3  slide deck just to walk through some things.  I can circulate it
4  afterwards, but I need to add a slide that shows that cruise,
5  because we probably need to have at least, like, a quarterly
6  executive get-together.
7       JOHN SKELTON:  Yeah.
8       DAN COOK:  And that seems like the ideal place to do
9  it.  So I might need to add that here to the slide deck.  But --
10  but, yeah, I actually wanted to -- and I'm glad we could all
11  catch up.  Hopefully, we'll do it in person here very soon.
12       So I spent some time with John, but also when I --
13  when I came in -- and I think you guys know my background pretty
14  well.  I was at -- at Nadex.  And when I came in, and I really
15  am -- I'm here to focus on the marketing and some things.  But I
16  saw some things, I think, where I could even be more useful here
17  for a little bit, and -- and really walk through.
18       And, like I said, Leo, Darrell, I haven't really had a
19  chance to catch up with you guys, but I kind of want to do that
20  now.  And if it's all right with you, I'll just -- I'll just
21  share my screen and we can walk through this.  And, you know --
22       JOHN SKELTON:  You've got a slide deck and everything?
23       DAN COOK:  Oh, yeah.  Yeah.  You know what, you --
24  it's old habit.  I was required to do so many damn slide decks
25  over the years that it's just like second nature.  But also,

Page 9

1  it's just a good reference point when -- when we send it out
2  because I think there's -- there's obviously some great things.
3       And, first, I want to preface this, I am not trying to
4  come in and step on anybody's toes or run through anything, but
5  I think I've got some very valuable experience --
6       LEO RIOT:  Yeah.
7       DAN COOK:  -- and some great things to share with you
8  guys, and some things that we can look at moving forward to just
9  fucking knock it out of the park.  Not that you guys haven't
10  already done that, but there's just some fantastic things moving
11  forward, so give me a second here.
12       JOHN SKELTON:  By the way, guys, like, Dan's been
13  super helpful for me the last month or so with a lot of things
14  and super helpful with me and Todd.  Like, Leo, I called you.
15  And you know, let you know that, like, Dan and Todd were coming
16  down here and, like, going to go through structuring the
17  company, seeing if you want to come down.  Like, he's been --
18  like, he's dug into every aspect of the company, really, like,
19  helped us bring in -- I mean, Todd's instrumental in putting
20  this stuff together, but when Dan brought in -- it's powerful.
21  Like, the two of them together really -- like, really helped.
22  And it's been -- like, I couldn't have made it through without
23  them recently.  Like, it's been -- it's been great.
24       DAN COOK:  Actually, just having sit there and
25  watching what you do, I'm surprised you made it through in the

Page 10

1 first place, but I'm glad we could be there.  And I've just got
2 to tell you, all -- all of this, and -- you know, it's like any
3 company, you guys have seen massive growth.  But let me just
4 share the screen, and we can walk through it.  Stop me at any
5 point.  And -- because -- because there are some -- I'm not sure
6 why I'm getting a Word message.  What's that?
7       JOHN SKELTON:  I see a 45-day business review.
8       DAN COOK:  Yep.  Hold on.  I'm -- okay.  There, it's
9 moving to the top.  I have a big bar right in the middle of it.
10 Yeah.
11       So I kind of -- one of the things when I got here and
12 what I want to talk is, because there are some great things;
13 there are some things that aren't so great.  We're not bad, but
14 there's -- there's some risks.  And there's some that are
15 present; some coming our way.  The good news is, and one thing
16 to keep in mind, all of this is so addressable, and a -- and a
17 lot of it is shit we've seen over the years.
18       So stop me at any point.  I'm going to try to just hit
19 some few points.  This is just as -- I'm -- I'm looking at this,
20 almost as, like, if you guys brought me in as a consultant and
21 said, hey, look at -- look at our business.  Kind of look at our
22 strengths.  More importantly for any business and, you know, for
23 all of it, is, let's look at some weaknesses and see where we
24 can lock down to really make sure.  I mean, because what you
25 guys have built, let me just say, is amazing.  I've literally

Page 11

1 never seen anything like it.  I've never seen growth like it.
2 That growth is absolutely incredible.  Actually, pretty much
3 insane; 60 percent in a couple of months from an already pretty
4 elevated level.
5       One of the downsides is, the issues grew.  Apex is
6 definitely the biggest and the best in space -- in the space,
7 and it's going to be -- I don't want to say easy for us to
8 remain in that position, but it should.  It brings about some
9 challenges, though.  And I'll kind of -- you know, I was at
10 Nadex almost 16 years.  The first three years, I was a nonpaid
11 consultant, just meaning, IG didn't want to pay me to actually
12 help them out on another firm while I was running the brokerage
13 firm.
14       So one of the big challenges we saw, and we can dig
15 into this a bit deeper, is, as we grew, like, we were kind of
16 going along.  There were about eight people sitting in a room.
17 And we were this really tight-knit group, and we all, like,
18 again, understood what everybody was doing and everything was
19 there.  And it was just, like, kind of, boom.  But all of a
20 sudden, we started hiring.  And we went from like eight people
21 to 25 to 50 to 75 to 100.  And when we hit -- and then we didn't
22 even grow nearly as rapidly as you guys.  And I think there's
23 still a lot more staff coming.  I think we'll have another call,
24 I think, with Todd wanting to talk about organization and those
25 things.  I don't know if you all have covered that with Todd or

Page 12

1 not.
2       But all of a sudden, like, things just -- like
3 communication and things kind of broke down.  They actually
4 broke down all over the place.  And so that -- that's definitely
5 some of the challenges, and it brings about some risks along
6 with that.  So I broke these down just -- and these are all from
7 a high level.  I don't want to be overwhelming on any of these
8 items today, because we're going to look at some action items.
9 But I do want to just talk about them, so we're all aware and
10 can start thinking about them because I really feel like the
11 next two to three months, particularly, are very important on
12 all of us.  But we've got risks on the organizational side,
13 monetary, reputational, competition.
14       And one area I really want to focus on today, because
15 I -- I have some decent insight, but I picked up some even
16 really more expert insight on the regulatory aspects, and what
17 we're looking at and how we can get ahead of that game and
18 really why that's an absolute positive for us.  But this -- this
19 part is already really being addressed.  And I think you guys
20 know Todd's -- how Todd's handling that.  And I've -- I've been
21 working with Todd.
22       As far as one of the things we saw, it was, like,
23 reporting lines kind of got blurred.  There were a lot of people
24 coming on, and they didn't know if they went to Cayanne
25 (phonetic), or they were bombarding Marian, is what I

Page 13

1 understand.  There were duplicated efforts and some gaps, and
2 kind of a lot of the feeling of being part of a team in the
3 culture kind of got lost.
4       So a lot of this, I'm not going to overwhelm.  I think
5 one of the things that we can do is, as we establish this -- and
6 it'll actually become clear just from the organizational chart.
7 But, you know, really all of us and you guys, as the leaders of
8 the company, we can look at ways to communicate just with all of
9 those teams.  But also one of the key things here is -- I think
10 that's important for us is /once we clearly define the mission
11 and the core values and get everybody on board, it really takes
12 care of itself in a lot of matters, because everybody
13 understands what they're doing.
14       They've got guidelines.  I don't like to say everybody
15 stays in their lane, but instead of, like, you know, somebody
16 running to you, Leo, and pestering you with something that
17 should never even hit your plate, or you, Darrell, somebody
18 going, hey, I've got this great idea, what do you think about
19 this and pestering you.  And then, that has a downstream effect,
20 going --
21       DARRELL MARTIN:  Right.  Because that messes with
22 somebody else's department.  Yeah.  So that's why I -- yeah.
23 Like, I've had a certain person come to me.  Hey, and I'm like,
24 ask Dan.
25       DAN COOK:  Yeah.  And thank you for that.  He's

Page 14

1 doing -- he's doing a good job of that.
2           JOHN SKELTON:  And it's something like -- it's
3 something like every five minutes.  It's like, guys, leave me
4 alone.
5           DARRELL MARTIN:  Yeah.  But they're good ideas, but
6 I'm like, it needs to be handled where it's not just some random
7 side project.  So --
8           DAN COOK:  I am sure all three of you have been
9 bombarded by shit that is a request that should have never even
10 got to you in the first place.  Not that you don't want to know
11 what's going on, but this organizational chart should provide a
12 clear line of communication, where you're not being -- because
13 you guys are -- are brilliant.  And I mean that sincerely in
14 your respective areas.  Where your -- your focus should be
15 strategic, like, not -- I mean, occasionally you'll be down in
16 the weeds, but it should be like the over -- overarching, like
17 looking at, hey, this is -- this is the 30,000-foot view.  And
18 this is our path.  This is where we're going, not down -- not
19 down in the weeds.
20           You can choose to get down there as far as you want,
21 but a lot of this is to save, you know, just a lot of headaches
22 and a lot of distractions from you guys and get it off your
23 plates.  And, really, one of the things we're looking at is the
24 employee onboarding process, and I think Todd's dealing with a
25 lot of that with training.

Page 15

1           Like, when somebody comes in, what do they get day
2 one?  You know, at some point -- and I don't know if you guys
3 have had to fire anybody yet.  I don't want to be a downer on
4 that one, but at some point we'll want to have a process
5 because, as we grow, there will be people that don't perform,
6 and it -- well, I wouldn't say it always sucks.  But if the
7 people really deserve it and you've given them every opportunity
8 and maybe they just don't fit, it's only fair to them, for them,
9 to find a different opportunity.
10           But we will want to have a process for that, to
11 mitigate any legal or other reputation rifts.
12           DARRELL MARTIN:  Like write-ups and things like that?
13           DAN COOK:  Write-ups, you know, performance
14 improvement plans, buy-ins, so you have it in writing,
15 because -- I mean, Texas is an at will state.  I'm not sure
16 about Nevada or any other place we have employees.  I know
17 Illinois is at will.  But that also doesn't mean we can just
18 terminate people without proper process.
19           DARRELL MARTIN:  Well, if you don't have proper
20 process, they can say you did it for a non proper reason, yeah.
21           DAN COOK:  Yeah.  Yeah.
22           DARRELL MARTIN:  Because of gender or because of race
23 or because of whatever.  Even though that had nothing to do with
24 it, they can claim it, and then, you've got to fight it.
25           DAN COOK:  Yeah.  Yeah, seems so.

Page 16

1           DARRELL MARTIN:  And if you don't have the
2 documentation to show that that wasn't the reason, then they
3 usually win, so --
4           DAN COOK:  Yeah.  Oh, yeah, exactly.  And it's
5 really -- that is really kind of -- I'm putting that low on the
6 priority, but it is something we need to look at.
7           And so a lot of this stuff, it might seem kind of
8 like -- what's that old saying -- how do you elephant?  One bite
9 at a time.  So a lot of this stuff -- and this is where as we're
10 going through this, I want us to think about, you know, what are
11 the priorities on these things.
12           DARRELL MARTIN:  Well, on a side note on this right
13 here is, I actually have a degree in human resources.
14           DAN COOK:  Oh, perfect.
15           DARRELL MARTIN:  So my master's is a business degree
16 in human resources.
17           DAN COOK:  Yeah.  So this is something, too, Darrell,
18 like, you can like write up and you can say, this is our
19 process.  And a lot of it, it's just very process oriented so
20 that it's just a -- it's just a smooth machine.  Like, it just
21 keeps churning and churning and churning because there's a
22 process in place.  There will be eventualities that come up, but
23 we should have 95 percent of them covered and, you know,
24 basically be able to do check-ins with Teams to have those done.
25           Monetary risks, obviously fraud, charge-backs, general

Page 17

1 trading scams, affiliate scammers, all --
2           DARRELL MARTIN:  Yeah, I got a note on one of those
3 today.  Some guy's already telling people to delete their
4 cookies.  So that -- and use his link.  So I'm getting the proof
5 on that guy.
6           DAN COOK:  Yeah.  Yeah.  I mean, they're -- they're
7 all over the place.  And then one of the things, just to let you
8 know what I'm doing, what the goal is on the affiliate side, I
9 think there's like 4,000 affiliates.
10           DARRELL MARTIN:  Yeah.
11           DAN COOK:  Now one, that's great if they're bringing
12 business.  But 95 percent of them are probably delivering less
13 than 100 bucks a month.  And it opens the -- the whole
14 onboarding process, I'm going to change and we're going to clean
15 that up because it opens us up to people doing affiliate scams,
16 where they're basically like, hey, everybody use my link, use my
17 link, do it at the end of the month.  They get paid out.  There
18 are other people come in and do charge-backs, and then, we're
19 the ones stuck holding it.
20           So just things like that, that we'll be looking out
21 for.  Payment providers, and we'll dig into this obviously when
22 we have the charge-backs for the frauds.  And it's really about
23 balancing that out.  And I know, you know, there's reasons a lot
24 of things are done, then we have to do spur of the moment
25 because of these -- the risks of charge-back, and how that is

Tab 14a -- 2024.03.21 QST00347764

Page 18

1  with the payment providers.
2          And really, John, I'm putting this on you, buddy.
3  This is where you need to be ultra focused.  And we're going
4  to -- we're going to talk more about that in a bit.  Like I
5  said, the affiliates will clean that up and -- and even, like,
6  the high level of payouts, looking at how we focus on those and
7  mitigate some of that risk out of there.  And, again, this is
8  high level overview.  I don't mean to dig into any real details
9  on execution or strategy on here.  I just want to bring us all
10 together, share some observations and say, look, these are
11 things we're going to go.
12         Obviously, the reputational risk, unresolved tickets
13 this is one already, I think, being handled by trying to add
14 more staff and having properly trained staff and, like, a QA
15 person to ensure that when we're talking to people that are our
16 customers, they're all kind of getting the same tone and voice.
17 We know don't want to make people robots.  It can still be
18 somewhat personal.  But the -- the main message should be the
19 same.
20         There's going to be performance reviews.  Todd's
21 putting together scorecards.  One of the things that we're
22 looking at and we can talk more about is right now, and what
23 I've seen for the most part, where it's like a matter of fraud
24 or timeliness, timeliness on payments where you see people
25 posting on social media or Facebook.  A lot of times it's for a

Page 19

1  very valid reason, they're not getting paid.  But it seems like
2  the process is fairly reactive at this point, where it's like
3  they hit the payout button where they have the screenshot of,
4  this is what I requested.
5          And then -- and then we're doing the review and we go,
6  wait a minute and hold on now, because this, this and this.
7  Maybe they traded 20 lots in one day to run up to the
8  profitability, and then they're just banging little one lots to
9  show, you know, trades, which isn't a consistent pattern and can
10 be identified earlier, things like that.  And we can talk about
11 how to implement those.
12         And some of this is, you know, resource, but it's not
13 like high-level resource.  It's -- it's individuals that --
14 that, you know, are smart, can be trained up, make a decent
15 living.  They're, you know -- they're not going to be huge.  But
16 it's kind of like when I -- when I look at the structure.  Like
17 Nadex, we were -- I mean, our biggest year we probably brought
18 in $50 million in revenue, plus had a lot of different costs
19 associated with that.  And we had about 150 people, whereas you
20 guys are doing 50 million a month on like 40, which -- which
21 is -- it's insane.  It's -- it's amazing.
22         But, again, I don't think we need to hit 150 people by
23 any means.  But some key people doing some key things, a lot of
24 these actually solved themselves kind of together.  So we'll --
25 we'll get to that in a little bit, too.

Page 20

1          JOHN SKELTON:  And not to interrupt you there, but,
2  yeah, that's -- and I know you're covering a lot.  And then I
3  want to go over some stuff with Leo and Darrell, too.  But
4  that's been -- there's been several things over this last month
5  that have hit us terribly hard.  But one of the big things to
6  hit us was -- I mean, shit, we knocked it out of the park with
7  these promos, you know what I mean?  Like, we went from
8  December, like 30 to then 50 to -- I mean, it's just boom, boom,
9  boom.
10         And, like, it was so much growth so quick while we
11 were trying to, you know, structure departments and get people
12 to -- we're just not what we used to be.  It's so fucking big
13 now.  Like, we have to be like corporate America, like, you
14 know, like, these departments.  And that's the problem, is just
15 there's so much work in so much different areas, and getting
16 those people together and, you know, like, with the payouts.  I
17 mean, as our business grows and the PA numbers grow, the payouts
18 are going to grow.
19         And I've got a big crazy plan in place of how I can
20 fix those.  We'll have to talk about that maybe a different
21 time, like one on one, and how to really fix it.  But it's got
22 to be a full-time, focused thing.  But as the payouts get
23 bigger -- like, we're already at 5,800 for this period alone.
24 And we still only have, like -- you know, they come in the 15th
25 through the 20th.  We have until X time to get them out.  So we

Page 21

1  still have the limited amount of time, but more and more and
2  more come in, like, you know, and getting more people over that.
3          So I pulled another two people out of the help desk
4  and get them in.  Like, it's -- anyway, there's a lot.  But
5  we've got to build those up to where it -- everything gets
6  behind, you know what I mean?  And like, then it ruins
7  reputation, and that's been a big problem.  But, anyway.  Go
8  ahead.  We'll talk --
9          DAN COOK:  Yeah, absolutely.  And a lot of this comes
10 together, so that having the resource to monitor on the upfront
11 side where those payouts don't hit, so that they have to be
12 reviewed and verified and everything.  And then John can focus
13 on -- you know, maybe I -- and you know that area better than
14 I -- than I do, John.  But I'm just saying, maybe they get moved
15 over faster because you can focus on that.  They -- they get,
16 you know, an email saying, hey, look -- look at this on your
17 account.  Do you want to move, you know, things like that
18 where -- where it all kind of helps solve the other.
19         And so a lot -- a lot of this will kind of come
20 together here at the end as well, I believe.  But obviously,
21 there's always going to be competition risk.  Now, competition
22 is -- is healthy.  And actually, right now I wouldn't want to
23 see any competition go away because if one of them gets stomped
24 on and one of our risks just on the competition is them -- is
25 somebody out there that all of a sudden just is like, oh, I'm

Page 22

1 gone. And then they stick payment providers and stuff, and the
2 industry gets kind of a bad rap. That's something that we can't
3 really control at this point, but we'll talk about how we can
4 actually mitigate that on some of the regulatory slides.
5        But, I mean, we're going to see these former CFT -- FX
6 shops moving in. It's already moving into the future space,
7 which will be more competition. But this will also bring some
8 regulatory oversight coming in. There's build a prop firm
9 technology already out there.
10        DARRELL MARTIN:  Yeah, I know. I have access to one
11 of them right now that just sent me an application. And, I
12 mean, it's -- it's just cheap.
13        DAN COOK:  Yeah. It's -- it's not going to remain
14 cheap. I'll explain more on that in a bit, and why that's great
15 for us.
16        JOHN SKELTON:  Yeah. I mean, right -- you guys both
17 knew that, like, a month ago all the -- the regulators came in
18 and hit those --
19        DARRELL MARTIN:  FX.
20        JOHN SKELTON:  -- FX data places, right. And it was a
21 big drama, big news. And that hit us hard, too, because
22 everybody thought, oh, shit, you know. Here we go again. Apex
23 is, you know -- all of them are going to go down. This is a
24 problem. And then when it's like all this big growth and we got
25 behind on anything, it's like, oh, look, see. They're getting

Page 23

1 behind. They're going down. Here's the problem. Then we
2 changed the URL and everybody was like, oh, fuck, like, the
3 funding is screwed and now they're changing over to this and
4 they're making it look like a government site to make us feel
5 like they're okay. Like, oh, shit, charge back, charge back,
6 charge -- like, dumb shit everywhere freaking out because of
7 this.
8        And then three weeks later -- like a week and a half
9 ago, while you all was gone, they did a whole another round to
10 an -- from another data company. They shut down, like, so many
11 of them.
12        DAN COOK:  What happened?
13        JOHN SKELTON:  It was -- I'll send it to you. It was
14 another big Forex data place that they shut down. And -- yeah,
15 and it was like a huge drama everywhere. And so a lot of these
16 overseas companies that actually are huge prop firms, like much
17 bigger than us, been around longer than -- like, huge. But they
18 just lost all their U.S. customers, and they don't want to give
19 up that money.
20        So now they're all getting into the futures to get the
21 U.S. customers back. There's already three new firms that have
22 popped up, and more are coming. Like, these bucket shops. I --
23 so over the beers, I can share my stories of Cyprus. The one with the
24 payments, no recurring fees. Like, you know, they're going to
25 come in pretty strong.

Page 24

1        And the problem is, some of them are actually really
2 big competitors that know what they're doing. And some of them
3 are just overseas bucket shops that are going to come in and
4 fuck it up and get a bunch of people, and then go out of
5 business and screw people over. And then, that gets to
6 regulators. But then the other thing is, what's out there.
7        And Dan will address this, I think, because he told me
8 about some insight info he got. But, like, the regulators, the
9 Forex regulators knew who these companies were and shut them
10 down. They also know they're the same ones coming over and
11 getting into futures. And it's like, hey, CFTC, you guys watch
12 out for the -- like, it's -- it's bringing regulation. Like,
13 the industry has changed, like, in just the last month. It's
14 like a whole different, like, landscape out there of what's
15 coming.
16        And that's caused a lot of bad shit about any little
17 thing we've done or any little thing we're behind on or any --
18 it makes people think, oh, shit, they must be in trouble. It's
19 like, things should have happened with Deel and all, you know.
20 And it's, like, to add to every other thing we've got going,
21 it's just like shit hit it at once.
22        But go ahead, Dan. I'm sorry.
23        DAN COOK:  No. No. Those are --
24        JOHN SKELTON:  I don't mean to keep cutting you off.
25 I'll -- I'll fill them in later.

Page 25

1        DAN COOK:  Those are important parts. And I think one
2 of the things when we can -- we'll talk more about it in just
3 the -- really, the next slide on the regulatory aspects. But
4 like, one of the ones I didn't want to hit on is, what we'll see
5 as the simply bucket shop model. And this will bring in -- this
6 will be huge red flags because this is something that happened
7 in the binary option space.
8        And we saw with Nadex, where it was literally all
9 these firms based out of Cyprus, but they had U.S. presence and
10 they would register in the U.S., but they would -- they would
11 have all these different URLs that actually looked like
12 different companies or were different web sites, but they were
13 really all the same one. And so that'll draw regulatory
14 attention because now that's already, like, a red flag, like,
15 having -- and then that's where it's important for us to be,
16 like, the biggest, the best, showing, you know, hey, we are Apex
17 Trader Funding. This is our firm. If we're in different
18 locations, like major brokerage firms, we'll operate offices in
19 different locations, but they're all still under one umbrella.
20        So this is one of the things. And, Darrell, I think
21 you probably remember -- actually, we probably all talked about
22 it at one point, like, these bucket shops. I -- so over the
23 beers, I can share my stories of Cyprus. The one with the
24 Russian -- Russian mafioso/human trafficker putting a shotgun in
25 my chest. And the other one with the -- the owners of the

Page 26

1  bucket shops and how they said stealing wasn't wrong.  We'll
2  cover all that over a beer.  That's beyond the scope.
3        JOHN SKELTON:  A shotgun to your chest?  You have the
4  most craziest, fucked up stories, bro.
5        DAN COOK:  Yeah.  I don't -- I -- I haven't always
6  exercised the most caution when I travel.  So we'll -- we'll
7  share those, though.  Actually, how about on your boat, Leo?
8  We'll talk about those.
9        So let's talk.  I mean, these are a few things.  And,
10  really, this competition risk, most of these is actually leading
11  up to what the next -- the next slides are because we are a CFTC
12  regulated firm.  We're not required to register, but we are
13  under the purview of the CFTC by virtue of what we do, which is
14  why they were able to go in and shut down all those CFT FX
15  shops.  They weren't registered firms.  But because they still
16  fall under that purview of regulation, we are not out of their
17  reach.
18        This is not a terrible thing.  It's already here, and
19  we'll get more focused.  And so one of our action items will be
20  on this game plan -- and we'll talk more about it -- but they're
21  going to -- the main areas of their focus, which a lot we -- we
22  kind of already have covered, but probably have to formalize
23  process and documentation.  They're going to focus on a few
24  things; know your customer rules, meaning how do we verify
25  whoever's coming to us that we're going to pay out?  Like the

Page 27

1  eval accounts don't matter so much because we never pay out on
2  those.  People are just paying us for those.
3        But how do we know when somebody opens up?  And I know
4  we use, like, Veriff and different things.  We'll -- we can dig
5  more into these, but locking down those processes.  Anti-money
6  laundering is always a huge one.  That goes CFTC, FinCEN,
7  treasury, FTC, like, they're -- that's just a broad scope
8  regulation.  How are we protecting the personal information,
9  like, where do our servers sit?  What are our safeguards?  How
10  to ensure nobody gets that and capital sufficiency.  And those
11  are going to be their four main areas of focus, as they have
12  been historically and are not likely to change.
13        We -- one of the mitigations here -- and we'll cover a
14  bunch of them.  But they're -- they're -- we should all, like,
15  start considering having somebody that is really good at this
16  compliance actually looking at different changes that we do.
17  Our processes -- and I'll cover more on that in a bit.  --
18  whether -- and whether that be marketing messaging on the
19  affiliate side, reviewing the affiliates we're paying are who
20  they say they are, right, that we have a 1099 or WABEN, that the
21  bank statement is -- actually matches the company name on the
22  tax form, that we have verifiable documentation.
23        Without getting too far in the weeds, a lot of
24  compliance, because this is actually going to be compliance or
25  regulation focused.  And this is actually a huge advantage for

Page 28

1  us, but I want to address, kind of, the issues and where we need
2  to look to be all these -- you know, basically I kind of just
3  covered these.  I jumped ahead by myself on the slide here.
4  But, you know, just adherence and risk mitigation to the rules
5  that already exist and have been around for years in -- in the
6  regulated space.
7        And I think we already do a pretty good -- from what
8  I've seen, a pretty good job of that, but probably just need
9  some documentation in this.  On the affiliate side, I don't
10  think we have, and this is something that I'm going to be
11  focused on cleaning up and getting really squared away for
12  anybody going forward, because one of the big red flags is, we
13  don't ever want to be, like, if they come in and do an audit --
14  which that will be part of our future -- I think our runway for
15  regulation and audits and things like that or potential
16  registrations has been shortened.  But now is absolutely time to
17  get ahead of it, in this respect, and actually use it to our
18  advantage, because there's a few positive -- actually, quite a
19  few positive things in all of this.
20        Obviously, you know, adherence and mitigation on
21  personal information.  I mean, California actually has some huge
22  wacky rules on everything regarding to this.  Although, kind of
23  what was it I saw on some door in a hotel about California and,
24  you know -- like, gave me some warning about something that I
25  was, like, oh, yeah, no kidding.  That's everywhere.

Page 29

1        But, you know, they're going to ask questions about
2  how and where information are stored.  Are these servers onsite
3  in the data center?  Are they like AWS?  And a lot of this is,
4  you know, we're probably already adhering, to.  But it's a
5  matter of just documenting it and having it in place and making
6  sure it's all under, like, the Apex and that, you know, servers
7  aren't sitting in my garage and forest and next to the -- next
8  to the farm mice, things like that.
9        How are we protecting the individuals?  What are the
10  security protocols?  You know, having that technology blanket
11  over that.  Something -- something that we may actually at some
12  point -- and I'm just going to throw this out here as a thought
13  for later -- is actually potentially company-issued laptops so
14  that you can always ensure that all the antivirus, restricted
15  website, email, et cetera, can be centrally controlled.  Some of
16  this may be in place.  This is something to think about.  Again,
17  this is one that I don't put on the priority of a list of it has
18  to happen tomorrow, but this is stuff to think about and have --
19  have a discussion.
20        For example, like my laptop at IG, I couldn't get an
21  internal system on an external -- on an external laptop.  I
22  couldn't -- at Crypto.com, it's the same thing.  I had to have a
23  Yubikey before I could even get into my computer to let me do
24  anything related to anything on their systems.
25        JOHN SKELTON:  I never really thought about that.

Tab 14a -- 2024.03.21 QST00347764

Page 30

1  Like, yeah.  Like, Leo gets that laptop in his hands to lock
2  that shit down before anybody gets it.  Like, never thought
3  about that, yeah.
4        DAN COOK:  Yeah.  Yeah.  And, I mean -- again, I
5  wouldn't put that as a top -- as a top priority, but something,
6  because, then, Leo, you've got control over everybody and what
7  they access.  And it's essentially, you know, boom, hey, what's
8  your computer number?  Or it's not recognized on this?  Sorry,
9  capital sufficiency.  And this one, I'm not as clear on.  But
10 this will actually be one that will be big on the regulators,
11 is, looking at a -- at a reserve fund, and having like a reserve
12 fund for payouts that's separate from operational expenses.
13 It's what every FCM is required to hold.  It's what every
14 clearinghouse is required to hold.  This will be something that
15 they'll look at.  And I want to bring it up now as something,
16 like, that you can incrementally build, rather than the point in
17 time where they come in and just go, hey, boom.  The important
18 part for this is -- and, possibly, it could be third-party
19 audited.  That may not be necessary.
20       But the money can be held in interest bearing
21 accounts, it just has to be readily available.  So -- and
22 basically, look at it and say, okay, well, if 50 percent of your
23 people, you know, wanted to take payouts today, what does that
24 look like?
25       JOHN SKELTON:  They want to know the monies -- like,

Page 31

1  what your liability is for the PAs and if you have money there.
2  Because the biggest thing that's going to bring regulation is
3  one of these companies that goes out of business and can't pay
4  all their people and all those complaints go up.  We actually
5  are already facing this with Tradovate and T3, opening live prop
6  accounts.  They want to know that we have reserves in the bank,
7  and the merchants are doing it too.
8        Like, I had to go through, like, an
9  hour-and-a-half-long compliance call through EMS guy, like, not
10 just bank statements and tax returns and all this shit, but,
11 like, understanding the business.  And that was their biggest
12 concern was, well, we show, like, you know, at the end of the
13 month, like, a lot of this money comes out and it's paid these
14 three ways.  Like, how -- how do you cover this?  You know, and
15 I'd explain, oh, there's minimums.  Like, they can only take out
16 two grand and then if they're doing good, then we can move them.
17       Like, it was a big thing about, like, do you have
18 money to pay these because that's a liability.  Like, yeah.  So
19 it's already an issue that's coming through the merchants, too.
20 Because the merchants are the ones that get screwed when these
21 companies go out, too, because they got to pay all the
22 chargebacks if the company doesn't.
23       DAN COOK:  And we could bill -- just throwing out a
24 separate idea.  I don't want to get in the weeds.  But we could
25 bill -- we -- I'd have to work with Leo on the logic, but, like,

Page 32

1  you know, if they have ten days, then, you know, two grand.  If
2  they don't have ten days, then nothing.  If they had -- if
3  they've met all their days, then, you know, 100 percent, you
4  know, and then we have the rules of, like, we can cut off your
5  account at this point and only pay you 25 percent, 50, 75, 100.
6        So we could actually know, based on any account and
7  the days they've traded, the amount they've made, what our
8  liability is that we actually have to pay out, and then that
9  will let us know, okay, we need to save up to this number
10 amount.
11       JOHN SKELTON:  Right.  And if we track that as a
12 report every week or month and we adhere to it, and then
13 regulators come in a few months and see that, they're like, oh,
14 these people are already on board.  They already got it.  Oh,
15 great, they're setting aside this amount.  None of the other
16 futures firms have this.  They've got 90 days to come up with
17 all this money or they're out, boom.
18       DAN COOK:  Yeah.  Like, this actually has a huge
19 benefit.  And what you just described there, Darrell, as far as
20 laying it out, would be amazing from a regulatory perspective.
21 I'm familiar with them.  I've seen -- I know what their hot
22 buttons are, and if you go, this is our plan, this is how we do
23 it, this is what we do.  So it has actually some huge benefits,
24 one, for the regulators.
25       And I talked a little bit more about regulation as a

Page 33

1  whole and why this is hugely in our favor as it happens if we --
2  if we get it right.  But what you just laid out, one, great on
3  the regulatory front because it shows that we have custodian of
4  adequate capital sufficiency, which is the terms they use.
5        DARRELL MARTIN:  Under the terms of payout, yeah.
6        DAN COOK:  Yeah, under the terms of the payout.  Also
7  goes a long way with our payment providers and processors
8  saying, look, we're not going away.  We're not going to screw
9  you and close up shop, and this is how it's held.  And we'll
10 send you an audited monthly financial statement.
11       And also, even if at some point we put it on our
12 website to combat, hey, look, you're worried about getting paid,
13 Nadex is -- Apex -- I was going to say Nadex.  We had it because
14 we had to -- we knew exactly what the exposure was and the
15 people had to have the capital in it.  But as we were looking at
16 doing the margin model, which was one of the things I was
17 working on, there we actually had to show additional capital
18 sufficiency, which is, in some ways, this is kind of like a
19 margin model.
20       But where it's great with clients it's saying, look,
21 we -- we -- and we don't even have to put specific numbers.
22 We're going to say, look, we have reserve funds adequate to
23 cover 100 percent of withdrawals, and we -- and we do that, and
24 this is audited by this and also sent off -- and it -- we
25 wouldn't send it off to the CFTC initially.  But if required to,

Page 34

1  it gives us a huge tool that lends a lot of safety and comfort
2  to people, as Apex being the choice to come to.  So -- and --
3        DARRELL MARTIN:  It also gives us -- and not that this
4  is any of our desire, but it gives us the ability to sleep at
5  night.  And if we -- if we ever had a shutdown, we could
6  liquidate, pay everybody and shutdown.
7        DAN COOK:  Yes.
8        DARRELL MARTIN:  Yeah.  Reserve has to be built for
9  that, yeah, to do right without getting screwed.  Yeah.
10       DAN COOK:  Yeah.  And it's like, now is a great time
11 to address it because you could do it incrementally, right?  You
12 don't have to just pull it all out at once.  Whereas, at some
13 point, I do believe the regulators would say, so this is -- this
14 is what -- well, actually, I'll save it, I think, for the next
15 slide.
16       So this is really a huge opportunity for us.  I want
17 to identify them as they're risks if we don't do them.  They're
18 opportunities if we do and do them right.  A lot of these,
19 though, we're going to cover multiple individual risks.  So,
20 like, the reserve fund is kind of what we just covered.  Payment
21 providers, reputational risk, public disclosure.  We have the
22 funds to pay.  By doing that, though, that also then takes
23 away -- you know, reputational risk, takes away regulatory risk,
24 takes away the risk that we highlighted earlier with the payment
25 providers because they know that we are actually capitally

Page 35

1  sufficient and we're not just going to screw them.  Okay.
2        So a lot of these that we talked about and, like, the
3  organizational structure helps with the communication, as well
4  as the ticket process, as well as, hopefully, relieving some
5  headaches from -- from you three on these things.  So I started
6  out with the good, the bad, and the risk.  But really, this
7  whole point is about the good, the bad and the empire, because I
8  really believe we can create a damn empire here and do it right.
9        So we've identified some key risks.  There will always
10 be more that we need to always be wary of.  None of these have
11 mitigated.  A lot of these are actually pretty solvable.  And,
12 you know, I should say, oh, yeah, none of these are that scary.
13 They're probably mitigated.  It's a lot of opportunities.
14       So one of the big things -- and so when I was first --
15 when I got into Spot FX back in the day -- and I want to say why
16 this is so important to do it properly.  -- spot FX was very
17 lightly regulated.  As a matter of fact, they didn't even
18 know -- but it grew rapidly, a lot like this space.  And all of
19 a sudden you had a lot of the risks that we identified in people
20 doing this.
21       Well, I believe, when I came to the industry -- don't
22 quote me on this -- it was like 74, 76 different what they
23 called RFEDs, which are basically brokerage firms that's
24 registered for X dealer.  There were like 76 of them with
25 different, you know, things.  So they started doing some

Page 36

1  registration processes.  But all of a sudden, like, some started
2  going away.  And all of a sudden focus just got boom on this
3  industry.  They started impacting margins.  They started doing a
4  lot of things.
5        One of the key aspects of the -- top three, the
6  three big ones that had sort of set the standard that had things
7  in place, they were very much in line with brokerage firms as
8  the CFTC, and NFA knew them, like, the big futures brokerage
9  firms.  The ones that were in line with that, which were
10 three -- it was -- it was, at the time, GFT, GAIN Capital and
11 Elanda.
12       And they actually got -- they actually became the gold
13 standards and were put on an advisory panel to shape the
14 regulation.  Where this was really important for those three is
15 because there -- there was a thing in FX, first in first out.
16 I'm sure you're all familiar with FIFO rules, but that wasn't a
17 rule in FX.  But these three actually had the ability to
18 either -- it was already implemented on their platform or they
19 had the resources to implement it quickly.
20       So they said, well, this is -- this should be a rule,
21 and they advised the NFA and it became a rule.  All of a sudden,
22 half the competition is gone because they don't have the
23 resources to update it.  It went from where I believe -- don't
24 quote me on this one -- at a maximum, it was a million dollars
25 to open an RFED because these companies already had big

Page 37

1  reserves, they said, well, no, it should be $20 million and X
2  percent of what you're -- the notional value is held.
3        What that did, boom.  They made the barrier to entry
4  for anybody else coming in to compete much higher, and I can
5  literally see the exact same thing happening here.
6        DARRELL MARTIN:  Like, if we have all this stuff in
7  place, we're put on a panel.  We start putting out these
8  numbers, and all of a sudden there go all the newbies.  There
9  goes over half to three-fourths of the competition.
10       DAN COOK:  Yes.
11       JOHN SKELTON:  We are the regulators.
12       DAN COOK:  We went -- yeah.  We are there as the gold
13 standard to inform the regulators in a space that they really
14 don't know anything about, or at least they have nearly the
15 insight that they should or will.
16       JOHN SKELTON:  Dan, because you and I talked about
17 this a little bit -- not this in depth -- but you're saying,
18 like, a lot of times when the regulators come into a new space,
19 there might be certain things on their radar, but they also
20 don't even really know what they need to come in and regulate.
21 But if they come in and see, oh, wait, this company's already
22 set up like this.
23       This company already has a legal department, a
24 compliance department.  They're monitoring this.  They've
25 trained their staff on, you know, AML and KYC.  And they've got

Page 38

1  this set up and they've got this reserve set up.  And they feel
2  like this is important, and then they -- and why?  Well, because
3  we've seen firms do this and firms do this and firms do that.
4  Oh, yeah, we need to implement that.
5         And we can not only cover our ass to cover our ass and
6  get ahead of the regulation, but we can also know -- we know
7  this firm has this issue over here, so we're going to do this
8  different so when the regulators come in, they're like that's
9  the way to do it.  That's gone.  What's top --
10        DAN COOK:  Like, you got to disclose, like --
11        JOHN SKELTON:  We control it.
12        DARRELL MARTIN:  Like, you can't have caps.  So you've
13  got to disclose if you have caps up front?
14        DAN COOK:  Yeah.
15        DARRELL MARTIN:  Otherwise, that's misleading to the
16  customer.  That would knock out, literally, like top stuff, and
17  new profit and on down the list.
18        DAN COOK:  To literally -- go use the example.  You
19  guys are absolutely right.  And this is why I say it's a huge
20  opportunity for -- for us to do this.  And I'll get into a
21  little bit more insight that I have in just a moment.
22        But to use the example, like, we have a reserve fund
23  built up based on the model that you, like, outlined, Darrell,
24  with this.  And so when they're looking at us and they go, okay,
25  well, what's your reserve?  I mean, they're going to have the --

Page 39

1  so, first, the closer we can look to what they already know,
2  like, from these -- from those four points I mentioned earlier,
3  the KYC, AML personal information and reserve fund.
4         The closer we can look, like, a brokerage firm in
5  their eyes the better we are, and then when we can instruct them
6  and say, look, well, this is our capital sufficiency and this is
7  how we do it.  And we already have in place not just the number,
8  but the process.  They're going to make that a requirement for
9  other firms to say, look, you need to hold based on this method,
10  how do you do your payouts?  You need to do it like this.
11        And a lot of firms -- and, oh -- and, by the way, you
12  have 60 days to do that.
13        JOHN SKELTON:  Yeah, come up with $20 million in
14  reserves in 60 days, or you're out.
15        DAN COOK:  Yeah.  And then, like in the FX space, it
16  went from the 74 or 76 different firms down to four in the next
17  like four years, four firms.  And then, actually, GFT, Gary --
18  although, he married an Amway daughter, so he already had his
19  millions, which is how he started.  But he literally ended up
20  just selling his firm because he wanted to, but it literally
21  went from 70, 74 or 76 firms -- I think it was 76, to 4.
22        JOHN SKELTON:  And the top three were on the advisory
23  board of the reg -- like, they were the regulators.  You're not
24  scared of a board review, you're the board.
25        DAN COOK:  Yeah.  Yeah, it was.  They were -- they

Page 40

1  were all on the panel to shape the legislation and the rules for
2  their specific thing.  And that -- I mean, that's huge power
3  right there.  And when it does become regularly, we're in
4  this -- in this space, we can -- we can -- we can shape things
5  that make sense that actually we know make it harder for
6  competitors to come in.  And then -- and then we're not looking
7  at, you know, 50 million a month.  And -- I mean, we're not
8  anyway.  Once we can turn on the marketing machines, we're
9  looking at 100, 200 million, and we can talk about those
10  numbers.
11        But then we have the space to ourself, which is well
12  known, well regulated.  Payment providers are comfortable.  I
13  mean, there's just so many benefits to it.  And this is where I
14  say doing it right -- and this is kind of where my background,
15  but also some backgrounds of others that I'll mention in a
16  moment, can come in.
17        So one of the big things is kind of how do we get
18  there.  And I'm, like, one of the big things -- and I do want to
19  touch on a point.  I'm -- I'm not even going to ask if a
20  decision was made or anything, but, like, when we look at the
21  compliance department, if we're making anything like --
22  obviously, if somebody needs to change a word on the website,
23  that's not a big deal, but, like, if it's major changes to
24  sections, there should be compliance review.
25        But, like, on the website, this kind of happened as I

Page 41

1  was coming in.  This was kind of one of the scariest things I've
2  ever seen just for -- for a few reasons.  I mean, the
3  scariest -- this was actually the second scariest.  The scariest
4  was, I worked for WorldCom, when overnight they lost $30 billion
5  in valuation and declared bankruptcy, and we laid off 140,000
6  people.
7         DARRELL MARTIN:  I remember that.
8         DAN COOK:  Like, these types -- like, the change.
9  Just because there's going to be a new issue -- and I think
10  you're all aware of, like, we're back to Apes Trader Funding.
11  Anytime we make a big change, it's -- it's got to be reviewed
12  because this wasn't -- the immediate thing in my mind was, well,
13  this kind of hurts our marketing and the growth that we've had
14  and all of that.  But it really got a lot more serious very
15  quickly.
16        One I -- one of my good friends is actually head of
17  the financial crimes division of -- of the Chicago division of
18  The Federal Bureau of Investigation, FBI.  And this was just
19  sort of a random thing.  We were talking last week, and he --
20  they call me in once in a while.  Actually, the last time I got
21  together with their team, they wanted me -- they wanted me to
22  tell them if I was going to money -- or launder money
23  internationally, how would I do it.
24        So I -- I laid it out for them on exactly what I would
25  do, and why I didn't think they'd be able to catch me to inform

Tab 14a -- 2024.03.21 QST00347764

Page 42

1 their opinions.  But, basically, he's like, I've got -- he's
2 like, I've got some stuff to send you.  And I was, like, well,
3 you know, shoot the shit.  He's like, how's the new job, blah,
4 blah, blah.  And it's, like, oh, good.  And he was, like, give
5 me your address -- your email.  I was, like, use my work because
6 I barely check my personal, and I sent it to him.  And he was
7 like -- he literally was, like, WTF, question mark.  Give me a
8 call.
9          And I was, like, what the hell.  His concern, and --
10 and what all of a sudden really came to light was using -- using
11 ATF is kind of like using FBI.com or NSA.com or IRS.com, where
12 it just raises red flags.  It's kind of a risk that we can --
13 and it's not -- it's not necessarily that we can't use that URL,
14 but we can't do any type of monetary payments because it just
15 raises red flags.
16          The other one is with the payment providers.  And,
17 John, I think you've talked probably a bit about this, is that
18 the payment providers --
19          DARRELL MARTIN:  Yeah, I found out some pretty crazy
20 shit about those, too.
21          DAN COOK:  What's that?
22          DARRELL MARTIN:  I said, I found some pretty crazy
23 shit about this, too, lately.  Remember I said I'd check up on
24 it?
25          DAN COOK:  Yep.  So --

Page 43

1          DARRELL MARTIN:  It's -- it's messed up.
2          DAN COOK:  And so with the payment providers, so, one,
3 if we're directing -- and then one of the scams.  Like, we've
4 had -- at Nadex we had our entire website copied one time, which
5 is a bit different scenario, but that's like a big red flag.
6 With a red flag, right, the payment process is when people start
7 kind of freaking out and then there's chargebacks, the payment
8 processors start saying, well, this is an unapproved website.
9 Not only is it unapproved, but it could be considered a
10 look-alike government website.
11          And even if we walk them through it and say, okay,
12 well, can you do the -- the approval, they -- they still --
13 through part of their due diligence, they still have to report
14 that to the Department of Treasury, if it gets to -- if it gets
15 to a level.  And that's where it kind of gets scary.  And so one
16 of those things, obviously, as we look at this, and then I
17 think, you know, we're back to that -- to the long form URL.
18          When these changes are communicated, this where -- is
19 where, like, a compliance and a review process would really help
20 mitigate that, because I think you're -- you're all aware of it.
21 I didn't want to beat the dead horse, i was just using that as
22 an example, though, of, like, one of the things.  Hey, this is
23 actually -- if we're doing anything that's a big process change
24 or anything, it's like we need to make sure every level of -- of
25 the company knows that, hey, if there's customer facing people,

Page 44

1 they have the right messaging.  Website is updated to what
2 they're saying, things like that.  I'm not going to belabor
3 them.
4          DARRELL MARTIN:  What I found out was, like, it
5 literally could be considered fraud to use our website and use a
6 different name and use our merchant account with it?
7          DAN COOK:  Yes.
8          DARRELL MARTIN:  Yeah.  And they -- and they'll report
9 that to the treasury as fraud?
10          DAN COOK:  Yes.  Yeah.  Yeah.  And even if they don't
11 call it a fraud, the treasury may still consider it fraud.
12          JOHN SKELTON:  Yeah.
13          DARRELL MARTIN:  No matter what our explanation is.
14          DAN COOK:  Yeah.
15          JOHN SKELTON:  Well, yes.  If it's a -- I'm working
16 with the reps on this, and the rep -- our merchant reps are
17 really cool with this, and they're trying to keep certain
18 questions from being asked.  But even if we could show, look,
19 there was no fraud here, it was just this whatever, like, okay.
20 But we still have to report it as a -- as a -- as a breach of
21 the visa guidelines.  They -- what they equate it like when
22 you have a data breach, but customer's private, private info
23 wasn't gotten, but you still have to release it.  They still
24 have to, like, report it if it gets to that.
25          It hasn't gotten to that because Leo got right on it

Page 45

1 and changed that.  So, so far, it hasn't come up.  The reps are
2 scared it will.  But Leo got that changed before they dug into
3 the audits where there's no -- but that's like the big scary
4 part there, is, if that happens.
5          DAN COOK:  Yeah.
6          JOHN SKELTON:  So far --
7          DAN COOK:  And we're just -- that quick action was
8 imperative.  I mean, that -- I don't think anybody would have
9 foreseen it, but being able to take care of it as soon as it
10 happened, that was, you know, huge on that.
11          JOHN SKELTON:  I'm just glad the reps gave us a
12 heads-up.  Like, it was literally the -- poor Leo.  It was the
13 day he was leaving.  And I'm like, bro, I hate -- I hate to
14 bother you.  You're going on the boat, but --
15          DARRELL MARTIN:  He's like leave me the fuck alone.
16          JOHN SKELTON:  I'm like, fuck, dude.  I'm sorry you're
17 leaving today.  I would never call you, but these were -- I
18 mean, like, my -- our EMS rep won't even talk -- like, wouldn't
19 even talk to us, like, from the office -- from the office
20 phones, like, or email.  Like, he's stepping outside, like, you
21 got to fucking fix this.  Like -- I'm like, oh, okay, you know.
22 So it was a little scary.  And we're still going through the --
23 the review audit, but that hasn't come up yet.  And so that --
24          DARRELL MARTIN:  But I have had a merchant email me
25 saying, is this your email address?

Page 46

1  JOHN SKELTON:  And Amex reached out, wanting us to
2  verify our website.  And we used more than one in processing
3  more than one.  And I didn't respond to the email.  I just
4  waited until Leo got it changed.  And I haven't got another
5  request about that yet.  So I just left it.  So --
6      DARRELL MARTIN:  So the bottom line is, using another
7  website and marketing our products, we can forward a domain
8  name, but we can't have it a domain name, like a land on.  So
9  you can --
10     JOHN SKELTON:  No, we -- we can get --
11     DAN COOK:  You can have landing pages.
12     JOHN SKELTON:  Yeah.  No.  We can do --
13     DARRELL MARTIN:  We can do -- okay.  Because I got --
14  they were like -- the reps I talked to were like, you can't
15  charge anything through another domain name or else we have to
16  report it --
17     JOHN SKELTON:  Without it being approved.  Yeah,
18  without it being approved.  Like, we can -- we can have a URL
19  and submit it for their approval.  No problem.  Like, that's no
20  problem.  We can have ten different websites we use, as long as
21  they are, you know, like part of the approved merchant account,
22  Apex Trader Funding.  That's fine.  We just have to send them
23  for approval.
24     The problem is, if they see that we ran so much money
25  without the approval, that's a big deal.  And the second problem

Page 47

1  is, like, when you have multiple merchants, like, they all have
2  different rules, okay?  So, like, what's his name?  Cary
3  (phonetic), he's like, okay, yeah, I don't think we'll have a
4  problem.  I just need you to send, like, proof of ownership of
5  the site and then fill out the change form for one of the Click
6  accounts.  For the other one, he's, like, these guys have, like,
7  a strict thing on nothing government-looking, like, nothing
8  this, nothing this, because of all the scams.
9     Evidently during COVID there was a huge -- they sent
10  me an article about it, there was a huge spike in government
11  scam things about, oh, fill out all your information here to get
12  the free COVID money shit.  And so there was, like, all these
13  look like -- so some of these merchants were like, no, we want
14  nothing to do with that.
15     One of the other merchants doesn't have that strict of
16  a thing there, but they're all completely anti-gun, like nothing
17  that says gun, firearms, bullet, ATF.  So the problem, is we can
18  submit other websites, but --
19     DARRELL MARTIN:  It just happens to be our initials
20  near a --
21     JOHN SKELTON:  Right.  So we can submit it, the
22  request, we just need to -- if we're going to do that, we need
23  to give it a little time for this shit to pass for this merchant
24  audit to go.  Like, we don't want to bring that up in the middle
25  of this audit.  We can bring it up or we can submit it, but we

Page 48

1  already know that the problem will -- there will be.  Like,
2  right now we have three merchants, we need three more.  Not all
3  the merchants will accept us.  So how do we do that?
4     So it's not that we can't request the approval, just
5  we can't charge -- customers cannot enter card details or
6  checkout information through the merchant processing off of a
7  site that's not approved.  So we -- Leo fixed that.
8     DAN COOK:  Yeah.
9     JOHN SKELTON:  We can submit it for approval, we just
10  got to let this shit blow over a little bit, because they're
11  freaking out.
12     DARRELL MARTIN:  So we can have the ATF.com site?
13     DAN COOK:  You -- you can -- you can have the site.  I
14  would -- I would suggest, though, and -- and there's -- there's
15  actually a lot of good uses, I think, for that site.  I wouldn't
16  do anything transactional through that site.
17     DARRELL MARTIN:  Right.  Because it goes to Apex
18  Trader Funding.com now.
19     JOHN SKELTON:  Yeah.  No, it's all good right now.  We
20  can have the domain.  We can have the site, whatever.  It's
21  just, we can't charge through it without getting it approved.
22  And we already know that at least two of the three that we have
23  now won't approve it, but we could submit it.
24     DAN COOK:  Yeah.  ATF --
25     JOHN SKELTON:  And then the other problem is --

Page 49

1  DAN COOK:  I actually see some great uses for ATF.com,
2  but never as a transactional website.  Never having transactions
3  on it because of the rules of the different payment processors
4  and stuff.
5     DARRELL MARTIN:  It can lead to transactional pages
6  that are on Apex Trader Funding, but not transactions on it.
7     DAN COOK:  Right.  Not transactions on that URL.
8     DARRELL MARTIN:  Okay.
9     DAN COOK:  But, like, for landing pages and for, like,
10  when we do specific things, having that will actually be a good,
11  like, funnel site, and then, going back to Apex Trader Funding.
12  When we -- Darrell, you mentioned, like, having multiple other
13  sites.  Again, those -- we -- it would just be a pain in the
14  ass.  And if we did anything -- not only would it be a pain in
15  the ass, I should say, but we don't want to do anything
16  transactional on those sites through Apex Trader Funding because
17  that's going to look like a cypriot bucket shop part two.
18     DARRELL MARTIN:  Okay.
19     DAN COOK:  So -- but if you're using them as, like,
20  funnels, let's say you own a website that's Darrell Martin
21  Speaks.Com, and you talk about funding programs, blah, blah,
22  blah.  And it goes back to, you know, you want to -- you want to
23  try out Apex?  Go here.  Pick this link.  And it takes you to
24  Apex Trader Funding.  Then you --
25     DARRELL MARTIN:  Takes you to Apex Trader Funding's

Page 50

1 shopping cart.
2        DAN COOK:  You should -- you should be fine there, as
3 long as you're not misleading.  I mean, that -- that's kind of
4 the whole key.  As long as you're not misleading or pretending
5 you're a different company or making big -- you know, big claims
6 like, oh, hey, blah, blah, blah, which I know some of our
7 affiliates are probably not doing a great job, but we just need
8 to be cleaned up.
9        But, yeah, depending on how it is, as long as you're
10 clear, fair and balanced in your messaging, you know, you
11 probably want to put a disclosure on it that, you know, this
12 site is affiliated or is under the same ownership of Apex,
13 something like that.  But, again, those aren't things -- the
14 transaction things is going to be the main priority that -- that
15 they're going to pay attention to, is, where is the transaction
16 happening and is that an approved site?
17        DARRELL MARTIN:  Okay.  So you're saying, like, on the
18 site we have right now of ATF.com, we could be wise to put like,
19 Owned by Apex Trader Funding.com, like, at the top or at the
20 bottom or --
21        DAN COOK:  I would -- I would put a disclosure at the
22 bottom, just a quick blurb.  I mean, I think it says -- I mean,
23 it says all over the site, Apex Trader Funding.
24        DARRELL MARTIN:  It does.
25        DAN COOK:  I mean, we're not really -- like, we're

Page 51

1 fully disclosing that this is Apex Trader Funding.
2        JOHN SKELTON:  Yeah, I think it's fine there.  And Leo
3 fixed the -- the checkout pages.  So that covers our ass there.
4 Their whole --
5        DAN COOK:  Yeah, we're -- we're -- I think we're
6 really good on that right now.
7        DARRELL MARTIN:  Leo, thank you for doing that, like
8 right before your cruise.
9        LEO RIOT:  Yeah, no problem.  That's fine.
10        JOHN SKELTON:  Well, then he came back and had to do
11 more, and it fucking sucks because it was like days of undoing
12 work that he'd spent weeks doing.  And I, of all people, know
13 how that fucking sucks.  And so all that, it sucks.
14        LEO RIOT:  It's okay.  It's fine.
15        JOHN SKELTON:  I mean, their whole thing is about
16 money laundering, the merchant laundering.  Because what happens
17 is, a merchant will get approved and is charging, and then all
18 of a sudden that merchant site forwards to another company site
19 or another website not approved, and they're doing charges under
20 that.  And then even though the money still goes here, then it's
21 like, oh, they're splitting money on the back end.  And then
22 they get all involved on what products were actually being sold.
23        LEO RIOT:  Yeah.
24        JOHN SKELTON:  And who actually owns that URL and then
25 they want the beneficial ownership and all in those two--

Page 52

1        (Simultaneous speakers.)
2        DARRELL MARTIN:  Refilling gun tax stamps and shit
3 like that, yeah.
4        LEO RIOT:  Right.
5        JOHN SKELTON:  Right.  Like what Jack was saying, that
6 part of the reason EMS -- and the reason Jack was flipping out
7 so much and wouldn't even talk to me from the office was because
8 they -- they used to allow -- they used to be 2A friendly,
9 Second Amendment friendly.  So they used to allow gun shops to
10 sign up with them.  But what they had was a supposed legit gun
11 shop go through the signup process and get approved as a
12 merchant.  But then what happened was, that gun shop let their
13 buddy start using their merchant account to sell guns to people
14 just one on one, not through the store.  Just like -- it was
15 like an illegal gun thing.  Like, just, you know, run an ad
16 online and sell them.
17        But what this company did -- and this is what freaked
18 him out so much -- this company got some other separate website
19 that had something to do with ATF.  It was like ATF Forms or ATF
20 whatever, and they made this fake site telling people, yeah, we
21 have this special thing.  You just do it online and we get the
22 instant approval from the ATF for the background check and you
23 can have this gun.  And it was all a scam.  Like, everything
24 that the customers were entering never went to the ATF and got
25 approved.  So they were selling these guns, like, illegally

Page 53

1 without a license, claiming they were getting the background
2 check through the ATF and then selling the guns to people.  And
3 it was like a huge fucking deal.
4        Like, they had the same thing happen with, like, these
5 financial services like, what do you call it?  The audit, IRS --
6 get out of IRS debt, blah, blah, blah, that would have, like,
7 these fake IRS -- like IRS resolution dot whatever shit.  And it
8 was like fake ass -- oh, the IRS has accepted your offer for a
9 settlement, enter your bank account info here to pay --
10        DAN COOK:  Oh, shit.
11        JOHN SKELTON:  Like, that's why, like, a lot of these
12 merchants are, like, nothing that looks anything like that,
13 because there's so many scams about it because of that shit
14 right there.  And it was like, oh, fuck.  So it's -- but,
15 anyway, a lot of it is about the money laundering part of
16 business and transaction on a different site or different -- or
17 a site owned by someone else or products that weren't approved.
18        You know, like, one of the other examples Jack gave
19 was, yeah, we've reviewed your company, but how do we know that
20 everything that went through that, when somebody buys a 50k
21 account, they're not really buying 50k of online gambling
22 credits.  And, like, this other company told their people, hey,
23 go here and buy this.  Call it a 50k, but then you get this.
24        Evidently, it's a big fucking thing out there,
25 especially with the online gambling, is to call it something

Page 54

1 else. Like there are sites that set up like, oh, buy stickers.
2 Buy 50 stickers. What 50 stickers does is give you 50 credits
3 towards something or whatever.
4       DARRELL MARTIN: So do we need to change our email?
5 You brought that up, Dan. Does our email need to go back to
6 Apex Trader Funding? I mean, I love the ATF.com myself, but --
7       DAN COOK: No.
8       JOHN SKELTON: They both still work, right?
9       DAN COOK: Yeah.
10      LEO RIOT: Yeah.
11      DAN COOK: You can -- both, as far as the email,
12 that's fine. Because you're not -- you're not using your email
13 as a marketing message -- I mean, you know, you're not -- it's
14 not really misleading in any way. Like, email can just be
15 email. You're not trying to do anything that could be construed
16 as, like, copying a government site, right? You give out your
17 email to somebody. You put your email somewhere, you're
18 actually representing.
19       Now, as long as you don't, like, create a website and
20 say, hey, this is Darrell Martin with Alcohol, Tobacco and
21 Firearms, and then an email address, then you're fine. But,
22 yeah, the email can stay the same. I actually -- I actually
23 like Dan@ATF.com. It's nice and simple.
24      DARRELL MARTIN: Me, too. I love it.
25      DAN COOK: I mean, yeah. I fell in love with it,

Page 55

1 like, right away. I mean, I got so pissed. My initial -- my
2 original email was DCook@Irelands.com. And I loved that because
3 it was so easy to give out and people actually could remember
4 it. And then I was like -- you know, it's like Dan1971@gmail
5 whatever. But, yeah, like, so you're good. Yeah, the emails --
6 the emails are good. But it is the URL on the website that
7 was -- I was concerned that we talked about.
8       JOHN SKELTON: And, Dan, I don't know if you plan on
9 addressing this. I don't want to get ahead of you. I don't
10 know. I mean, haven't seen your slides. But, like, that was
11 the huge crazy issue, but there's been a lot of other fallout
12 with marketing and social media and Google and affiliates, and,
13 like, I don't if --
14      DAN COOK: Yeah, we --
15      JOHN SKELTON: Because you spent days on days on the
16 phone with affiliates trying to save them.
17      DAN COOK: We did, and then that was a thing. But
18 that kind of goes back to the point on why it just needs to be,
19 you know, communicated when we have things like this. Because,
20 yeah, it could impact the marketing, and in the long run,
21 though, that was, in my mind, a blip. And, yeah, a little bit
22 of a pain in the ass, trying to pause, you know, some things.
23 Did we have to get it squared away and sent back because we
24 didn't get blocked on some social media aspects. We were able
25 to get that resolved. It didn't take Google down, thankfully,

Page 56

1 because that was one of the big concerns.
2       So, yeah, that, I look at it. But, again, it kind of
3 goes back to -- you know, it's kind of the whole -- it can
4 impact every part of the company. But, yeah. So with that,
5 yeah, I mean, really the thing I kind of want us all thinking
6 about, it's kind of the strategic plan like -- and, again,
7 I'm -- I report to you guys. I'm here to do -- this is kind of
8 the version.
9       So when we look at -- and I know Todd's been looking
10 at the organizational chart. But some things that I think
11 were -- Leo, you've got the tech down, man. That's your baby.
12 That's your team. I'm assuming you're comfortable still
13 focusing on all the tech?
14      LEO RIOT: Yeah, that's me.
15      JOHN SKELTON: He really wants to move into the help
16 desk and do tickets, though.
17      DAN COOK: And, you know, like, Darrell, I mean, you
18 know this inside and out, like, day-to-day support, operation
19 management, particularly is that team is built out. You know,
20 Todd's working on the support team and the QA in training, and
21 this is really -- you know, this isn't a forever thing that
22 we're looking at. I think this is really the next three to four
23 months is very pivotable -- pivotable and crucial for us.
24       You know, Todd's doing that. John, really focusing on
25 that, the PPA payouts, all the things that goes on that. I know

Page 57

1 you'd be working with, like, Marian on fraud. And Marian sounds
2 like she knows. She can see the spiderwebs when things are
3 going on. Like, she knows that inside and out.
4       DARRELL MARTIN: Yeah, she's great at that.
5       DAN COOK: Oh, yeah. And we'll -- we'll, like, build
6 out these teams. I'll be restructuring the marketing department
7 and really revamping the affiliate program to make sure it's
8 efficient, and remove a lot of the risks that are there on that.
9 At some point, we know when it's appropriate and we start to do
10 these, and, you know, we can -- we'll kind of just -- kind of
11 like we shared a little bit of the -- or charter the promotion
12 like stuff, kind of shared with the team. We'll probably start
13 with the limited team, you know, four of us and Todd, and then
14 decide what -- what parts are appropriate to chair, just to keep
15 everybody on the same page and keep the machine moving forward.
16       Because I really see -- if we do this right, in three
17 to four months, this thing runs itself. Like you guys can be
18 the high level, looking at 30,000 feet. Not being pestered by a
19 bunch of random requests. Not sitting down in the weeds every
20 day to day. But -- and, Leo, if you want to take that cruise
21 once a month with the family?
22      LEO RIOT: Yes, that will be amazing.
23      DAN COOK: Darrell, do a safari every couple of
24 months. We'll all get together and kick back on the road and
25 not worry that things are going to fall over because we can't

Page 58

1  really have any.  We'll design it so there's no single points of
2  failure.  And then it's really just a machine with processes.
3  And when you have that, it becomes beautiful because then if
4  something starts going wonky, just like a car, you can run it,
5  take it in and put it on the diagnostic machine and go, okay,
6  this requires attention here.  Done.  Okay.  You know, back to
7  my regular -- regularly scheduled program.
8          One other key point I want to hit on, because I think
9  this is -- this is -- this is the pivotal nature of it, right?
10 If we could -- we could literally, like, walk away and go, God,
11 there's some issues.  Let's just close up shop.  None of this is
12 worth it.  I don't believe anybody's head's in that space
13 because this is too huge.  But I -- I've gotten a -- I know it's
14 hard to believe, but I've got some friends, but a couple of
15 them, particularly -- yeah, that was a joke.  You guys all
16 looked like so seriously.  I said it was hard to believe that I
17 had friends.  You're like, yeah, no shit, Dan, the way you are.
18          JOHN SKELTON:  I thought we were your only friends.
19          DAN COOK:  Yeah, it's just me sitting here talking to
20 myself.
21          But, no.  So what was interesting?  So before I came
22 to work with you all, I was talking to a really good friend of
23 mine.  He was the first CEO of IG when I came on board there.
24 He runs the consulting firm.  Part of his team is also the --
25 the -- one of the former CFOs of Nadex, this other lady, Deborah

Page 59

1  Rabichow, who's been around the industry forever; Charles, who
2  worked on the Nadex PCR, like, I've known these guys.
3          They run a consulting firm that literally works with
4  clearinghouses, brokerage firms, like, FCMs all under NFA, CFTC
5  rules.  So I -- I was talking to him -- and this was in January,
6  I guess -- and so he's like, well, I told him -- you know, told
7  him what I was going to be doing.  And he's like, well, hold on.
8  He's like, let me ask you a couple of questions.  Because he's
9  like, we were just hired by an independent party to do the full
10 audit and valuation of top stuff.
11          So he's like, I know this space better than anybody
12 else, and there are some firms out there right now that are
13 going to have a huge target on their back.  And what he was
14 talking about was the CFO.  He's like, the first question was
15 like, these -- like, do these guys do any CFEs or FX?  And I was
16 like, no.
17          And he asked me a few other questions, and I was able
18 to answer them.  He's like, okay, you're all good then.  So that
19 was very positive.
20          DARRELL MARTIN:  Nice.
21          DAN COOK:  I had -- I had dinner with two of them.
22 What is this --
23          DARRELL MARTIN:  What if we -- I know of two companies
24 that do use CFTs and FX, and they're in the U.S.
25          DAN COOK:  They'll get shut down.

Page 60

1          DARRELL MARTIN:  Yeah, Surge Trader and My Funded
2  Forex --
3          DAN COOK:  So --
4          DARRELL MARTIN:  -- they're just rocking right along.
5          JOHN SKELTON:  My Funded Forex just got hit ten days
6  ago.
7          DARRELL MARTIN:  They did?
8          JOHN SKELTON:  They were part of that most recent
9  shutdown of Forex data.
10         DARRELL MARTIN:  Yeah.  Surge Trader's in Florida,
11 like, they're --
12         JOHN SKELTON:  I want to say Surge got hit, too.  So I
13 knew you were gone.  Like, a whole slew of them just got hit.
14         DAN COOK:  If they haven't been hit already, they will
15 definitely get it.  No question.  No question about it.
16         Now, one of the things that this does -- which, again,
17 kind of goes back to positive -- I was -- I actually really wish
18 he would have been able to share with me the whole audit thing
19 that he did for this company that was looking to buy because one
20 of the things he said, he's like, the valuations are crazy on
21 these things.  But he's, like, the full valuation won't come
22 until there's actually regulation.
23         And one of that is because regulatory risk over
24 always -- you know, it's always hanging over when there's not
25 regulation.  Some things that we saw in the swaps field when

Page 61

1  Dodd-Frank wasn't clear on that.  I mean, like, this is a huge
2  opportunity that regulations will come because he's, like, the
3  valuations will be intact.  It's like, you can either be on the
4  front end, which we've already talked about, and having that
5  regulation.  If not, it's a zero sum, because they'll just come
6  in and they'll say, okay, well, you're not meeting all these.
7  This wasn't authorized, blah, blah, blah.
8          So you can either, you know, choose to just, like,
9  close up shop -- which, again, nobody wants to do.  But what I
10 think is really positive in talking to them -- and I'm -- I'm --
11 and, yes, I'm trying to get some free consulting out of this.
12 But at some point we may want them to come in just to look at
13 our processes as consultants.  But in our conversation -- and
14 this will be between you three -- I don't want to know any
15 numbers, but I'm going to throw out some examples.
16          When it looks like exit strategy.  And by exit
17 strategy, I'm not even thinking about a winddown, but -- that
18 should blow all of you away.  I think you probably already know
19 this.  I'm probably preaching to the choir, but when you were
20 talking about the valuations for him, particularly under a
21 regulatory regime that's solid and has removed that risk, I
22 really feel comfortable.  When I -- when we can ramp up
23 marketing, which I haven't even felt comfortable turning on the
24 switch because we've got to get some staff up first.  I really
25 feel comfortable, by the end of the -- by the fourth quarter of

Page 62

1  this year, we should be around $100 million a month, which under
2  traditional models, would be about a $6 billion valuation.
3          Now, without regulation, you'd actually have to shave
4  some of that off, right, because there's some unknown risk.  I
5  really feel comfortable, in the next 18 -- 18 months, probably
6  24, we could be around upwards of the $200 million mark.  If
7  these things take shape as the way I'm pretty confident they
8  will, 200 million a month puts you in a $12 billion dollar
9  valuation, which, I mean, even I don't -- I don't know about
10 what you guys need to do for your lifestyle, but if the three of
11 you split, let's say, even $9 billion, I don't know if anybody
12 could live comfortably on that.  But that's -- that's
13 legitimately the numbers that we're talking about, and where we
14 can get to.  I mean, even -- I mean, even the $6 million
15 valuation wouldn't be too bad for three people to split up;
16 would it?
17         DARRELL MARTIN:  No, I could handle that.  How about
18 you, Leo?
19         LEO RIOT:  Yeah.  I can buy milk and bread.
20         JOHN SKELTON:  I was going to say, he'll buy that
21 cruise ship.
22         DAN COOK:  Yeah, exactly.
23         DARRELL MARTIN:  I'll be right back.
24         DAN COOK:  Yeah.
25         JOHN SKELTON:  Yeah, but you're -- you're talking

Page 63

1  about -- because regulations coming.  It's hitting here probably
2  in the next handful of months.  And if we do it right and we are
3  that stamp -- gold standard, and, like, on a more -- on a --
4  that valuation is like -- like a legit kind of thing, like,
5  boom.
6          DAN COOK:  But that valuation is absolutely
7  legitimate.  The -- and this is why I really appreciate the time
8  today, because I think it's really an important conversation to
9  have.  And, like, at this point, like, these guys are more than
10 willing to come in and, like, look at consultants, look at our
11 processes.  I think it's a little premature for that because I
12 think we need to get the pieces in place and the processes in
13 place for them to come in because they will come in and do an
14 audit.
15         They know the regulators.  They work hand in hand with
16 the regulators.  That's why they're so valuable.  So where they
17 would actually come in and do an audit and say, okay, well, this
18 is what the regulators are going to ask.  This is what they do
19 for brokerage firms.  This is what they do for clearing
20 organizations.  This is what they recommend because this has
21 been their lifeblood for years.
22         JOHN SKELTON:  So, like, the regulators that would
23 come into us are already the regulators this crew works with.
24         DAN COOK:  Yep.
25         JOHN SKELTON:  The regulator knows them.  And, like,

Page 64

1  if we have them come in and fix everything and get it right, and
2  then regulation comes, going, oh, you got them.  You're in, kind
3  of thing.
4          DAN COOK:  Yep.  Yep, exactly.  Like, it's important
5  to have a third party, like, on their side where they could --
6  but that's where I think the next three to four months are going
7  to be pretty key.  And, by the way, I wish I could take credit
8  for all the regulatory stuff on the site.  Some of this actually
9  came from them, or information that they were sharing with me
10 about what the regulators are going to look for, the key
11 aspects.  A lot of it I already knew just from having worked
12 with regulators more than I ever thought I would in my young
13 adult life.  But I think that's where this is usually, like, a
14 powerful position that you're in because we're going to be able
15 to shape these things and we're going to have, you know,
16 obviously the people and processes in place.
17         And, like I said, literally, Leo, if you want to take
18 a cruise every damn week you can do it.  You can check in from
19 the boat.
20         Darrell, whatever you want to do.  And that's the --
21 you know, that's the goal.  You guys can always work.  If you
22 want to work 100 hours a week --
23         I mean, John, I know you would just like to get some
24 sleep.  That would be ideal.  But also, you know, just
25 absolutely rushing.

Page 65

1          And this is where on the last slide I said the good,
2  the bad and the empire.  Like, literally, we would be an empire
3  where the sky is the limit.  And that it's like -- you know, has
4  there been some stuff that's -- kind of seems overwhelming, not
5  really because it's all so damn -- like, all the things we can
6  look at that look like risks are really opportunities to do
7  things the right way and -- and become what really shapes --
8  that nobody else is even looking at.  I can guarantee there's --
9  there's hardly anybody else in this field that is even
10 considering these aspects and what's about to come down the
11 road.
12         JOHN SKELTON:  Or have those -- or have those
13 contacts.
14         LEO RIOT:  Wonderful.  So paying that company so we
15 can regulate ourselves, that sounds amazing.
16         DAN COOK:  Yeah.  Well, I'm -- actually, well, one of
17 the guys that I had dinner with Tuesday night, we actually have
18 a memorial dinner tomorrow night, who also -- one of my friends,
19 who's a lawyer, who's just kind of looking at a couple documents
20 for me is going to be there.  So anything free I can get us.
21 But it actually wouldn't be bad at some point to have them ask
22 the consultants to look and do really what would be like an NFA
23 or CFTC audit of our processes.
24         And it would go a long way with the regulators as
25 well, saying, wow, you guys weren't even -- didn't even need to

Page 66

1  be registered and you're already ahead of the game.  Like, these
2  are things that you were looking at so that you could do it
3  better than anybody.  That would be so valuable, because the
4  last thing we want to do is give them anything to start a line
5  of questioning.  We don't want to give them that piece of string
6  on the sweater that they can start to pull.
7       We want to go, hey, look, we've got chain mail on, not
8  a sweater.
9       JOHN SKELTON:  Right.
10      DAN COOK:  I wouldn't recommend, though, actually
11 wearing chain mail to any CFTC interviews.  That could go --
12 that could go wrong, but --
13      JOHN SKELTON:  Not good there, uh?
14      DARRELL MARTIN:  By the way, Search Trader and My
15 Funded FX are still up.
16      JOHN SKELTON:  I thought it was My Funded FX.  Or
17 what's the other one that's like MFF?  It's M -- there's like
18 two -- there's like three of them that almost sound the same.
19 My -- My Funded -- I'll look it up.  I'll find the article, and
20 I'll send it to you all.  Like, the news releases of, like, the
21 list of them.
22      DARRELL MARTIN:  Yeah, but the Surge is, like, right
23 in Florida and they're.  Like, we do CFT's and FX.  I mean,
24 it's, like, their whole thing.
25      DAN COOK:  This -- this -- this is something that

Page 67

1  we'll be getting cleaned up.  And in a way, it's not a terrible
2  thing if there's still a couple of them up and running, because
3  that means that they're still dealing with those and putting
4  the -- like, that part in place, which gives us a little bit
5  more time on the runway to like get, you know, all of our, like,
6  regulatory house in order.
7       JOHN SKELTON:  Right.  It's just -- yeah, I'll find
8  the articles.  And I have them somewhere -- I'll send them to
9  you -- about the ones that got shut down and then, like, the
10 ones that are, like, you know, hey, we lost all of our U.S.
11 customers, so we're getting into futures, blah, blah, blah,
12 because that's the only thing that -- that's just going to bring
13 the regulation quicker because --
14      DARRELL MARTIN:  Right, because they're getting into
15 futures and they didn't like them --
16      JOHN SKELTON:  The regulators just shut them down on
17 one side.  Now, they're doing -- so --
18      DARRELL MARTIN:  So, yeah, we got to get this in
19 place.  Yeah.
20      DAN COOK:  Yeah.
21      DARRELL MARTIN:  I mean, I'll sleep better at night
22 with it in place.  I like it.
23      DAN COOK:  No, I -- this should absolutely be looked
24 at as a positive because we -- one, we have the expertise and
25 then, you know, to be able to put it all in place and just

Page 68

1  firm-wide.  I mean, it will give us such an advantage over
2  anyone, you know, and just good favor with the regulators to be
3  like, hey, look, no, we were ahead of the game because we're
4  actually operating this just as the way you prescribed for
5  brokerage firms.  Now this is -- this is already your regulation
6  that we've been trying to uphold.  Has anybody else been doing
7  that?  Oh, no?  Really?  They don't have a model?  They don't
8  have a risk management model?  That's huge.
9       But I know -- I know I threw a lot at you guys today.
10 And, really, I just want to get it in front of you.  Have you
11 thinking about it.  Again, it wasn't meant to be, like, hey, I'm
12 Dan.  I'm in charge.  This is really just kind of me on some of
13 the things that we're seeing, some --
14      DARRELL MARTIN:  I'm loving this, man.  Dan, thank
15 you.
16      LEO RIOT:  Yeah.
17      JOHN SKELTON:  Yeah.  No, I asked him to help dig in.
18 I wasn't expecting this kind of, like -- I mean, the first thing
19 I think of is, like -- I mean, you and I talked about it a
20 little bit, Dan, like, the -- we're in the same spot, same
21 position that the Forex market was in before the regulations
22 hit, and we saw what happened there and the top three that
23 already had in place.  Boom, they're on the board.  All the
24 other competitors are gone.  The same thing with the binary
25 bucket shops, boom.  If that really can happen, to where it's

Page 69

1  shut down most of these competitors and then raised the bar so
2  high where you can't get in the space, hardly --
3       DARRELL MARTIN:  Stay in.
4       JOHN SKELTON:  -- or stay in, like, if we already
5  are -- you know, can foresee fixing some shit going on and
6  getting to 100 million, like, you mentioned 200 million.  Like,
7  we -- we almost don't even have to work for that extra because
8  all the other shops are gone.  They have to come to us.  And
9  then, when there's not all these random-ass competitors out
10 there, say goodbye to fucking 80 percent off.  We don't have to
11 because we're not fighting these little cheapies.
12      DARRELL MARTIN:  Yeah.
13      JOHN SKELTON:  Like, you know what I mean?  Like, just
14 the customers we have alone, we can just double the income
15 because of the price.  We don't have to deal with that shitty
16 price.  Like, that's -- yeah, that's huge.
17      DAN COOK:  Yeah, this is -- this is a -- this is a
18 beautiful long -- you know, long-term thing that could happen
19 pretty quickly.  I'll give you one other example.  And -- well,
20 so I -- when IG came into town and I ended up running IG, I
21 jumped shipped from this company called GFT Global Forex
22 Trading, who was on the advisory board for the NFA.
23      So 2008/2009 happened.  And one of the things that
24 come out -- and I know this came from the competitors, because
25 IG was the new kid in town.  They literally -- we were offering

Tab 14a -- 2024.03.21 QST00347764

Page 70

1  FX options, which nobody else really had the capability to do or
2  bring onboard quick.  So I know it was suggested to the
3  regulator, which the regulator then enacted.  They basically
4  said, okay, so you have to, on an intraday basis, cover 25
5  percent of the notional value of all options.
6      So if somebody -- so let's say Euro USD was trading at
7  125 at that point.  Somebody comes in and buys a $10 call, just
8  that's it, a $10 call on Euro USD.  They put up 10 bucks.  I've
9  got to put up 25 percent of $125,000 --
10     DARRELL MARTIN:  Oh, wow.
11     DAN COOK:  -- when that trade happens.  And that was
12 another thing where it ended up -- I mean, we were kind of --
13 because we owned Nadex -- or IG owned Nadex, the brokerage firm,
14 and the only market maker at that time at Nadex, we were going
15 to be -- we were already in the process of unwinding the
16 brokerage firm.  But that literally took away 50 percent of our
17 revenue immediately.
18     So those are things that can happen when you can shape
19 the regulation, which is great for us.  We can -- we can
20 absolutely build the empire.  When there's three of us left, we
21 compete on value and share what we're providing.  All of us can stop
22 doing 80 percent off.  The organization, at that point, will be
23 a process and super scalable.  The funny thing is, with the
24 organization, the way -- looking at that in the structure, the
25 more we grow, the easier it'll be because it just becomes a

Page 71

1  machine.
2      JOHN SKELTON:  Right.  Yeah.
3      DAN COOK:  Yeah.  I know -- I know I threw a whole lot
4  at you guys today.  Some stuff to think about.  It wouldn't be
5  bad, I mean, if we kind of get together occasionally, like when
6  Todd's back.  I'd love to actually get together with you guys
7  all in person, too.  But -- oh, just to let you know.  I am
8  going to actually be gone one week in April.  I'm going to be at
9  a wedding in Mexico, actually, for my ex-wife's family.  But
10 they're still my family.  So, yeah, but I'll still be online and
11 stuff.
12     But obviously ping me.  I'll probably reach out to you
13 guys and start catching up with you more one on one, because
14 actually I just love to hear a bit more about the personal life
15 and see where -- how everything's been.  So -- but, yeah, with
16 that, guys, I'm happy to let you sit and mull this over.  And
17 then talk amongst yourselves and be like, wow, should we fire
18 Dan now, or maybe he has some good ideas.
19     LEO RIOT:  No.  Let me ask you something, Dan.  So,
20 like, whenever I work with IT, there's always five, ten
21 different things that are broken.  And then I'm constantly,
22 like, every half an hour I get messages, this broke, this broke,
23 and we're having issues with these.  So what I do is, like,
24 Marian just give me number one issue of the day, and then I'll
25 work on that.  Then, when it's finished, I move on to the next

Page 72

1  one.
2      So on your presentation, yeah, we -- we are in the
3  middle of, like, a lot of issues.  But which one is the number
4  one that you recommend that we -- you know, we work on today and
5  tomorrow or this week?
6      DAN COOK:  So from -- I think we -- the biggest
7  issue -- and let me kind of go back -- was really the website.
8  That was like the number one.  What I would say right now is --
9  actually, I'm going to kind of answer a question with a question
10 here, Leo, because I think it's kind of for us to think about.
11 A lot of these are things that we need to answer.  But.  Like,
12 what we need to start thinking about is, like, on my side, my
13 number one issue is kind of the affiliate program because I
14 don't want to get an audit done and find out we were paying
15 tariffs.
16     DARRELL MARTIN:  Right.
17     LEO RIOT:  Yeah.
18     DAN COOK:  And so that -- that for me, for -- from
19 Darrell's perspective -- like, Darrell, I think you're planning
20 on getting day to day with the operations staff and working with
21 John on the customer service.  So you might have a separate
22 issue.
23     I think for all of us, Leo, this is the -- the number
24 one thing I think we need to accomplish, not necessarily -- the
25 number one thing I think we need to accomplish, particularly

Page 73

1  when Todd gets back, is to put the pieces in place for the --
2  for the different groups and really get that structure.  That
3  would be my number one, this is what we need to do.  And that's
4  kind of already in motion.
5      This -- with this, I'm going to look at and I'm going
6  to have another conversation with these consultants.  I think
7  there's things that we do concurrently, though, where -- where
8  we start looking at, okay, how -- when we're collecting client
9  data, where does that go, you know, or what are we requiring?
10 Are we making sure that we have verified every individual, that
11 they are who they say they are; that we're actually potentially
12 going to have to pay out?  So I don't know.
13     And let me flip back through here, because it seems
14 like there was one that I said, this is the -- you know, like,
15 certain -- certain things are, I think, bigger, like -- like,
16 will be of bigger importance but aren't necessarily the priority
17 to do today.  So, like, I think we -- we start setting up how
18 the reserve fund is going to work, but it doesn't mean we have
19 to do it tomorrow.
20     Some of this Todd is handling.  I think right now I
21 wouldn't say that there's just -- like, hey, there's something
22 burning right now on fire.  John, you might have a different
23 opinion of that or -- or you guys might know, on the day-to-day,
24 what, like, the immediate fire is.  From this -- this is more, I
25 think, what our immediate priority is, is, I'm going to

Page 74

1  circulate this deck. Kind of have all of us think about it for
2  a few days. Get together next week, probably on another call,
3  okay, and start thinking about our plan, how we address these.
4  Kind of that analogy of how to eat an elephant. What are our
5  first bites that we take to start putting this in place.
6          LEO RIOT: Okay. Sounds good. Because, like, for me
7  the main thing is, like, if there's a room that's on fire,
8  just, you know, send two people to work in that room and, you
9  know, make sure everything is fine. Like, for my department,
10 sometimes there's, like, three things that are, like, on fire,
11 and I fix them within an hour or two. So I -- I take action
12 right away.
13         But this is, like, a long-term, maybe a month
14 approach. But you can also tell me, hey, Leo, you can help with
15 this, or we can hire somebody else to help throughout, you know,
16 two to three weeks to get us there. Because, like, sometimes,
17 you know, there's ten issues, and then there's four people and
18 no one has direction, then no one works on it.
19         JOHN SKELTON: Right.
20         DAN COOK: Yeah. Yeah. There's certainly probably
21 some -- like, for instance, on my side, like, I used the
22 affiliate program. I'm probably going to have a couple of
23 requests for you as we look at it, but as I go through that
24 process, just because I know it can impact some other things,
25 like, communication, you know, there might be either some, like,

Page 75

1  reports I might want to look at. I'm really getting up to a
2  member. There's already so much in there that -- that I'm
3  learning, and I think it's a great tool. I kind of wish I would
4  have had that at Nadex.
5          But, like, the whole affiliate onboarding process and,
6  like, where that's stored, I'm going to kind of lay out a
7  process. And then I want to consult with you guys to say, okay,
8  how can we do this, and what's the best way to approach it,
9  because you'll understand how things are engineered in the
10 background.
11         LEO RIOT: Yeah.
12         DAN COOK: And the best way to approach it, that I
13 don't. But, to me, the affiliate program isn't a number one
14 fire. It's something that needs to be addressed and I can
15 address. I think, you know, we have fires that come up
16 relative -- you know, with relative frequency, but it's not like
17 a rhythmic outage or something like that, where all of a
18 sudden -- but this is. I don't want to, you know -- you know,
19 it downplay it. This is literally, like, for the next three or
20 four months an all-hands-on-deck type of -- type of scenario
21 that we give the dedication and the work over the next, you
22 know, few months. And we actually start getting a lot of place
23 in the next 60, 90 days.
24         And, like, anything we kind of go, okay, well, here's
25 a couple scenarios. What if this happens? Do we have a process

Page 76

1  in place? And what does this look like? So, yeah, I -- and,
2  sorry, this was a really long way to answer. I don't see any
3  immediate fires that we have to address, but we have to kind of
4  all start thinking about our own areas and kind of what needs to
5  be put in place to address these things. You know, how are we
6  situated there.
7          LEO RIOT: Okay. Sounds amazing. Yeah. This, your
8  plan, I love it. I think it's great. Also, like, if we start
9  working on this early, we don't have to wait until the building
10 is on fire, so, yeah, working on your plan early on will help
11 us.
12         DAN COOK: You just nailed it. The last thing you
13 want to do is not even know we're on fire and have the
14 regulators come in and tell us we're on fire.
15         LEO RIOT: Right.
16         DAN COOK: Right. Yeah. We don't want to know that
17 we're sitting on 410 and floors 1 through 5 are burning down and
18 we didn't even realize it. We want to make sure that we are
19 locked down and sound. And you're absolutely right, this is a
20 plan that we need to start implementing as soon as possible, and
21 just -- and just taking it step by step by step, you know?
22         LEO RIOT: Okay. I love it. I like it.
23         JOHN SKELTON: Yeah. And before we can get those
24 friends of yours and those regulator company, we've got to get
25 the departments built out and done properly and communications

Page 77

1  set up, like, before they can come in and help us do it right.
2          But I -- are you done, Dan? Is there anything else
3  you wanted to share or --
4          DAN COOK: I am -- I am done. Just one last thing
5  I'll share is, just, like, great getting together with you guys
6  again. Thank you again for the opportunity. I mean, this is --
7  I haven't been this excited in years and years and years because
8  of the potential here. And, you know, I've known you guys all
9  for years. I'm looking -- I'm actually looking as much forward
10 to building this as to getting reacquainted, because it has been
11 years since I've really been able to spend a lot of time with
12 you all.
13         I mean, so I'm really looking forward to that. And
14 I'm -- we're just -- we're going to absolutely crush it
15 together.
16         JOHN SKELTON: Awesome, man.
17         LEO RIOT: Amazing. Yeah.
18         JOHN SKELTON: Leo, do you have a few minutes, or do
19 you have to go?
20         LEO RIOT: I'm good.
21         JOHN SKELTON: Okay.
22         DAN COOK: I will -- I will let you guys talk amongst
23 yourselves, then.
24         JOHN SKELTON: I mean, you're welcome to stay on for
25 part of this, too, unless you've got to go, Dan. If you got to

Page 78

1  go, you got to go.
2         DAN COOK:  No, I've -- I've still got another 20
3  minutes at least before my next -- yeah, before I have a call.
4  Yeah.
5         By the way, there's no more priority than you three.
6  So anything I need to move around, I move around.
7         JOHN SKELTON:  Right.
8         DAN COOK:  You know, I may grab a glass of water real
9  quick, though.  I can hear you, so just -- I've been doing a lot
10 of talking.
11        JOHN SKELTON:  Sure.  So just kind of filling in for
12 you guys, and Dan covered some of this, but just kind of where
13 we are right now and kind of a little bit of the shit that's
14 been going on is, like, with the growth.  You know, from
15 December to January and February, like, 65 percent growth, like,
16 it was awesome and it blew us up.  But it was right in the
17 middle of us trying to get the departments together and get the
18 staffing together, and it just kind of blew us up.  And it was
19 hard to keep up with everything, you know what I mean?
20        It just exploded, and we've got -- you know, you have
21 60 percent extra come in, and you don't have 60 percent extra
22 people ready in place yet.  And a lot of stuff got behind and,
23 like, you know, ticket -- and then, you know, you got an
24 arithmetic outage in the middle of that, and you got Tradovate
25 problems in front of that.  And then we got, you know, URL stuff

Page 79

1  in front of that, and then we've got, just, news coming in from
2  the industry, and people shit -- like, the shit just hit it once
3  and everything just got behind.
4         And then it was, like, oh, payments are late, or
5  tickets are late, or this is late.  And, oh, is Apex in trouble?
6  And, you know -- and then, like, it just started this, like,
7  big, you know, social media nightmare.  And then, you know, with
8  the -- with the URL change and the affiliates upset and, like,
9  we had a lot of pissed off affiliates, like, because they were
10 getting blocked, or some of their meta accounts got shut down,
11 and it was like drama, drama.
12        But what we had to be careful for and what we were
13 facing a little bit there was, like, we had that -- we passed
14 $100 million milestone and we did that big sale, you know, and
15 that's what got us all crazy.  And then it was just, like, they
16 can't even keep up and their systems are down and then, oh,
17 their payouts are late.  Like, our big strength we've always
18 used was the payouts, right?  Well, we've paid more.  Like, it's
19 our answer to everything.  Top step says, oh, well, you all
20 don't have end of day or you all don't have -- we have a -- look
21 how much we paid out.  Well, you all don't -- well, look how
22 much -- like, that's always been our thing.
23        But we got -- we had a little issue there where --
24 because everything was so behind, people started, like, well,
25 yeah, but these other places pay, too.  Like, they do pay.  You

Page 80

1  paid more, but they still pay.  And what do I care if you paid
2  out $100 million to other people, I'm waiting on my two grand
3  and it's late.  This other place will pay me to -- like, we
4  started to lose our edge thereof reputation, you know what I
5  mean?
6         Like, we were going for the biggest, the best luxury
7  brand.  We started to lose our edge of, like, you guys are just
8  growing and you're too big.  And we're a number, and I don't
9  care that you paid out so much, the others still pay.  They can
10 keep up with me.  So it was like a reputational thing that kind
11 of hit us right on top of URL issues, industry issues, new --
12 like, just bad shit all hit it at once.  And every fucking thing
13 has been behind, you know, a while trying to structure and build
14 and grow, and it's, like -- it's just everything kind of hit at
15 once, you know.
16        And then -- and then both of you guys were gone a
17 little bit, which was fine.  But then with Marian being gone, it
18 was like fuck.  So in the middle of all of this, it's, like, all
19 right, who's going to cover Marian's shit, and who's doing this?
20 And, like, it's just been a scramble.  And I've been doing my
21 best here, but it's -- some things are behind.  Like, things are
22 behind and there's some fires burning, and some of them just
23 have to burn while we fix one thing at a time, you know.
24        And it's just been -- it's been a lot.  And then all
25 of a sudden, you know, the merchant issues and the merchant this

Page 81

1  and that, but -- so working on all that, some things are behind.
2  I -- and I -- and Darrell I talked a little bit about this a
3  couple of weeks ago, of, like, he knew when he got back from his
4  trip, like, you know, kind of stepping in to take over more
5  operational stuff.  You know, I don't give a shit about titles.
6  I don't care if we call me COO, you know, Dan's bitch.  I don't
7  care, whatever.
8         But I'm just bombarded all day, like, from seven,
9  eight different departments, this problem, this drama, this
10 drama, and trying to keep up with it.  And I just -- I can't do
11 it.  And I'm -- my health is, like, killing me.  And I feel like
12 me, personally -- I feel like I think I have a really good
13 handle on the promotions, like, that's something I've really
14 focused on for a long time now.  You know, it's not just simple
15 as oldest run a sale, it's really trying to dig into the
16 psychological side of things and what motivates traders.  What
17 creates speed and strategize those around certain days and
18 certain news and, like, plan it out.
19        Like, I've -- I've gone through some of that with all
20 you guys, and it works.  Like, we've seen the numbers, like, I
21 bring in an extra $20 million, you know what I mean?  Like --
22 and I want to stay focused on the promos.  I think I've got a
23 pretty good heartbeat on the industry and our people are what we
24 need.
25        But I feel like I need to really move out of a lot of

Page 82

1  the operational side and all the day-to-day shit, and focus
2  on -- keep focusing on the promos of bringing that money in.  I
3  was telling Dan the other day, I feel like there's this Brinks
4  truck, like, the armored trucks, you know what I mean, and,
5  like, we fill it up with money, and we're driving that truck to
6  The National Bank of Net Profit for the month that the three of
7  us own, right.
8        But there's these holes in the bottom of this armored
9  truck, and along the way to the bank, like, every little
10 pothole, money falls out.  Every stop, money falls out.  Every
11 drama I got to stop and deal with, money falls out.  Like, so I
12 still want to be focused on the promos and bring in all these
13 extra millions, but I want to focus more on the back end of
14 stopping the millions going out.
15        And I know it's something I've brought up for a long
16 time, but we've got 85,000 PA accounts right now, and, like, I
17 kind of look at the PAs as two different departments.  One of
18 them is when the PA requests come in for payouts, having to go
19 through those and approve them and all that.  But there's this
20 whole other part over here of the day-to-day digging in
21 management of 80,000 PAs, and catching shit early and catching
22 scam -- not just moving them over to live early, but catching
23 scams early, catching drama early, staying on top of them early,
24 like, managing that side of it, to not have so much fucking
25 money going out.

Page 83

1        Like, Leo saw it last night.  I mean, we're at 25
2  million for the month.  Now, part of that's to be expected.  I
3  mean, you grow from 40,000 PAs to 80,000 PAs, you're going to
4  have a lot more payouts.  But I also know that with a full-time
5  focus and departmental staff focus, I know that I can get these
6  under a lot different control and really make a big difference
7  there.  You know, almost focus more instead of operations on,
8  like, risk, because I think this is our risk.  These payouts are
9  our risk.  The fraud stuff Marian is working on is our risk.
10 Keeping the merchants happy is our risk.  Like, I feel like that
11 has to be a focus.
12        Like, I feel like we're an insurance company taking in
13 all these premiums.  We're going to get hit with payouts.  Like
14 people are going to get into an accident.  There's going to be
15 claims.  We have no one managing those claims, you know, and,
16 like, we -- we've got to pay more attention to that.  And I know
17 I've said that for a long time, but I can't do it with
18 everything else going on, you know what I mean?  It's going to
19 be a lot building this and handing it off, but I think it's
20 vital because it's -- if it's not kept in check, it's going to
21 kill us, you know what I mean?
22        LEO RIOT:  Yeah.
23        JOHN SKELTON:  I mean-- and, Dan, you, like -- you're
24 trying to say something?
25        DAN COOK:  Oh, I was just going to say, well, it's not

Page 84

1  going to kill -- well, it's going to kill us.  But in a -- in an
2  even more important sense I was going to say that I've talked to
3  you, and I can tell when you haven't had sleep for, like, a day,
4  like, it's literally killing you.  So, yeah.  No.  And there's,
5  like, a lot of things you need to focus on, that's what we need
6  to do.
7        Because you can't throw millions into the, you know,
8  front end of the truck just to have it kind of fall out the back
9  because there's so many fires going on and things that need
10 attention.  We need to build out that structure and, you know,
11 make it work out because that needs to come off your plate, and
12 sooner rather than later.
13        LEO RIOT:  So I wanted to ask something about that.
14        DAN COOK:  Yeah.
15        LEO RIOT:  So let's just think about outside the box.
16 Say we find ten people from Costa Rica.  They know how to speak
17 English, Spanish, and they're very IT or tech savvy, which is
18 good.  They come in as customer service, you know, answering,
19 you know, tickets and going from there.  And then you can move
20 from the people that already have six months or a year of
21 experience into PA payouts and claims and all that stuff.
22        And if they don't perform, well, you move them back to
23 customer service until you find someone that has at least one
24 year of experience with Apex.  And then you move them to PA
25 payout and cyber security and chargebacks.  But at least that

Page 85

1  person already has one year experience.
2        And then you keep bringing in more people from Costa
3  Rica, 10, 20, 30 people.  And then they start with just
4  answering tickets, which is a very basic level, which takes
5  maybe two, three months to train.  But once they have a year
6  with Apex, then you can move them to -- to payouts.
7        Is that doable or that's like impossible?
8        JOHN SKELTON:  That's kind of -- okay.  Let's take
9  Costa Rica out of it for just a second.  And that's kind of what
10 we're doing right now.  So, like, the payouts had -- like, the
11 payout approvals had been just me for a while, and then brought
12 Chris and Shalon on to help.  And then a few months back we
13 moved over Jennifer and Kate, and they're rocking.  And then
14 last week we moved over Michael and Vladimir, who were, like,
15 the top two that had been with -- and, so they're in there
16 cranking already.  Like, they've knocked out.  Like, they're
17 doing great.
18        LEO RIOT:  Okay.
19        JOHN SKELTON:  Probably want to move -- because to
20 really dig into the PA payouts properly, they've got to really
21 understand, like, yeah, the whole help desk side, how to
22 research and this.  And then we also put -- we added the fraud
23 team into that team as well.  They're not going through payouts,
24 but they're helping because so many of them are, like, hey,
25 something is up with this guy.  Kyle, will you look into it.

Tab 14a -- 2024.03.21 QST00347764

Page 86

1  Boom.  Yeah, like, they're -- they're joined together.  Like,
2  they can't be separated.  Like, fraud and PA, like, are
3  together.
4          And so moved out those top other two guys from service
5  over into that.  Probably we'll do one more.  And then, when
6  it's not PA period -- PA payout period, I want to utilize for
7  sure Chris and Shalon over in helping me in some of the
8  day-to-day management, like what you're talking about.  We
9  moved --
10         DARRELL MARTIN:  Hey, John, do you want me to -- I can
11  hop on my phone, but I have to drive somewhere for a family
12  thing.  Do you want me to hop on my phone --
13         JOHN SKELTON:  Sure.
14         DARRELL MARTIN:  -- when I get into the car?
15         JOHN SKELTON:  Yeah.
16         DARRELL MARTIN:  Okay.
17         JOHN SKELTON:  Yeah.  And then we moved Robert out of
18  support and made him trainer because we moved Cayanne out, you
19  know, of training.  So he's the trainer.  In the help desk, you
20  know, we've got the reps.  And we should have drawn this out,
21  but we've got the reps.
22         Hold on, Lindsey.
23         Lindsey keeps needing these codes for Elevate.  Hold
24  on.
25         So we got the reps.  And then each one of the rep --

Page 87

1  like, every ten reps, like, have a team lead over them, like,
2  that helps manage them, communicate down to them, you know.
3  She's got the reps.  And then each ten has, like, a team lead
4  over them.  And then the team leads report up to the manager,
5  Cayanne, who reports up to, you know, Todd and Marian, kind of
6  thing.
7          And Cayanne is only in charge of the help desk, not
8  anything else.  She's not the new Marian and never fucking will
9  be.  We've very clearly specified some of her things.  I've
10  already had Todd super get onto her.  These team leads, one of
11  them is Meta, super fucking sharp.  The other one is -- fuck, my
12  mind just went blank.  So they are there to help.  But they're
13  also there the moment -- the moment we -- yeah, in the moment we
14  say, we're done with your shit.  Meta, you got a promotion
15  today.  Like, it's backed up.
16         But, anyway.  So we're pulling those top people out of
17  the help desk to these other areas, like you're saying, and then
18  putting more in there.  There's two in training right now.  Todd
19  has five set to start April 1st.  And then working on five more
20  behind them.  So that is kind of the flow we're doing, is
21  bringing them through the help desk to get the training and then
22  bringing them out.
23         So that's what we're doing.  The Costa Rica thing, I'm
24  not against it.  It's just there's so -- you know, like, the
25  people we're hiring from are mainly coming from -- from Lori,

Page 88

1  like, the Apex elite room, because these people know Apex, know
2  trading, know Ninja.  They're using Apex.  Like, they know all
3  the information, all we have to do is train them on how to use a
4  member's desk that they're in.
5          Every time we've tried in the past, like, here in
6  funding or even on the Apex investing side, to hire someone
7  that's, like, oh, this person seems really sharp.  They don't
8  have trading experience.  It took so long to train them.  Just,
9  like, what is a tick?  Oh, my dog had a tick on them one time.
10  Shut the fuck up.  Like, it -- it's so much, you know, to where
11  it's, like, you know, you go to work for a bank or this call
12  center, you go through a two-week training; you can handle shit.
13         Could we bring people in, like, from Costa Rica or
14  even somewhere else that's even from here, college kids that
15  cost a lot less and train them to handle, like, low end --
16  maybe, like, low-end stuff.  But it just takes so long to train
17  them, like, if they don't have experience.  It's like telling
18  you to go down there and hire -- hey, go down there and hire ten
19  people to, you know, do a membership for you.  Just train them
20  real quick.  Well, you can't do that without the coding
21  experience, you know.
22         And it's kind of the same thing.  We've tried it.
23  Every time we've tried it, it's just like a hassle, that's all,
24  you know.
25         LEO RIOT:  Yeah, the quality.  I'm looking for

Page 89

1  quality.  So if you can find 30 or 50 people that can know how
2  to install NinjaTrader, or at least how to trade on a website,
3  then let's hire them.  You know, we can start 10 a month and
4  then maybe in six months, we already have a 100.
5          JOHN SKELTON:  Right.
6          LEO RIOT:  But quality.  I'm looking for quality.  I'm
7  not looking for just like, you know, Bob the Builder.
8          JOHN SKELTON:  Right.  Yeah.  I mean, if they have
9  trading experience, I mean, if -- if they have some trading
10  experience, then that does make all the difference.  You know,
11  it makes a better difference when they understand Ninja and
12  they're actually using ATF and then we bring them up, because
13  that's just even better.  The only other side to it is -- which
14  I know is a big concern for you, too, is, we know that the
15  people that are in the Apex Investing side and putting in effort
16  and in that room and Lori.
17         You know, Lori, she fucking -- you know, she's looking
18  out for them, and they're using Apex Trader Funding.  Like, we
19  know they're loyal people that we can say, hey, Lori says
20  they're good people, yeah, give them access to our back end
21  shit.  Which scares me of outside people that, oh, I've
22  traded before, is giving them that access, you know, like,
23  that's --
24         LEO RIOT:  Yeah.
25         JOHN SKELTON:  But we're going to get to a point where

Page 90

1  we don't have enough people coming through the -- the funnel we
2  have now. I get that, you know, so...
3          LEO RIOT:  Yeah. For me, the main thing is the
4  qualifications. If the person is -- is -- is really -- like,
5  really qualified, I'd rather hire him than the friend that I
6  know for 10 years.
7          JOHN SKELTON:  100 percent. Yeah. I don't have any
8  friends of mine that I can hire, you know what I mean, because
9  they're not qualified. Not for the help desk, because they
10 don't have trading experience. Yeah.
11         LEO RIOT:  Yeah. So let's -- let's find someone or 5,
12 10, 20 people that are very qualified, that can start with
13 tickets and then move into PA pay outs.
14         JOHN SKELTON:  Right. Right.
15         LEO RIOT:  Because right now it's going to go to like
16 35 million, I'm sure, and that's a -- a huge hit.
17         JOHN SKELTON:  You -- hold on, Leo. Okay. I have not
18 been recording this Zoom. I know you record everything, will
19 you stop for a minute?
20         LEO RIOT:  Yeah.
21         JOHN SKELTON:  I know you. You record everything.
22 Will you stop it for a minute?
23         LEO RIOT:  Okay.
24         JOHN SKELTON:  And I'd rather get into the big details
25 of this with you in person, like I did with Dan.

Page 91

1          LEO RIOT:  Yeah.
2          JOHN SKELTON:  Like, I have a whole seven-page -- so
3  there's two different things here. There's yes people, first st
4  through fifth, 15th through 20th submit requests, and we've got
5  to look through them and that's a lot. I've got a lot of things
6  spelled out, where we can change some of our rules, change some
7  of our guidelines, and a shit ton of stuff to add to the PA
8  contract, to help with some things. But the whole other side of
9  it of daily attacking our big 85,000. Yeah, I hate -- hate
10 going even over some of this, Dan, online, so...
11         DAN COOK:  I -- I would actually just say, agree, this
12 is probably a better conversation to have in person.
13         LEO RIOT:  In person.
14         DAN COOK:  But there are -- you know, there -- there
15 are things to do that to follow up with people that -- that will
16 help on the -- on the payout side. To remind them of certain
17 rules or how certain things work that we can get ahead of the
18 game, which helps limit that payout risk a great deal. And
19 that's kind of a high level of other things that were -- where
20 John can really help us out, because he understands, you know,
21 these traders and -- and kind of where they're at in -- in the
22 process.
23         LEO RIOT:  Understood.
24         JOHN SKELTON:  Yeah. I've got some things I've tested
25 over some time of -- so our traders, they're in simulated PA

Page 92

1  accounts, and if we're ever going to put them in live money, we
2  need to know that they can handle curve balls that the market
3  may throw at them unexpectedly.
4          LEO RIOT:  Yes.
5          JOHN SKELTON:  And can they handle the mentality,
6  psychological side of some pressure. Or, let's say, I'm on day
7  eight of a PA and let's say that this guy named Leo might have
8  made a report for this guy named John that could track, hey, you
9  can sort this, and here's everybody on day eight of their PA.
10 And here's their balance and we know there's a payout period
11 coming up a few days later, okay?
12         Well, you know, I -- I want to make sure that these
13 people are following some good rules. So maybe all those people
14 get a particular message that's one of fifty I have laid out of,
15 hey, you know, your PA has been selected to be reviewed. We're
16 going to be monitoring your trades over the next few days, and
17 you need to make sure of this and this and this and this. Oh,
18 what happens.
19         LEO RIOT:  Right?
20         JOHN SKELTON:  What happens? You -- you with me?
21         LEO RIOT:  Yeah. And look one of your requests that
22 it would say, please send me a -- a video recording of -- of you
23 trading live. I don't remember the specific of the numbers, but
24 I think it would take half a million, and then he blew every
25 account. So maybe -- maybe some --

Page 93

1          JOHN SKELTON:  There's about 10 different messages
2  written out already that have to do with videos.
3          LEO RIOT:  Okay.
4          DARRELL MARTIN:  And that -- that -- that's important
5  because, what you said, Dan, we can't -- we can't turn anybody
6  onto trading live that is going to get rattled in any respect.
7  And, no,I've worked with some of the biggest prop firms in the
8  world, like, literally two of the biggest, DRW and Citadel, and
9  they would certainly not let anybody hop in on day eight because
10 they did well and then moved to, like, live money. And I think
11 these are important things to understand of the character of the
12 people.
13         LEO RIOT:  Yeah.
14         JOHN SKELTON:  Yeah. There's about 50 different
15 messages that I have prepared at all kind of different levels
16 and different things happening that's like -- and I think I told
17 you before when I would send out some of these messages to these
18 guys at, hey, we've noticed your trading, you're doing well.
19 It's probably time to move you over to live soon. Today's
20 Monday, your last day being able to trade your PA will be next
21 Wednesday, like eight trading days away. Make sure to watch
22 this video and I have, like, an hour-long video I have them
23 watch.
24         We're going to move you, here's the option. We can
25 move you here and everything stays the same and this and this,

Page 94

1  or we can go ahead and just pay you out now if you want to do on
2  your own. Here's the tax difference. Now, live trading is real
3  different. Man, look, and I pull up a live (indiscernible).
4  See, this is different and you got in the -- and this and this.
5  And, like, man, you can't do all these -- and, man, it's just --
6  and, man, tax -- oh, shit, I don't know --
7           LEO RIOT:  So why are you doing that by hand?  Why are
8  you not automated?
9           JOHN SKELTON:  Well, my point is, I literally have a
10  whole list to go over with you on it.  I've been developing this
11  more over the last couple of months and testing a few things and
12  piecing it together.  It's the ma -- I haven't been able to do
13  it at all, is the problem, because I'm doing all this other
14  fucking shit.  If I can focus on this, like, pretty full time
15  with a staff of all these different levels, I see this whole
16  fucking thing shrinking like this.  Are you with me?
17           LEO RIOT:  Yeah.
18           JOHN SKELTON:  Like, and -- and I have a whole list of
19  some things that I could use from you, because it'll be a lot of
20  reports or automation or, like, prewritten these things and send
21  this one this or sort everyone that's day eight, send them this.
22  Like, it's -- this can shrink shit like this.
23           LEO RIOT:  Okay.
24           JOHN SKELTON:  The big ones.
25           LEO RIOT:  Right.

Page 95

1           JOHN SKELTON:  But I -- I have to be able to sit and
2  do it, man.  I -- all this shit, you know.  I mean, like, I got
3  to get all this shit off my plate.  And Darrell has already
4  agreed to -- I made it pretty clear to Darrell before he left,
5  like, hey, when you come back, you're fucking taking over some
6  shit here.  Like, you're handling this.  You're handling the --
7  he needs to be operations and I need to be risk and work with
8  the promos bringing in the millions, saving the millions here.
9  And then working with Marian and them to -- and with you and the
10  fraud to save the merchants.
11           I feel like that's where my whole focus should be,
12  like, because it brings in the millions and it saves the
13  millions.  Also, it gives us a huge protection on social media.
14  Because what happens is, we're so busy right now --
15           Hey, Darrell, will you mute.
16           DARRELL MARTIN:  Yeah, if I can find it.
17           JOHN SKELTON:  I mean, we're so crazy right now, we
18  don't get to -- we don't get to review PA accounts until they
19  put in a request for payout, and then that's when we dig in.  So
20  then what happens when we're late or we say, no, this ain't
21  right, as soon as it logs in, denied?  Boom, here comes fucking
22  social media, payout request denied.  Apex had no problem with
23  the way I traded this whole time I've been paying them money and
24  paying them resets and resets and paying them.  Then suddenly
25  when I requested a payout, they got a problem.  Isn't that

Page 96

1  convenient?
2           If I can catch a lot of the shit ahead of time, before
3  it gets to PA requests, it's -- it's not, they denied a payout,
4  just like all the scammers.  Oh, shit, they're monitoring the
5  trades.  And if I can get that department under control, it cuts
6  down those problems of social media.  It also cuts down
7  regulatory problems of, they denied me a payout.  Say, no, they
8  enforce their rules properly.  But then also if it's managed
9  properly and better ahead of time, by the time the payout
10  periods come, most of those should be easy just to go through.
11  It's not such a fucking nightmare to go through all the s --
12           I think it solves a lot of problems for us, but I'll
13  need a lot of reports; a lot of stuff.  Like, this is probably
14  worth me coming out to see you for a few days to go over it in
15  person.
16           LEO RIOT:  Okay.
17           JOHN SKELTON:  And, like, because you're with me on
18  where I'm going with some of this.
19           LEO RIOT:  Yeah.
20           JOHN SKELTON:  I -- I did another test run of this
21  like two weeks ago, three weeks ago.  I'll -- I'll send you the
22  message that was sent out, and it was just like --
23           LEO RIOT:  Perfect.  Okay.  So one thing from what
24  you've seen, if someone has made $1,000 in a week, we don't need
25  to send a message, but if someone has made 50,000 in a week, do

Page 97

1  you want the system to send a message with your request?
2           JOHN SKELTON:  100 percent, if someone has made
3  50,000.  Now, I want to be able to look that account over,
4  though, to see what -- exactly what message.  Because it could
5  be, they made 50,000 because of NYSE, or did they make 50,000
6  because of the morning open?  That's a new thing.  Okay.  Or did
7  they go max contracts or --
8           LEO RIOT:  Okay.
9           JOHN SKELTON:  -- are they hedging?  Like, it could be
10  several different things to send them a certain message.
11           LEO RIOT:  So basically I have a reports page with
12  the -- those high-earning traders, and then you can just click,
13  send email; news, send an email, over contracts that you just
14  click to --
15           JOHN SKELTON:  Like a drop -- drop down and select?
16           LEO RIOT:  Yeah.  Click, click.
17           JOHN SKELTON:  Yeah.
18           LEO RIOT:  So it -- it'll be sending all those maybe,
19  my guess will be, like 50 people a week, or, like, what's your
20  number; more?
21           JOHN SKELTON:  No.  I'm talking like hundreds a day.
22  I'm talking about --
23           LEO RIOT:  500 a week.
24           JOHN SKELTON:  No.  And, by the way, I haven't been
25  sending emails.  Pam and Gabe have some little thing that

Tab 14a -- 2024.03.21 QST00347764

Page 98

1  they -- Gabe had something that, through the help desk, like, I
2  can give him or Pan whatever, a -- a list of here's -- here's a
3  list of emails.  And I want every one of these emails to get
4  this message and it goes out as a ticket from the help desk,
5  assigned to payout support.  So they actually get a ticket, not
6  just an email.  It goes through the Zendesk.
7        I'm -- I'm talking of, like, thousands a week, because
8  I'm talking about addressing and hitting --
9        DARRELL MARTIN:  When they want payouts approved --
10       JOHN SKELTON:  But, yeah, I don't want a payout --
11       DARRELL MARTIN:  -- information really gets out.
12       JOHN SKELTON:  Yeah, it'll be its own, like, legal or
13  compliant, or it'll be something different.
14       LEO RIOT:  Okay.
15       JOHN SKELTON:  But I'm talking like thousands to
16  address every possible -- like, I need to come see you.  Yeah, I
17  need to come see you.  Like, for sure those big guys, but you
18  said, hey, we don't need to worry about the guy that made a
19  1,000 this week.  Well, but if he made a 1,000 last week and
20  he's close to a 1,000 this week and close to a payout coming
21  up --
22       DARRELL MARTIN:  And he has 20 accounts.
23       JOHN SKELTON:  -- and we need -- and he has 20
24  accounts, then we need to make sure, hey, remember this rule and
25  that rule, and verify this, and write out your strategy for us,

Page 99

1  and how about a video?  Maybe I don't quite make that payout
2  period and have to wait until next time and, oh, man, I mean,
3  this goes on and on and on.
4        LEO RIOT:  Yeah.
5        JOHN SKELTON:  You with -- yeah, I need to come see
6  you, but this is the plan I have in place.  Went through it with
7  Dan, like, and he was, like, oh.
8        LEO RIOT:  Yeah.  Okay.
9        JOHN SKELTON:  This does what we need it to do.  I
10  just have to be able to do it and I can't, but I've got to.
11       LEO RIOT:  Okay.  So my -- my goal will be to get you
12  there.  So what do we need?
13       JOHN SKELTON:  Okay.  There is -- I -- I have a list I
14  can send you right now, of some stuff that would super help us
15  out in the payout department, that you can go on right -- right
16  away.  I can give you a list already of some stuff to do, if it
17  works, and some stuff that Cameron and that part of the team
18  need, too.
19       Like, a huge problem right now is not just getting the
20  payouts done in time and sent out, it's when the payouts get
21  sent out, five days later a 100 of them come back because bad
22  account number or bad routing number or bad -- shit.  And by
23  that time, we got to -- they got to go through it and figure out
24  who those are.  Contact those people, try to get them to update
25  their -- their shit, like, what's wrong?  Is it you're routing?

Page 100

1  Is it your account?  And then, by that time, my payout's late,
2  and Apex didn't pay me, and blah, blah fucking drama.
3        Like, there's some -- there's some stuff I have that
4  really helped there with the -- on the payout method form.
5  The -- the Plane API.  Like, there's some stuff that will help
6  tremendously I can get you a list of right this moment.
7        LEO RIOT:  Before I forget, because we had the
8  previous company, what was the name of the previous company,
9  that we had for payouts?
10       JOHN SKELTON:  Deel.  Deel.
11       LEO RIOT:  Is -- is there any -- because it's been,
12  like, five months maybe since we dropped Deel, is there anything
13  else out there that the customer will have an account on their
14  website with their routing number, bank account, or either when
15  I get paid through Paypal, they can do those things.  Is there
16  anything similar to Deel that we can use or --
17       JOHN SKELTON:  I mean --
18       LEO RIOT:  -- do we have any options?
19       JOHN SKELTON:  Well, there's nowhere -- we went
20  through pretty much every single one of them out there, and, at
21  the time, we wouldn't get past Page 2 when they saw that we were
22  funding -- because everybody was so scared.  Some of them might
23  have eased up on that now, but we went through it.  Like, all of
24  them.
25       Now -- so right now we're using Plane, mainly for

Page 101

1  overseas and we're using Click to send ACH to U.S. people.
2  There's nothing that says we can't do Plane for everyone.  We
3  can move everyone over to Plane, because Plane does that.  Like,
4  they put it in the email.  Boom, Plane sends them the info.
5  They got to set it up.  They got to do the -- we can use Plane.
6        LEO RIOT:  Okay.
7        JOHN SKELTON:  The only issue there -- my concern is
8  the banks that Plane uses.  Remember how they had us ease in,
9  they're like, these banks are scared of you guys.  Let's ease
10  in.  Like, they wouldn't even get a contract for 90 days.
11  Remember?  It's like, let's just see.  Oh, okay.  It's going
12  good.  If we move everything over there, it -- you know, it goes
13  from 3, 4 million a month we run through them to 20.  Like, does
14  it spark a big red flag and then kill it, and then we're back to
15  shit.
16       So that's my only concern, is all of those places that
17  do that, when we do it at this level.  It's like -- like, we
18  risk losing them.  You know, I mean, as to where Click, ACH is
19  real easy.  Boom, here you go.  It's just a matter of making
20  sure these customers put it in right.  We can relook again, but
21  these -- these -- they're so scared of our industry.  And
22  they're more scared again now, because they were the same -- the
23  effects.  Like, it's in the news again.
24       We almost can't -- we're not going to find anyone that
25  will do it, and we almost don't want to overwhelm Plane and move

Tab 14a -- 2024.03.21 QST00347764

Page 102

1  them all over, because that would be the easiest thing to do.
2  Move everybody to Plane and screw it.
3          LEO RIOT:  What's -- what's the bottleneck on -- on
4  late payments?  Is it Apex?  Is it Plane?  Is it the other
5  merchant?  Where is the bottleneck?
6          JOHN SKELTON:  There's three bottlenecks on late
7  payments.  The first one is the PA payout group themselves.  So
8  like right now 5,800 requests come in.  And they go through and
9  review it and approve, approve.  Hey, something's wrong with
10  this.  Deny it, scam.  This one's questionable.  Message the
11  customer, say we need to understand your trading system.  We
12  need to see chart; we need to see long.  So if that back and
13  forth waiting on info back from the customer might drag out past
14  the -- the send period and that causes those to be late.  That's
15  one.
16          LEO RIOT:  I would -- I would like to get a -- a
17  little report --
18          JOHN SKELTON:  Okay.
19          LEO RIOT:  -- of that process, because if it takes
20  five or 10 minutes to do one review and then you say, hey, Leo,
21  it -- this -- this takes me five minutes, but if we have this,
22  it will be 30 seconds?
23          JOHN SKELTON:  Yes.
24          LEO RIOT:  If I have a little report so I can see your
25  process and what takes long.  I can automate whatever you need

Page 103

1  to have, like, a different page, different click, different
2  report, so you don't have to do multiple clicks.  You get
3  everything with just one click, so then we can have, you know,
4  5,000 payments, and then every single payment we save, you know,
5  three minutes, that's huge.
6          JOHN SKELTON:  110 percent.  I'm happy to go through
7  that with you.
8          LEO RIOT:  Okay.
9          JOHN SKELTON:  We're -- we're kind of at the end of
10  the period here.  Like, if I hopped on and showed you now, you'd
11  see all the shit ones, but we can look at those.  And then,
12  like, on the next -- I can walk through it with you.  On the
13  next one, we could go through, like, here, here, here.
14  Absolutely.  100 percent.
15          The big issue with the late payments is, when they
16  send out ACH and it takes five days for that ACH to come back,
17  saying it was rejected by the bank, okay, and then they got to
18  get that report from Click, go look up those people, send
19  messages to those people saying, hey, your shit returned.  Go
20  back in and change your -- your payout method and let us know
21  when you do, you know, and then the customer does it.
22          And then it's so much to keep up with.  Okay.  I sent
23  this person saying to fix their payout.  Did they fix their pay?
24  Okay.  They did.  Now, let's put them on the report to go out
25  this next time or let's send them a -- a special payment.  You

Page 104

1  know what I mean, it's keeping up with those returns.
2          LEO RIOT:  Yeah.
3          JOHN SKELTON:  And every day having to go do special
4  payouts.  A special -- that's a lot of work.  Some of that we'll
5  never fix, because people will do shit wrong.  But there is some
6  stuff on the list that would help.  Like, if it's possible on
7  the routing number area for you to force it to be nine digits?
8          LEO RIOT:  Yeah, that's -- that's there.
9          JOHN SKELTON:  Okay.  You already did that.  Okay.
10          LEO RIOT:  Okay.
11          JOHN SKELTON:  Okay.  So I have a little list that
12  I've had for two weeks.  You might have done some of it already,
13  because I know Marion has it, but I'll send it to you.
14          Plane, the other thing where things get late is payout
15  period, send stuff out.  Customers a week later go on; you never
16  paid me.  I never got my email from Plane to activate my
17  account.  I went into Apex payout method, and I put it in there,
18  and I never got it.  So this drama.  Drama.
19          So the problem right now with the payout method form,
20  if I'm a brand new-trader and I go in for the first time and I
21  go to payout method, and I choose international, and I put in
22  Plane and put my email, save.  Boom, you got the API that works.
23  And it then sends that person through Plane the next day, the
24  activation link, works perfect.
25          But let's say that I have ACH entered into my payout

Page 105

1  method, and I'm having a problem getting ACH through Wise or
2  whatever.  So I go back into my payout method, and I do the drop
3  down to international, and I enter Plane and press enter.  It
4  saves it, but it doesn't send an API.  So that's a huge problem,
5  is all the people that are switching to Plane.  Cameron and them
6  have to go find those and run reports and look them up and
7  figure out who they are and manually do it times hundreds of
8  people.
9          LEO RIOT:  Yeah.
10          JOHN SKELTON:  If we could fix that, it would be huge.
11          LEO RIOT:  Yeah.  Like, give -- give me a list of,
12  like, the main issues that are, like, slowing down the payouts.
13          JOHN SKELTON:  Okay.  I got it.
14          LEO RIOT:  The first time for that one, I wasn't aware
15  of that.  So, like, I -- I can clearly fix that, if you -- if
16  you tell me, hey, Leo, we're having issues with this and --
17          JOHN SKELTON:  Okay.
18          LEO RIOT:  -- there's, like, a few little things
19  that -- I don't know -- that I could fix in 10 minutes and it
20  could save us hundreds of hours.
21          JOHN SKELTON:  I love it.  We'll go through it
22  together.  I'll send you the list I've got and then go through
23  it together.  Like I have, yeah, like, several things -- there's
24  several things that would help us tremendously on that part.
25  And then I think you see where I'm going on the other 80 --

Tab 14a -- 2024.03.21 QST00347764

Page 106

1  other part of 85,000 PAs that we can -- and --
2       LEO RIOT:  Yeah.
3       JOHN SKELTON:  -- I probably need to just get out
4  there and sit next to you and go over it or whatever.
5       LEO RIOT:  Yeah.
6       JOHN SKELTON:  And then we have a lot of stuff written
7  out and -- and in line and working on and even going over to
8  Marion for some fraud stuff and to cut down on chargebacks and
9  cut down on --
10      LEO RIOT:  Chargebacks, yeah.
11      JOHN SKELTON: -- all kind of shit like that.  She, I'm
12 sure, went over some of it with you, but there's a lot more.
13      LEO RIOT:  Yeah.
14      JOHN SKELTON:  I've got a follow back up with two
15 different attorneys that we've talked to.  I would like to --
16 what I want, what I'd love to have, is, to talk to this
17 attorney -- and I actually have one here local in town that
18 might work with us -- is, like, have an attorney that is almost
19 like our in-house counsel.  Like, is kind of on payroll with us
20 and works for us part-time, even though he maintains his own
21 legal law firm.
22      And every day that person, when we get the new
23 chargebacks in, Kyle and them are sending out my legal thing,
24 that I wrote up (demonstrating), I want them sending them out,
25 too.  I want every day and on-staff attorney, when we say,

Page 107

1  here's the new chargeback list, here's their emails, I want us
2  sending one and I want the lawyer sending from their lawyer
3  email to them and a certified letter.
4       LEO RIOT:  So the-- the lawyer, what is it, like, a
5  COD -- I mean, cease and desist, or, like, what?  Like, what --
6  what is the letter?
7       JOHN SKELTON:  It's, basically -- I'll send you a
8  copy.  I'll send you a copy of the one that we send out.
9       LEO RIOT:  Okay.
10      JOHN SKELTON:  I don't know how the lawyer will
11 approach his letter, but it's basically a -- yes, cease and
12 desist, all attempts of online theft and fraud against Apex
13 Trader Funding.  This is against the terms.  You -- you have --
14 you know, you have disputed this charge.  Here it is.  This is
15 against the terms.  If you don't cancel within 48 hours and
16 provide proof of cancellation with your bank in 48 hours, we
17 will block your account.  You can forfeit everything.  This is
18 punishable by this.
19      Not only did you steal from Apex and use Apex
20 services, you also have now used NinjaTrader or Tradovate
21 licenses and dispute that.  Also CME data, which comes from a
22 regulate -- like, I go into it like crazy.  We have proof of
23 your IP; we have proof of your MAC address; we have -- like, you
24 better fix this shit.  And people get on that shit, like, oh,
25 shit.  Sorry.  Like, it helps.

Page 108

1       LEO RIOT:  I can also automate it, because we're --
2  we're uploading the chargebacks every single day.  So, like, if
3  someone has --
4       JOHN SKELTON:  Yes.
5       LEO RIOT: -- 3,000 in chargebacks or, like, whatever
6  limit you want to have, let's say, you know, two or three
7  chargebacks, that's fine.
8       JOHN SKELTON:  Right.
9       LEO RIOT:  But if somebody already has 10, that's
10 already, like, sketchy.
11      JOHN SKELTON:  Yeah.
12      LEO RIOT:  So send -- send that letter.
13      JOHN SKELTON:  That's perfect.  Marion and I talked
14 about getting with you on automating that, but we were kind of
15 waiting until she got back on some of it.  But you and I can do
16 that, absolutely.  Kyle is doing them manually right now, just
17 to get them out there.  But I think that would be beautiful to
18 have that come automatically from us and then send a list to the
19 lawyer that they can send to.
20      And then I want to go back and find some of these big
21 scammers or new big ones that come up, and have the lawyer go
22 crazy lawsuit on them.  And, like, file that lawsuit, have that
23 lawsuit public, win that lawsuit.  And then we're going to get
24 it out to some other people on social media to start posting it,
25 like, oh, my God, look at the -- not us.  Of like, Apex didn't

Page 109

1  fuck around with that.
2       DARRELL MARTIN:  That -- that eliminates a lot of it
3  right there.
4       JOHN SKELTON:  Yeah.  Or, like, those scams that we
5  caught, those guys trading -- selling the PAs.  Yeah.  Boom,
6  lawyer on top of that.  Cease and desist bullshit.  Oh, some
7  scam; lawyer.  Or as I go through these 80,000 PAs, some of them
8  are like, hey, you're -- you, you know, you're breaking the PA
9  agreement.  You're doing this.  Hey, you shouldn't do that.
10 This fucker is straight up scamming.  I want the lawyer to send
11 one, too, of -- because, here's the problem, when we shut some
12 of these scammers down, they go and chargeback everything.
13      So if -- so if I'm going to shut -- it's one thing for
14 me to remind someone of a rule and maybe it messes with their
15 trading mentality, but when we have to close an account, or when
16 we say this was a news trade, where you had that big spike,
17 we're removing that from your balance, that pisses a lot of
18 people off and they're, like, fuck you and chargeback.
19      So when I have to re -- I want it to set up when I
20 re -- when I close someone or remove a balance, that letter
21 comes from the -- the lawyer saying that, so that way they're,
22 like, oh, shit.  I better not charge this back, because a
23 lawyer's involved.
24      LEO RIOT:  Right.
25      JOHN SKELTON:  Like that's some of my thoughts of

Tab 14a -- 2024.03.21 QST00347764

Page 110

1  setting up this whole risk department, not just the PAs and the
2  PA pay outs, but the fraud, the-- like, just hitting it all
3  around and focus on that.
4          LEO RIOT:  Good.
5          JOHN SKELTON:  Like, I think -- I mean, it's not my
6  decision without you guys backing, but I don't -- I can't handle
7  operations.  There's no one else that can handle -- I don't mean
8  this cocky, towards myself.  No one else can do this side of it,
9  especially with the PAs, then I can right now.  And to train
10  somebody to get there, it's months away and we don't have it.  I
11  need to be the one doing it.  You know, I mean --
12         LEO RIOT:  Yeah.
13         JOHN SKELTON:  -- like, to keep these under control.
14  And I think I should focus there more than certain day-to-day
15  bullshit, like, let me bring the millions in on the front from
16  promos and let me try to keep the millions back.  Like, I got to
17  do that.
18         Also, with some of the stuff I'll go over with you in
19  person, there's certain things in that department of -- not the
20  PA approvals but the PA monitors and management.  I can get some
21  guys helping on certain things, but there are certain things
22  there that I will never train someone on.
23         DAN COOK:  Certain things need to be done by you,
24  John.  I agree.
25         JOHN SKELTON:  You understand what I mean, Leo?  Like,

Page 111

1  that can never be trained on.  Like, that's -- so --
2          LEO RIOT:  That's what I'm saying, we can automate
3  those things.
4          JOHN SKELTON:  Yeah.  Perfect.
5          LEO RIOT:  So you get like a -- like a red flag page,
6  where you, Darrell, Dan, or anyone at the top can send lawyer
7  letters or a cease and desist, where no one has access to that,
8  but at least everything is already filtered out.
9          JOHN SKELTON:  Yeah.  Yeah.  So, I mean, it's just, I
10  have that whole department worked out, I just can't run it plus
11  seven others on top of, you know, a 60 percent growth in a
12  month; on top of industry drama and URL drama and this and that.
13  And when we're growing, this is what's going to happen, is, 25
14  million in payouts right now, you know.
15         LEO RIOT:  Right.  It's insane.
16         JOHN SKELTON:  But, you know, if you look back, like,
17  in November, when we had 15 million in payouts, that was our
18  biggest payout month ever.  Remember, November hit hard, 15
19  million, but we only had 47,000 PAs.  With these one days to
20  pass and all these sales and cheap accounts, we doubled that.
21  So, I mean, the numbers line up.  30 million payouts is what
22  we'll be at, because the number lines up.
23         If I can control that by 20 percent even, an extra $6
24  million to say, that -- that's worth my time.
25         LEO RIOT:  Right.

Page 112

1          JOHN SKELTON:  That's $6 million extra that goes into
2  net for us.  So we can bring in tons of millions on the promos
3  and then let me try to save 6 million on what's going out and
4  then let's figure out fraud.  I think that's worth my time for
5  all of us, if you guys agree.
6          DAN COOK:  Yeah.
7          LEO RIOT:  Yeah.
8          DARRELL MARTIN:  Definitely.
9          JOHN SKELTON:  So there's a plan here.  We're fucked
10  up right now.  Shit's -- stuff on fire, but there's a plan here.
11  It -- It -- we can we get there, it's just this last month
12  really hit us hard with everything.  But if we can just work
13  together to -- you know, to do it, I -- I think we can do it.
14  I -- I know like last night when you and I chatted briefly, it
15  was, like, oh, shit, look at these.  This ship's sinking, you
16  know.
17         LEO RIOT:  Yeah.
18         JOHN SKELTON:  I feel like all the troubles we have
19  right now, it's not due to regulators.  We don't have them yet.
20  It's not due to competitors.  They're not messing with us.  It's
21  not due to the economy.  Like, the economy's okay.  It's not due
22  to we can't find customers.  We got plenty of money coming in.
23  I feel like we're sh -- I feel like we're shooting holes in our
24  own boat.  I feel like a lot of this is, like, we created
25  ourselves.  Like, I feel like what -- Dan, what did I say to you

Page 113

1  the other day about arson -- I feel like we're arsonist
2  firefighters.
3          DAN COOK:  Arsonist firefighters.
4          JOHN SKELTON:  I got -- I got a water hose in one hand
5  and a gas -- you know, I mean, like, I feel like we are causing
6  our own shit, like, oh, damn it.  We did that, but then we --
7  shit, we did -- okay.  Well, we grew, and that's great.  But,
8  oh, we didn't have this.  Shit.  Okay.  Well, I got to pull
9  people out of the help desk to get over here in PA, but -- well,
10  shit, now they're behind, and it's causing this reputation
11  problem on social media.  Let me go handle that.  Fuck man,
12  like --
13         DAN COOK:  Certain -- certain of those aspects are
14  because we grew 60 percent in two months.  And, so, you're
15  right, there's, like, these fires all over the place, and it's,
16  like, because you get diverted to one, you can't fight the other
17  one.  But it's because, you know, we can do this, but I think
18  this is the big step that we're -- and you're absolutely right,
19  John, you need to be focused on that, on -- on exactly what you
20  illustrated for those reasons.
21         And, yeah, then we put the pieces in place so we
22  eliminate a lot of those fires as we go along.  Because it is --
23  it's not an outside impact.  It's a matter of --
24         JOHN SKELTON:  Yeah.
25         DAN COOK:  -- you know, going so fast and things that

Page 114

1  weren't issues before, when you have a smaller number of things
2  to manage, right.  Certain things that were manual before just
3  don't translate into the scalable after that fact.
4          JOHN SKELTON:  Yeah.  I just -- and I -- I'm literally
5  killing myself here.  I'm talking, like, physical problems and
6  heart problems and no sleep.  Like, I've got to scale back my
7  hours.  Like, I -- I can't do it.  And so with more limited
8  time, like, where do you all want me?  You tell me.  If you all
9  want me to do operational shit, I will.  But somebody's got to
10 do this, and I don't think anybody else can do it but me right
11 now, and that's our fucking money, you know what I mean?  Like,
12 that's our fucking money.
13         So, you know, if we can work to get these departments
14 built, bring the staff on, take whatever stuff off my plate and
15 give it to other, let me focus, like --
16         LEO RIOT:  Yeah.
17         JOHN SKELTON:  -- you know, because there's 85,000 PAs
18 there and more coming.  Like, this is going to roll over into
19 April.  It's going to be a lot of payouts into April.  Like --
20 and I can start to try to work on those, but some of this cycle
21 may not hit really.  We may not feel the big difference until
22 May, you know, but -- or Dan, like, he's ready to flip the
23 switch on marketing and flood us, bring in new blood for me to
24 squeeze promos to.
25         But, shit, without all this other stuff in place, we

Page 115

1  can't handle more people without creating a bigger problem, that
2  hurts our reputation and makes us look like -- it's like this
3  downward spiral.  Shits on fire, and it's, like, you know what,
4  let that shit burn.  Let's take one thing at a time and put fix
5  it.  Like, you -- you know, otherwise we're patching a hole on
6  the boat and then shoot another one and patch.  You know, I--
7          LEO RIOT:  Yeah.
8          JOHN SKELTON:  I'm not trying to be drama about it,
9  but that's just what's going on, you know, and it's, like, okay,
10 we're spinning our wheels here, you know.
11         DAN COOK:  Again, sorry, real quick.  I did say
12 earlier you guys are the most important people in my life, which
13 you are, but I just heard from my ex-wife, she's not going to
14 make it back in town to take the dog to the vet, who has an
15 infection.  So I do need to have -- because while you're the
16 most important people in my life, I need to make sure that the
17 dog's taken care of.
18         JOHN SKELTON:  No.  Understood, man.  We're going on
19 several hours here.
20         LEO RIOT:  No problem.
21         JOHN SKELTON:  You go for it, buddy.  Hey, Dan, thank
22 you for all that insight, and thank you for those contacts.
23 That -- that contact is like --
24         LEO RIOT:  Gold.  That's gold, that's amazing, yeah.
25         DAN COOK:  It's gold.  It's absolutely gold.

Page 116

1          JOHN SKELTON:  Gold -- golden, man.  Thank you, so
2  much.
3          DAN COOK:  Awesome, guys.  Appreciate it.  Thank you.
4          JOHN SKELTON:  All right.  Thank you, Dan.
5          LEO RIOT:  Take care.
6          JOHN SKELTON:  He's been so much fucking help this
7  month, man, like?
8          LEO RIOT:  Amazing dude, yeah.
9          JOHN SKELTON:  Just fucking like helped so much.
10         LEO RIOT:  That's amazing.
11         JOHN SKELTON:  And him and Todd together.
12         DARRELL MARTIN:  Although, they didn't say they were
13 helping on regulations, they're going to make a massive, massive
14 difference.  I mean, not only stay in business but also grow
15 exponentially.
16         LEO RIOT:  Yeah.
17         JOHN SKELTON:  It was very eye opening.  I talked to
18 you a little bit about this, like, a few days ago.  Leo, man,
19 Dan -- really, as I told you, Dan kind of fucked with my head.
20 Like, it made me look at things from a whole different
21 perspective, you know, because we -- we-- we keep thinking,
22 wait, do we have two months, do we have two or five years in
23 this and, you know, rape and pillage and move on.
24         This is, like, okay, that actually -- getting in line
25 properly and being, like, on the regulatory board, like, that

Page 117

1  turns into a forever thing, or it turns into a legitimate, boom,
2  sell out for billions.  Like, it -- it -- it changes everything.
3  But we got to be squeaky, freaking clean, too, and set up.  And
4  so that's -- that's a whole world of -- that's kind of different
5  for all of us, honestly.  You know, to be that squeaky clean and
6  set up and structured and -- and -- and whatever.  But I think
7  it's worth it.
8          LEO RIOT:  Yeah, for sure.  Like, I -- I will hire
9  that company, like, tomorrow.
10         JOHN SKELTON:  Yeah.
11         JOHN SKELTON:  I don't know the name, but, like, you know,
12 we can start doing the audit right now, because if we start
13 setting up everything without the -- their guidance, we might
14 set up everything incorrectly, with the different protocols that
15 are not correct.  But, like, if we have that guidance from the
16 beginning, like a -- like, a bullet list of, like, 10 things
17 that we need to do and then we go with their guidance, I feel
18 like, you know, paying them -- I don't know how much money
19 they're paid.  A lot of money will be worth in the end.
20         JOHN SKELTON:  I agree.  I agree.  Let me follow up
21 with Dan.  I think his concern more was, we're still trying to
22 staff, to get a handle on things and what we need, and let's --
23 let's -- let's catch up from the -- the drama a little bit and
24 then say, all right, guys, we're trying to build this
25 department, this department.  But, I mean, it can't be that much

Tab 14a -- 2024.03.21 QST00347764

Page 118

1  to at least have a few consultation calls with them and pay them
2  saying, we're going to set these up.  What do we do; what do we
3  not do?  Like --
4        LEO RIOT:  Right.  Exactly.  Set up everything from
5  the start the correct way.
6        JOHN SKELTON:  Yeah.
7        LEO RIOT:  Instead of having everything setup
8  incorrectly.
9        JOHN SKELTON:  Yeah.  I mean, we don't have to go sign
10  a $25,000 a month contract with them right now, but we can pay
11  them for consults of setup, and then, you know --
12        LEO RIOT:  Like a starter feel.  Like, we started
13  on -- on March, you know, 21st, you know, at least there's a --
14  an invoice we're trying to get, you know, regulated, you know, a
15  year before everything went -- went down.  You know, because
16  this -- this could be --
17        JOHN SKELTON:  We have it documented, yeah.
18        LEO RIOT:  Yeah.  This could be, like, you know, the
19  CFTC or whoever comes in 2025, you know, they can see, like, we
20  started in March.
21        JOHN SKELTON:  Right.  Right.  I love it.  And the way
22  it's looking, I expect them to come later this year, like --
23        LEO RIOT:  So in like six months.
24        JOHN SKELTON:  -- probably.
25        LEO RIOT:  Okay.

Page 119

1        JOHN SKELTON:  I mean, from what these people are
2  saying and what the news is out there and even these guys.  With
3  Dan, they were like, stuff's coming.  Like, we're hearing it.  I
4  think the biggest thing that's going to bring it is, for one,
5  this TopstepX place, what is it called?  Sim2Fund or whatever?
6  That -- that -- that--
7        DARRELL MARTIN:  Yeah.
8        JOHN SKELTON:  -- Sim2Fund.  You know what we're
9  talking about?
10        DARRELL MARTIN:  Yeah, I -- I got an application from
11  them.
12        JOHN SKELTON:  Okay.  Leo, you know, we're talking
13  about the people that --
14        LEO RIOT:  Like a broker, like Rithmic?
15        JOHN SKELTON:  No.
16        DARRELL MARTIN:  Yeah.  A Sim2Funded -- a Sim2Funded
17  company that we're talking about, like, with the fee, Leo, that
18  one.
19        LEO RIOT:  Yeah.  Yeah.  The API.  Yeah.
20        JOHN SKELTON:  So they're the ones that built
21  Topstep's new thing, and they basically are offering --
22        DARRELL MARTIN:  But they still haven't really
23  launched, which is interesting.
24        JOHN SKELTON:  They basically have a white label.
25  Wherefore, you're an existing funding company, you can switch

Page 120

1  over and use them.  But then they also have a partnership thing
2  they offer, where you come in, make your own name, whatever, and
3  everything goes through them; billing, support, server, payout,
4  whatever.  So it's encouraging all these fucking new companies
5  to (demonstrating) whatever.
6        Then you've got the Forex overseas people coming into
7  the futures group.  And some of these are actually big
8  competitors we need to be concerned about.  They know they're
9  shit.  Some of them are like scams and shit.  It's just going to
10  flood and somebody's going to fuck up and competitor -- and --
11  and regulation's going to come after one of them fucks up.  But
12  even if it doesn't fuck up, regulators just shut down all these
13  companies in the U.S. for Forex.  And then that same exact
14  company, that was just under investigation and under regulation,
15  now moves into futures.  Well, fuck, we better go watch them,
16  because we know what they did here.  It's -- like, it's coming,
17  you know what I mean?
18        LEO RIOT:  So if I heard you correctly -- if I
19  understood you correctly, Sim2Fund, the partnership will be
20  similar to what happened to the Forex in Canada, that is -- is
21  the same funding company controlling the feed?
22        JOHN SKELTON:  No.  No.  They actually -- Sim2Fund is
23  actually getting their-- from CME.  So it's legit data, not made
24  up data in the back.  But what it is, is, it's, like, it's
25  almost -- okay.  Say, Apex, say, you made a -- you made the

Page 121

1  ability to do a white label, and one of our affiliates, we go to
2  affiliate and say, hey, do you want to open your own funding
3  company, and you call it Canadian Guy Futures and you'll get 40
4  percent of the profits.
5        You make -- you make your own company name, you make
6  your own URL, we'll give you a white label on it.  You do
7  everything, but it all goes through us.  The billing will
8  actually go through us.  The -- the server and everything.
9  We're just giving you a bigger cut.  Like that's what this
10  company is offering, because they don't actually have their own
11  funding company.  They just have all the technology.  And so
12  they're trying to make it easier for all these different
13  companies to come in and use their technology and pay them.
14        So it opens up people being able to get into the
15  industry without having to have the technology or have a -- a
16  Leo or have a, you know, license or have a CME or get merchant
17  accounts or -- that's what's going to happen.  That's --
18  that's -- that's what's going to focus.  Because let's say
19  you're that white label company --
20        DARRELL MARTIN:  Correct.
21        JOHN SKELTON:  -- and you've got four merchants, but
22  all of a sudden, you let 20 different companies come in under
23  your white label, all processing through that merchant.  And one
24  of those companies goes bad and all of their people charge back
25  and all those chargebacks hit that one merchant.  Then that

Page 122

1  merchant shuts -- shuts down all of them, and then it's just
2  huge.  And then every merchant out there is like, we're going to
3  cut off funding companies unless they're squeaky clean and have
4  X amount of money in the bank.
5        Or some of these merchants are already talking about
6  cutting off funding companies, or going back to the 20 percent
7  holds.  Like, EMS when we started with them, we were on a 20
8  percent hold for 90 days rolling.  So, like, if we billed a
9  million dollars they held for the month, they held 200 grand for
10  three months before they'd give it to us.  I've got that down
11  now to just $250,000 rolling.  But they might go back to those
12  holds, because they're scared of chargebacks.
13        Another reason that the reserve fund is -- the reserve
14  fund does a lot for us, like Dan said, the -- the regulators,
15  the prop firms and the merchants, seeing those, they're like,
16  okay, this company's good.  So, like, we do need to figure out
17  how we want to do that.  And every month we got whatever money
18  coming in, okay, the net's so much, you know, the net's $15
19  million, let's hold back a couple million, put it in the reserve
20  fund, and then we pay ourselves 113 and next, like, just build
21  it up.
22        LEO RIOT:  Yeah.  Yeah, that sounds great.  I like
23  that.  I feel like we do that already.
24        JOHN SKELTON:  We -- we do do that.
25        DARRELL MARTIN:  We do some, but we need to have like

Page 123

1  30 or 40 million or whatever.
2        LEO RIOT:  Right.
3        JOHN SKELTON:  Right.  Yeah, we've got 12 right --
4  we've got 12 right now, by the way, Leo.  So we've got 12 in
5  there right now, because I did hold some back last month, too.
6  So I'll send that to you.  I haven't been able to get all that
7  shit together, but we do have some.  So we can just keep it to
8  go to the --
9        LEO RIOT:  -- 40 or 50 million --
10        JOHN SKELTON:  Darrell, can you mute?  I can't hear
11  him.
12        DARRELL MARTIN:  (Inaudible.)
13        JOHN SKELTON:  Yeah, it's background.  Okay.  There
14  you go.
15        LEO RIOT:  Yeah.  So -- so if the website is making 50
16  million a month, how much will you think this -- the regulators
17  will want me to have in reserves, the same amount, or like half?
18        JOHN SKELTON:  It doesn't.
19        DARRELL MARTIN:  Enough to pay out everybody if you
20  closed down tomorrow, would be what they really want.
21        JOHN SKELTON:  Yeah.  They're not going to base it on
22  the amount of sales for the -- the regulators aren't going to
23  base that amount on the amount of sales for the website.
24  They're going to base it off of, okay, you have 85,000 active PA
25  accounts, what is the -- some of those PA accounts are negative,

Page 124

1  some have big balances.  What is the liability if all of them
2  got shut down tomorrow, what would you have to pay out?  Okay.
3  We want you to have at least a marginal percentage of that
4  number.  So that number will change every day, every week, every
5  month.
6        So part of our compliance we would make a company rule
7  of, hey, our company compliance rule is, we keep a reserve of 20
8  percent of whatever that liability number is, and it could
9  change.  You know, we set the number.  We can see what these --
10  this company thinks is a good number for that.
11        LEO RIOT:  Right.  Right.  Yeah.
12        JOHN SKELTON:  Again, why it's very important for me
13  to control that list of active PAs and shrink that number, so...
14        LEO RIOT:  Right.
15        JOHN SKELTON:  So, yeah, it's not based on our sales.
16  It would be based on our obligation, because that's the biggest
17  problem with the funding companies, is, oh, we went out and all
18  these thousands of people that have money to pay didn't get
19  paid.  Okay.  That's when the regulars come in.  But if we're
20  like, no, we've got X percentage, you know, set aside that we
21  could pay them, and we've got a good chunk over here at
22  Tradovate for live trading and a good chunk at T3 for live
23  trade, we're covered.
24        LEO RIOT:  Okay.
25        JOHN SKELTON:  That's what makes us look secure of,

Page 125

1  okay, you know, as long as they got X percentage in.  I mean,
2  it's just like a bank with the Federal Reserve, they have to
3  keep on hand X percentage of whatever, you know.
4        LEO RIOT:  Yeah, $10 --
5        DARRELL MARTIN:  And we could -- I could go over a
6  formula with you, Leo, where -- because, I mean, we're already
7  tracking all these numbers, anyway, right?  Where we could track
8  what obligation there is per PA account.  Because if you have a
9  PA account of four days, they have no obligation, right?  But if
10  they have 10 days and they have over -- I don't know what it is,
11  but let's just say $2,000, okay, or $2,600 and we have a $2,000
12  obligation, right?
13        LEO RIOT:  Yeah.
14        DARRELL MARTIN:  So -- but if they -- you know, if
15  they've already taken a payout, than they have to have 20 days
16  before they have anymore obligation, you know, so -- and then if
17  we also have a rule in our contract that says, like if we shut
18  you down within 30 days, then we owe you 25 percent, max, of
19  what you do do, okay?  So, like, those rules --
20        LEO RIOT:  I can make a report.
21        DARRELL MARTIN:  Exactly.  So I need to -- I need to
22  sit down and look at the PA contract, and then sort of write up
23  the logic and then that way you can then write the -- the code
24  to produce a report of what our actual financial obligation is,
25  if we had to pay everybody by the rules, by the contract today.

Page 126

1    LEO RIOT:  Okay.  So let me ask you one more thing.
2  So say the CFTC or whoever comes to -- to regulate you're -- the
3  company and they don't -- they don't like it and they want to
4  have a clean exit strategy and then we pay everyone out because
5  we have the money, so everyone is happy.  We're happy because we
6  made money, but the customers are happy because they made some
7  money, but I'm guessing that there's going to be a lot of people
8  that are, like, in the eval stage where they're, like, closed
9  down.
10    JOHN SKELTON:  Chargebacks.
11    LEO RIOT:  Yeah, chargebacks.
12    JOHN SKELTON:  Yeah.
13    DARRELL MARTIN:  Well, that's bankruptcy.
14    JOHN SKELTON:  Yeah.  But that's where, if we get
15  ahead of it, then, see there's a certain point to where the --
16  the CFTC will not necessarily just say, oh, you've got to close
17  down now, because they don't want to force all these people
18  to -- you know, to lose their money, you know what I mean?
19  Like, there's a point where they force it and they -- they cause
20  a bigger problem.  It -- they can say, you know, you need to
21  have more or you need to change, you know, this part of your
22  contract or, you know, whatever it may be, but it would take a
23  lot for them to just say, oh, close it down because we know
24  we're going to create a problem.
25    LEO RIOT:  Right.

Page 127

1    JOHN SKELTON:  You know, it --
2    LEO RIOT:  Right.
3    JOHN SKELTON:  You know, if we had -- especially if we
4  already have all this stuff in place and it's like, okay, you
5  guys are trying to do it right.
6    LEO RIOT:  Right.
7    JOHN SKELTON:  But Dan even told me the other day,
8  even when we do all this, they'll come in and say, you're doing
9  great and that, but we want you to change this or this.  But
10  there's other people that are not doing it right is, like,
11  that's a whole other different story to where it's like, okay,
12  you know, you have X amount of time to do this or to come up
13  with this or you've got to refund people.  Like, there's going
14  to be shit, it's just about how much preparation has been done,
15  you know.
16    But -- so Dan said to me the other day that it's --
17  it's really two areas.  It's CFTC that will regulate us from the
18  futures side, but they actually want us, that -- because -- so
19  CME loves us because they're making millions a month on the
20  data.
21    LEO RIOT:  Right.
22    JOHN SKELTON:  CFTC likes us if we're doing it right
23  because we bring exposure to the futures market and the whole
24  system runs on more traders getting into the actual live futures
25  market.  So they'll support us if we're doing it right.  So

Page 128

1  there's a whole list of CFTC stuff.
2    He said the -- the other big part would be the FTC The
3  Federal Trade Commission, which is all about consumer fairness.
4  You know, are we treating the customers right?  Are we screwing
5  them in their contracts?  Are we disclosing things?  So it's two
6  regulators to worry about, CFTC for the futures reg side and
7  then FTC for customer fairness.
8    LEO RIOT:  Yeah.
9    JOHN SKELTON:  And, so, I don't know if his consulting
10  company handles both sides of -- of that compliance.  I believe
11  they do, but it's two things to -- to -- to worry about.  And
12  we -- we've covered our butt with a lot of the FTC stuff, with
13  updating all of our disclosures, making sure it's clear that
14  there's no live trading, it's all out of funds.  You know,
15  making sure the disclosures are there, making sure that, you
16  know-- you know, the FAQs are clear, the -- the PA contract's
17  clear of, you know, if you follow this rule, you get it.  You
18  don't follow this rule, you don't.
19    You know, where you're getting trouble is, you said
20  you'd pay if this happened and you didn't, like, you didn't
21  follow through.  And that's where, you know, we've got to be
22  careful there, so...
23    LEO RIOT:  Yeah.  One thing before I forget.  So you
24  were saying that Nadex went through these -- through this thing
25  like 10 years ago or something, that they -- they -- there was

Page 129

1  like a lot of funding or -- or binaries, or whatever with, you
2  know, overseas and the regulators came in and they -- they
3  closed down everything.  So I wanted to know, like, what went
4  through that list of, like, you know, going from not being
5  regulated to finally Nadex being regulated?  Like, what went
6  down?
7    JOHN SKELTON:  Well, there's two different stories
8  there.  One was in the binary industry and one was in the Forex.
9  So, like, Dan talked a little bit about that earlier.  Like,
10  in the Forex days, when they were kind of like the same place we
11  are now, operating but not fully, you know, regulated, it's kind
12  of right where we are now.  There's 74 companies, those top
13  three, what they did is just got ahead of it.  They hired
14  consultants.  They said, all right, what do you have set up with
15  the actual brokers, the actual exchanges, like, that are
16  completely under strict regulation.  Like, what -- how does that
17  work with them, so we do it here now.
18    So they were acting, like, they implemented and acted
19  like they were fully under regulations, legal department,
20  compliance department.  Every single thing that's new in a
21  company or, you know, goes through and it's documented, yes.
22  Compliance approved, yes.  This, you've got know your
23  customer -- like, all that shit set up.
24    LEO RIOT:  Yeah.
25    JOHN SKELTON:  Like, any of our staff, like, we find a

Page 130

1  company that offers an online course or online certification for
2  training staff on KYC, know your customer.  Training staff on
3  AML, anti-money laundering law.  Like, you know, we don't just
4  say we do it and get a form.  Like, we train.  We certify our
5  people.  We get the extra forms.  They're done, like, we act
6  exactly, like, fully regulated.
7            That way when they come in, it's like, oh, shit.  You
8  guys are good, and you guys are great, and we're kind of coming
9  in and understanding your industry.  Why did you do some of
10  these things?  Well, because that's how you had it done over
11  here.  But we do this, particularly, because the shady people in
12  the industry that do this and screw people over.  And there's
13  shady people in the industry that don't have this and screw
14  people.  Oh, you guys are doing it right.  We're going to go
15  find those people.
16            Great.  Like, we self-regulated ahead, and we almost
17  made their job easier.  Because Dan was saying, they'll look
18  into an industry because they had a certain complaint too many
19  times.  Like, hey, I didn't get paid, but they don't fully
20  understand the industry or fully know what they need to go in
21  and regulate.  But if we are squeaky clean and we explain to
22  them, here's what you need to regulate and why, then we kind of
23  make their job easier.  And they're like, great, you're on the
24  advisory board with us.  You know, like, help us understand
25  this.  And then that, you know, kind of rolls over.  And then

Page 131

1  that's where he was saying, like, 74 of them went down to, you
2  know, like, four, because they were on that board.
3            Now, with the binary side of it, what they cracked
4  down on big time there, -- and I don't -- Dan would probably
5  have to repeat that story.  Most of that had to do with the
6  overseas bucket shop companies marketing to U.S. people or a
7  company that was actually in the U.S., having -- we had some
8  discussions about some of these things the other night.  Of,
9  you're actually here, but you try to put a bank account and say
10  there's a company over in the Isle of Man, because the Isle of
11  Man was one of the other big bucket shop companies, because you
12  could get -- show you were compliant and it didn't mean jack
13  shit, you know what I mean?
14            LEO RIOT:  Yeah.
15            JOHN SKELTON:  And putting all the money over there
16  and then trying to get out of U.S. taxes, but then they
17  couldn't.  And they shut that down because of taxes and because
18  of just, it wasn't real regulation.  And what happened was,
19  because you actually moved that your company was based in the
20  Isle of Man or -- or what was the other one that was real bad?
21  Shit, the other country.
22            LEO RIOT:  There was one, Cyprus.
23            JOHN SKELTON:  Cyprus.  Cyprus.  There wasn't
24  really -- at that time, it was bullshit regulation.  It's, like,
25  pay us a fee and we'll say you're regulated and, oh, you're

Page 132

1  regulated.  So you'd send money over there and they would offer
2  you bonuses.  Send us a 1,000, and we'll give you an extra 1,000
3  and trade, trade, trade.  Hey, send me my money.  Okay.  I will.
4  Where is it?  Just never send people their money.
5            What are -- what are you going to do?  Who are you
6  going to complain to?  I'm going to -- I'm going to file a
7  complaint with the Cyprus people.  Yeah, I paid them $50 to
8  complain and to go rip it up, what are you going to do, fly to
9  Cyprus?
10            LEO RIOT:  Yeah.
11            JOHN SKELTON:  And that was the problem with that kind
12  of shit, was, like, this random overseas, offshore, because they
13  couldn't, like, control it, that's the same thing going on now.
14  It's like shutting down these FX and CFD people is because
15  there's no, like -- they're not allowed in the U.S. because
16  they're not regulated.  Because with Forex, there's no actual
17  exchange, like, with futures.  It's just two parties out there,
18  and you don't know if it's real or not.  Just like the Canadian
19  thing.
20            LEO RIOT:  Yeah.
21            JOHN SKELTON:  So, you know.  -- so they -- that's
22  where Nadex got their hold, because they actually came to the
23  U.S. based in the U.S. based in Chicago, got actually registered
24  with CME and with CFTC; like regulated here.  Like if you put
25  your money with Nadex and you traded and they didn't pay you,

Page 133

1  CFTC, were going to make them pay you.  And that's what made
2  people comfortable about using Nadex.
3            And all those overseas bucket shops were known to be
4  scams.  Because it was, like, 50/50 whether you'll ever get your
5  money or not.  But with Nadex, they -- you knew you would.  And
6  that's what made the difference, that this company's actually
7  regulated here and in tight with the regulators.  I can trust to
8  give them my money.
9            LEO RIOT:  Right.  So I feel safe.  And the reason why
10  I felt safe at the time with Nadex, is, because I could see
11  their -- their office, their building.  You know, there's --
12  there's someone going to work every -- every single day.  So,
13  like, if you call them, they're -- they're there.  So as a
14  customer, I felt safe.  Even though, like, I went through like
15  10 different binary companies in Cyprus and whatever, but when I
16  landed in Nadex, I would say, okay, Nadex seems legit.
17            With Apex, there's no building.  There's -- there's no
18  phone number.  There's nothing.  So, like, to me, as a customer,
19  I don't -- I feel a little bit sketched out, sometimes, with
20  Apex, because, like, it doesn't seem like -- like in that Nadex
21  type of a building.
22            DARRELL MARTIN:  Well, the problem with pre-COVID and
23  post-COVID -- well, post-COVID is a little bit different world.
24  So, I mean, even people at Google and everyone else are working
25  from home now.

Tab 14a -- 2024.03.21 QST00347764

Page 134

1    JOHN SKELTON:  Right.  I mean, I -- I could see that.
2  I mean, it hasn't hurt us yet.  You know, because everyone's
3  like that.  I think what you're saying is from a, oh, compliance
4  standpoint, regulation standpoint, do they want to see a home
5  office or something?  That's a good question.  I -- I don't --
6  I -- I haven't thought about that question for Dan and
7  regulators or how that really works.  That's --
8    LEO RIOT:  Yeah.
9    JOHN SKELTON:  I think that's a good question.
10   LEO RIOT:  Yeah, because, say, if -- if I see Topstep
11 with a building and Nadex with nothing, I'm going to give more
12 approval to -- to Topstep.
13   JOHN SKELTON:  Right.  Right.
14   LEO RIOT:  Because then I can go and drive over there
15 and talk to someone saying --
16   JOHN SKELTON:  Where the hell is my payout?
17   LEO RIOT:  I'm saying, like, you got to get inside the
18 building with a key card.
19   JOHN SKELTON:  Yeah.
20   LEO RIOT:  You know, but at least there's a security
21 guard right by the door.  You know, like, do you have an
22 appointment, yes or no.  Okay.  You can go in, right?
23   JOHN SKELTON:  Right.
24   LEO RIOT:  Who knows?  Whatever.  But if there's a
25 building and I'm a regulator, I'll be, like, this company has a

Page 135

1  building and I'm going to give them more points than online.
2    JOHN SKELTON:  Possibly so.  That's a -- I think
3  that's a great question.  I didn't think about that.  I will
4  make a note and talk to Dan about that and see.  That's actually
5  a great point.  Yeah.  I mean, yeah.  You -- you would think
6  that might be a like -- like, because you would think, like,
7  most other firms that they have under actual regulation,
8  investment firms and all that, they all have built offices,
9  yeah.
10   LEO RIOT:  Yeah, you don't have to go there.  I mean,
11 you can have, you know, people that are, like, doing tickets or
12 whoever, but at least you have a -- a building.
13   JOHN SKELTON:  Right.  Right.  Okay.  Yeah.  Let me
14 see what they say about that, and we'll ask.  I think it's also
15 a good question for those consultant people, too, of how to set
16 that up, you know.
17   LEO RIOT:  Yeah.  You can have a -- a big sign, Apex
18 Trader Funding, and make it, you know, like a front.
19   JOHN SKELTON:  Yeah.
20   LEO RIOT:  Something okay looking, but, you know, at
21 least we have an office.  So like, if CFTC wants to drive over
22 there and then check it out, you know --
23   JOHN SKELTON:  Yeah.
24   LEO RIOT:  -- there's someone there.
25   JOHN SKELTON:  Right.  Okay.  Yeah.  Let me see what

Page 136

1  they say about that.  That's -- I mean, if that's a big
2  difference.  I mean, it's--
3    LEO RIOT:  It's just an idea.  Who knows, because,
4  like --
5    JOHN SKELTON:  I mean, office space isn't that
6  expensive.  I mean, if--
7    LEO RIOT:  Yeah.
8    JOHN SKELTON:  -- that's a key thing, let's get one.
9  Shit, I can -- I can get one right here.  You can get one close
10 to you.  I mean, whatever, you know, it can be--
11   LEO RIOT:  Yeah.
12   JOHN SKELTON:  We just need us an office, a location,
13 a sign, and a few people in there working.  I mean --
14   LEO RIOT:  Right.
15   JOHN SKELTON:  Okay.  You know, offices are fucking
16 real cheap right now, so...
17   LEO RIOT:  I know.
18   JOHN SKELTON:  Like, it's crazy, but -- so, I mean, I
19 don't know, this is a whole-- like I told you, It's like, man,
20 it's, like -- it's a whole different world.  Like, we go from
21 stay under the radar to, oh, shit, let's be -- you know what I
22 mean.  Like, it's a big -- it's a big difference.
23   LEO RIOT:  Yeah.
24   JOHN SKELTON:  But it's going to be like, everything's
25 going to be set.  We all got to be, like, squeaky clean, you

Page 137

1  know.
2    LEO RIOT:  Yeah.  I feel like if you ever get
3  regulated, you're going to be on the news, magazines,
4  newspapers, everyone wants to, like, interview whoever and it's
5  not underground anymore.  You're going to be, like, invited to,
6  like --
7    JOHN SKELTON:  Right.
8    LEO RIOT:  -- talk shows at night or whatever, you
9  know, like?
10   JOHN SKELTON:  Yeah.
11   LEO RIOT:  -- you're going to be out there.  So,
12 like --
13   JOHN SKELTON:  Right.  Right.
14   LEO RIOT:  -- you know.
15   JOHN SKELTON:  Oh, shit.  Speaking of that.  Yeah, we
16 do need another call.  Because there was something else Dan
17 wanted to do that -- I don't want to steal his thunder, and he
18 only told me part of it.  I'm going to let him wait and tell
19 you.  But you want to talk about PR and talk shows.  Yeah, but
20 I'm not going to steal his thunder.  I'm going to let him do it.
21 So, I mean, you all feel good?  I know we weren't feeling good
22 last night when you messaged me.  It was like, fuck.
23   DARRELL MARTIN:  I'm excited.  We have a very solid
24 plan, that gives us a clearer path to the future.
25   JOHN SKELTON:  Yeah.  And it changes -- like I said,

Page 138

1  it changes it, because we've always said, we don't know.  Do we
2  have two years in this, five years?  To do it right, we have
3  forever, you know.
4          LEO RIOT:  Yeah.
5          JOHN SKELTON:  A couple of things that Dan said.
6  Like, so he went over those several things of, like, you know,
7  the reserve and everything goes through a compliance department
8  and gets logged before it was done and the no request, all that
9  shit.  But he said, you know, hey, if you get ahead of it, you
10  do all this, you set it up right, when they come in, they love
11  you're ahead of the game.  He said, but they're still going to
12  have to hit you with a couple of things.
13         He said from who I've talked to, like, and -- and what
14  I've learned about the business, they might come in and say, for
15  example, you can't do one day to pass because there's really no
16  evaluation there.  We want it to be industry standard, that
17  there's got to be 15 trading days.  And, you know, right now in
18  your evals, you don't really have a lot of rules.  You claim
19  it's, hey, we just want to see that you can actually function
20  and -- and -- and do it and actually perform and place a trade,
21  and if you can pass the trailing threshold, that -- that's the
22  evaluation.
23         They might say, you know, if you want to call it an
24  evaluation before moving to a live sim, you need to have, like,
25  15 trading days and a couple extra rule.  No big deal.  We'll do

Page 139

1  it.  Does that ruin our -- no, because everyone else has to do
2  it too.
3          LEO RIOT:  And if they don't, they get shut down.
4          JOHN SKELTON:  Right.  If they get caught doing --
5  like, if regulation comes in and saying, you can't do one day --
6  you know, if you're going to say it's an eval, 15 days is a good
7  evaluation time, blah, blah, blah, and someone else is out there
8  offering two day.  Boom, out.
9          LEO RIOT:  Gone.
10         JOHN SKELTON:  Done.  So it's an even playing field.
11  So they might come in and say a few things, like, hey, you need
12  to do this different, but then everybody has to.  So still even
13  playing field, but if we have everything else set up that
14  they -- most of them don't.  It's an even playing field, but a
15  lot less players.
16         LEO RIOT:  Yeah.
17         JOHN SKELTON:  And so all those customers had to move
18  over, like, you know, okay.  Fine.  I don't care, like, make
19  them trade 15 days and they'll just reset more.  And we've got
20  five times as many customers now and we don't have to do 80
21  percent off anymore because no one else is.  We can double our
22  price.  Like, we can double our income immediately just by not
23  having to do the prices.  Like, it -- it hits all around.
24         LEO RIOT:  Yeah.
25         JOHN SKELTON:  So this-- that -- that could be huge,

Page 140

1  because you just dominate it.  You know, if you get ahead of it
2  and not this bullshit.  Michael Patak, Topstep, trying to make
3  his own -- remember, he was trying to get us to join his little
4  group of him and a couple of other firms, or making a little
5  self-regulated organization and, you know, circle jerk shit;
6  like, not that.  Like, this is real, legit shit.  And when they
7  come in, not only do they see, oh, you've got this in place, but
8  oh, your third party compliance company you have doing it is our
9  buddies we work with every day and go drink.
10         LEO RIOT:  Right.
11         JOHN SKELTON:  Hey, what's that?  Boom, like, that's
12  worth gold.
13         LEO RIOT:  Yeah.  I'm glad Dan joined the company at
14  the right time.
15         JOHN SKELTON:  Yeah.  And -- and yeah.  And that's
16  what I said at the beginning, is, not only would he be a
17  marketing genius, but he'll help us out with all this other
18  stuff in the company and the regulation.  And I know he's not
19  cheap, and I know there was some concerns there.  He's worth his
20  fucking weight in gold.
21         LEO RIOT:  Yeah.
22         JOHN SKELTON:  I mean, he just -- yeah.  Like, this
23  was a perspective I never thought of, you know, of regulation
24  being a scary thing, and it's like, don't be scared that there's
25  a board review coming.  Just be the board, so, oh.

Page 141

1          LEO RIOT:  Right.
2          JOHN SKELTON:  That's some --
3          LEO RIOT:  Yeah.
4          JOHN SKELTON:  That's some strategic ass dominating
5  shit.
6          DARRELL MARTIN:  That's some next level stuff right
7  there.
8          JOHN SKELTON:  Yeah, it really was well.  So, anyway,
9  how are you feeling about everything else, Leo?
10         LEO RIOT:  I feel great.
11         JOHN SKELTON:  Okay.
12         LEO RIOT:  Yeah.
13         JOHN SKELTON:  Good.  I'm sorry.  I'm sorry, these
14  payouts got like -- I can just only do so much, man.  You know,
15  and there's so much shit going on.  And when we get to this
16  many -- 85,000 PA accounts, I -- I can't -- fuck.  Like, I, you
17  know.
18         LEO RIOT:  Yeah.  Well, you need -- you need to --
19  like, we need to work on that, like, as soon as possible.  So,
20  like you -- you told me, like, within, the week, you know,
21  I'm -- I'm -- we need to work on that because, you know, I'm
22  guessing that's going to be 30 million this month.
23         JOHN SKELTON:  I don't think it'll go past 30, but I'm
24  expecting it to end up at 29 or 30.
25         LEO RIOT:  That -- that's huge, man.

Page 142

1    JOHN SKELTON:  Yeah.  That's -- that hits us hard.
2    LEO RIOT:  Yeah.  If we can work together on that,
3 like, I'm -- I need to build all the automation and then
4 whatever you need to have, so we can, you know, work those
5 numbers down.  You tell me, because I'm ready.
6    JOHN SKELTON:  Okay.
7    LEO RIOT:  I'm ready.
8    JOHN SKELTON:  I will get you a list.  I'll get you
9 that initial list I already have tonight.  You know, some things
10 of, like, hey, here's a list of things I will help in
11 certain of the departments.  The other deeper shit I'll put
12 together, but I can send you a list, like, here in just a few --
13    LEO RIOT:  Yeah.
14    JOHN SKELTON:  -- of things for you to look at.
15 Cameron put a list together for me, like a -- you know, because
16 I walk through them, like, where's the exact problem with these
17 payouts?  Where's the exact problem with the activation?
18 Where's the exact problem with the returns?  Like, what can
19 help?  And then, I've got a few.  -- I'll get you list right now
20 and then we'll dig in.
21    LEO RIOT:  Okay.
22    JOHN SKELTON:  We'll dig in deeper.  And then we can
23 talk a little more about some of the specifics of those things,
24 but --
25    LEO RIOT:  Yeah, I'm down.

Page 143

1    JOHN SKELTON:  But, yeah, that-- yeah.  You nailed it
2 on that video thing.  Yeah, it was like -- because the guy was
3 (demonstrating) he was going both ways.  Video --
4    LEO RIOT:  Okay.
5    JOHN SKELTON:  Video -- video.
6    LEO RIOT:  Yeah.
7    JOHN SKELTON:  Oh, direction only, boom.  $150,000
8 down.  Next day, boom.  You know, or I've been -- I made up a --
9 a reply, as well, for these people that Marian's finding of,
10 hey, they share the same IP and they share the same MAC ID, and
11 a lot of them have the same exact trades.  We have a lot of
12 those.
13    LEO RIOT:  Okay.
14    JOHN SKELTON:  I made up a -- I made up a thing of
15 that, of, we need to understand your relationship with these
16 other traders.  We need to understand what your day-to-day
17 trading activities are with these other traders.  And we need a
18 video of the person listed on this account as the owner, trading
19 their accounts themselves, showing them trading it and narrating
20 their trades for us to explain, here's how I trade.  Here's the
21 indicators I use.  Here's my entry, because we know they're not
22 trading.  Someone else is trading it.
23    LEO RIOT:  Yeah.
24    JOHN SKELTON:  And some people like, nope.  One guy
25 sends send me this long thing back, well, I'll -- oh, and -- and

Page 144

1 on your video, you need to show that it's proof of you, with
2 your finger covering everything except the last four digits of
3 your card and your ID.  And stating that all charges that you've
4 made to Apex were authorized by you and are legit and you've
5 received the product and you're using the product and, like, to
6 cover our ass in chargebacks.
7    LEO RIOT:  Yeah.
8    JOHN SKELTON:  And this guy's like, oh, I can do that,
9 and I can do that, and I can do that, but I can't give you what
10 you're asking about me trading the account.  I -- I can't, on
11 video, like, show you -- okay.  Nothing from maiden yet.  Okay.
12 Well, okay.  I turned my ringer off.  You know, he's like, oh,
13 I -- I can't video record that and send it out into the world
14 to, you know, show my -- my personal, specific, secret trading
15 strategy.  I mean, I can't do that.  I can only comply with, you
16 know, what's required of me by law, and as the sole owner of
17 this account, I -- I'm not going to give away my secret.
18    And it's like, well, let's talk about sole owner,
19 because you don't own it.  Like, we do, and you will comply with
20 this or else.  Like, yeah, you know, and it's in the PA
21 agreement that we can ask them for verification and require them
22 to walk us through their system and all that.  I don't have it
23 say video, but we're going to add it, because requiring that
24 video solves a lot of shit.
25    LEO RIOT:  Yeah.  Those guys that we have there that

Page 145

1 are like a million dollar payouts and they're approved, have you
2 asked for that video?
3    JOHN SKELTON:  We have.  Those, we had -- we had three
4 of them that got way up there with all this shit, and I've been
5 through their trading.  I had Chris go through all their
6 trading.  I had Shalon go through all their trading; like three
7 different pairs of eyes.  I've had conversations with them.
8 I've gone over their trading strategy system with them.  I've
9 gotten screenshots from them.  I've gotten videos from them.
10 I've got, like --  I was like, fuck.  Like, I tried, dude.  I
11 tried to tear them apart and I couldn't.  There was others we
12 did, but those guys, I tried it every way possible.  It was all
13 legit.
14    Now, the other thing we need to do -- well, everything
15 I've seen was legit, like, I couldn't prove it through anything.
16 Through video, through strategy, through charts, through
17 questioning specific trades, like perfect answer.  Because
18 I've -- I've -- I've learned to know when they're not giving an
19 answer, right, because it's always the same thing.  Oh, well,
20 I -- I look at a lot of things and I look at the highs and lows,
21 and I -- I look at volume and I look at news overall.  They're
22 not real specific.
23    These guys are like, yeah, I only trade when the
24 market gets to this.  And then when this indicator does this and
25 this, I look for this, and then I enter.  And then, every day of

Page 146

1  trading, they would send me matched up.  Like, they followed the
2  exact entry point.  You know, and it was like, shit, it is
3  consistent.  Like there's a -- got their logs.  No bots.  Didn't
4  have crazy thousands of trades for 18 hours a day using an auto
5  bot.  Didn't have -- like, I couldn't prove anything.  So I was,
6  like, I got to shut your shit down.
7        LEO RIOT:  Yeah.
8        JOHN SKELTON:  But I -- I still think on one of them
9  there was something fishy, because he'd been through 100 and
10 something PA accounts, and then all of a sudden, boom, these.
11 It's perfect.  And every day, you know, like -- it's like, okay.
12 Well, people can get better and people can.  You know, so I
13 questioned him about that.  After I couldn't find anything
14 anywhere, I questioned him.  Like, well, hey, I've gone over
15 this.  All this is great, but I need you to help me understand
16 how you went through 140 PA accounts to get to here.
17        And he was like -- well, he's like, I always did 20 at
18 a time.  He's like, and I failed the first seven times, you
19 know.  He's like, okay, that makes sense.  20 times 7, 140.
20 He's like, what happened was, I -- it took me a while to get
21 smart.  He's like, because I came in on every one of them doing
22 too many contracts.  Because I'd trade a longer system, and then
23 they would always get hit.  Trade it, always get hit.
24        He's like, you can look at these and see I did it
25 different.  I started off with micros.  I learned my lesson of,

Page 147

1  like, okay, I just got to be a little more patient.  I started
2  off with micros, and then I built up and I built up, as I built
3  a cushion, he did it right, you know.
4        LEO RIOT:  Okay.
5        JOHN SKELTON:  Because he had a strategy that works.
6  It just would go up and then pull down and then pull.  He
7  actually did it right, after -- on the eighth time of, I just
8  realized that I had to start slow.  Like, you'll always say, and
9  then build up.  And I started with micros and build it and it
10 took me seven times to learn my lesson.  So, well, shit.  Okay.
11 That adds up and makes sense.  And I can see that's what he did,
12 like, okay.
13        The other thing we got to do, soon, I've got to get
14 the list.  We got to kill four instruments, probably, those
15 bonds.  I still can't make heads or tails of what that guy sent.
16 And I had Dan look at it and Darrell look at it, and they need
17 to test it out.  I don't quite understand what they're doing,
18 but we've got a couple of people that are killing it on bonds,
19 but one tick pops on Tradovate and we just need to kill it.
20        LEO RIOT:  Okay.
21        JOHN SKELTON:  We need to get rid of those.
22        LEO RIOT:  Yeah.
23        JOHN SKELTON:  If you notice, those three that were
24 way up there and then the bigger, it's all Tradovate.  Our big
25 ones are all Tradovate.  I mean, there's a few higher ones, like

Page 148

1  3, $4,000 on Rithmic.  The big balances are all Tradovate's.
2  I'm also noticing a shift of -- remember you and I talked about
3  this, whatever our customer numbers was, only one third of those
4  were Tradovate and two thirds were Rithmic.  I'm seeing that
5  start to even out on our reports.
6        LEO RIOT:  Yeah.
7        JOHN SKELTON:  And that scares -- what scares the fuck
8  out of me is our bills are going to be so much higher with
9  Tradovate, because those extra $5 a pop.  Like, because
10 Tradovate's taken over, our bills are going to be more.  Oh, I
11 have the Tradovate bill I want you to look at before we pay --
12        LEO RIOT:  Okay.
13        JOHN SKELTON:  -- by the way.
14        LEO RIOT:  Like, do you know we're working on -- on
15 WealthCharts, right?  Like, you know that?
16        JOHN SKELTON:  Yeah, I do.
17        LEO RIOT:  Okay.  So, like, that one is going to be a
18 lot cheaper and it's going to be, like, better than Rithmic and
19 better than Tradovate.  What's the goal there?  Because I know
20 Tradovate is complete shit, but we cannot get rid of them.  So
21 is the goal to make them, you know, $30 more expensive than how
22 it is right now and then put WealthCharts to, like, you know,
23 half price or -- or what's the goal to get rid of -- legally get
24 rid of Tradovate?
25        JOHN SKELTON:  I -- I've not been involved with that

Page 149

1  at all or working with Rob or you and Darrell's conversation
2  there.  I'll be honest, my initial thought on it originally was,
3  I don't like it.  I don't want to do it.  It's a whole other
4  project.  It's a whole other thing for everybody to learn.  It's
5  a whole other drama.  What if it doesn't work?  I mean, if we
6  piss off Ninja and Tradovate, they're the biggest.  And I've
7  heard, you know, a year ago say -- heard some bad stuff about
8  it, like it was crap.  I don't know the answer to that.
9        DARRELL MARTIN:  I think we'll figure it out.  So,
10 also, the CEO send me an email.  He wants to meet in April
11 sometime.
12        JOHN SKELTON:  Yeah.  The Tradovate and Ninja CEO
13 wants to get together.
14        DARRELL MARTIN:  Yeah.  So I want to see where his
15 head's at and what he thinks.  They also said they could help us
16 out with the regulatory stuff.  So I'm curious to see what he
17 says there, but --
18        JOHN SKELTON:  He mentioned wanting to meet with us
19 all and talk about something special that they were going to be
20 working on, that maybe would fix some things between -- I don't
21 know.  I don't remember what he said something about, but
22 whatever it was, he wanted to talk in person about it.
23        DARRELL MARTIN:  Yeah.
24        JOHN SKELTON:  About stuff they were working on that,
25 I think, it was some stuff he said that you had been requesting,

Page 150

1  Leo, or stuff that they thought we would really like.  But he
2  wanted to go over it in person.  They're real worried about,
3  like, several of their responses back and forth about these
4  bills were all, like, we'll spread out your credit, but you
5  can't, like, launch anything competitive against us in the next
6  few months.  Like, they brought it up several times, like they
7  were scared of something.
8          And I don't know if it was because of these new white
9  label firms, or if they found out something we're doing with
10 WealthCharts, or if you told them, you know, fuck you, you're
11 done.  We're going to launch your own shit.  I don't know what
12 it was, but they sure got real weird there about the thinking we
13 were doing something on the side.  And then it came to, like,
14 well, we're -- we're working on something for you, let's get
15 together.  So curious to see what that is.
16         LEO RIOT:  I haven't said anything, and Marian, she
17 hasn't said anything.  So -- so, yeah, we haven't.  Everything
18 that I do with WealthCharts, it's just me and a group of Rob's
19 team.  It's, like, a group chat and no -- no one is there.  It's
20 just --
21         DARRELL MARTIN:  I think they're nervous about this
22 Sim2Funded company.
23         JOHN SKELTON:  Because most likely, they're losing
24 Topstep because Topstep's going over this other company.  And
25 Topstep is not near as big as us, but that's been a long time

Page 151

1  good customer of Tradovate's, you know, I'm guessing.  And, so,
2  they're worried about who else is going to move, because it's so
3  much cheaper.
4          LEO RIOT:  So you're -- you're saying -- one second,
5  you said the Topstep dropped Tradovate?
6          JOHN SKELTON:  I think--
7          DARRELL MARTIN:  They're not dropping Tradovate, but
8  they're in the process of going over to Sim2Funded.
9          JOHN SKELTON:  Yeah, because Sim2Funded built
10 Topstep's new platform called TopstepX.  It's their own
11 platform, their own charting, whatever white labeled.  So
12 they'll be using this company, Sim2Funded that has a lot cheaper
13 CME fee.  So Tradovate and Ninja see, okay, we're about to lose
14 Topstep and how many other people are we going to lose, because
15 this place is new and so much cheaper.  How -- they see an
16 exodus coming, so they're trying to --
17         LEO RIOT:  Oh, okay.
18         JOHN SKELTON. -- lock down and be like, okay, what --
19 what can we do to get you to stay?  What do you want from us?
20         LEO RIOT:  Now they're going to bend over.  Now
21 they're going to be, like, okay, let's meet in person and we'll
22 bend over.  Whatever you-- you need, you know, you let me know,
23 and we'll give you better prices and whatever.
24         JOHN SKELTON:  Potentially.  Like, to the point where
25 they want to meet in person to go over what they're working on

Page 152

1  and want to do with us, like, exclusive.  The tone is changing,
2  so...
3          LEO RIOT:  Yeah.  But the only thing that will be able
4  to work, it's if we do file API instead of web API, and they
5  have refused since the beginning.  So I don't --
6          JOHN SKELTON:  And I don't know.
7          LEO RIOT:  Right now we have 200,000 customers.  So if
8  we had 400,000, Tradovate is just going to keep going down.  You
9  know, a big promo and then Tradovate will go down.  Rithmic will
10 go little bit slow, like 10 minutes queue; that's fine.  But
11 Tradovate, it's like five, six hours queue.
12         JOHN SKELTON:  Right.  Yeah.  We had -- we had
13 Tradovate on just today.  Drama today, like, delays.
14         LEO RIOT:  Yeah.  I mean, they're -- they're great if
15 you have 5,000 customers, but, like, if you have half a million,
16 they're going to be going down every time.
17         JOHN SKELTON:  Right.
18         DARRELL MARTIN:  Well, the thing is, we need them so
19 we have multiple platforms to deal with outages.  So that the
20 outages are spread out, you know.  So like 25 percent of our
21 customers have an outage, not a 100 percent, not 50 percent, you
22 know?
23         JOHN SKELTON:  Yeah.
24         LEO RIOT:  Yeah.
25         DARRELL MARTIN:  Like, let customer choose where they

Page 153

1  want to go and that's where it's going to end up.
2          LEO RIOT:  Yeah.  So, like, the idea that I had for
3  WealthCharts is, like, maybe you launch one product at a time,
4  just one.  Make sure it's, like, solid, stable, that it doesn't
5  go down for like a month.
6          DARRELL MARTIN:  Yeah.
7          LEO RIOT:  And then, once you know that it's pretty
8  stable, the threshold, everything works fine, then you can allow
9  it to buy 20 PA accounts or 20 accounts or 100 accounts;
10 whatever you want to have.  But if we launch and, you know,
11 50,000 or a 100,000 people buy it and it goes down the next day,
12 then we're fucked.
13         JOHN SKELTON:  That's what scares me about
14 WealthCharts.  That's what scares me about these little new guys
15 popping up.  And I know we have our problems with Tradovate or
16 whatever with Rithmic.
17         DARRELL MARTIN:  I don't have problems like that with
18 WealthCharts.  Like, they're on top of their technology more
19 than anybody.
20         JOHN SKELTON:  They -- they might be, but do they
21 understand our volume.  It's like people could be on top of some
22 good shit--
23         DARRELL MARTIN:  They do.  They -- they have infinite
24 scaling.  They built it in.
25         LEO RIOT:  Yeah.  I mean, I -- I've seen, like,

Page 154

1  promises and all these companies come in and promise you the
2  moon and everything, and then we launch the next hour, they
3  go down.
4       DARRELL MARTIN:  Yeah.  But nobody's promised us
5  infinite scaling.  Nobody's promised us we're setting this up
6  for volume.  They've just said, here's the price and here's what
7  we got.
8       JOHN SKELTON:  Right.
9       DARRELL MARTIN:  They say, yeah, we can handle
10 everything, but they don't talk about the technology that can
11 handle everything.
12      JOHN SKELTON:  Right.  Yeah.
13      DARRELL MARTIN:  Like, oh, we didn't upgrade our
14 server.  Oh, we ran out of ram.  Oh you know, we're --
15      JOHN SKELTON:  We have a server but it's behind, you
16 know.
17      DARRELL MARTIN:  Where Rob is, like, very ahead of
18 stuff.  He's like, we're going to make sure it has this, it has
19 this, it has this, we can turn up this, you know.
20      JOHN SKELTON:  Right.
21      DARRELL MARTIN:  Like, he's saying all the things that
22 actually need to happen versus -- proactively versus in it
23 reactively.
24      JOHN SKELTON:  Right.  But even still -- and that's
25 great.  But even still, it's, like, let's trickle.  Let's

Page 155

1  trickle before we turn those on full blast.
2       DARRELL MARTIN:  I say we launch with $50,000
3  accounts.  Go.
4       LEO RIOT:  Yeah.  Instead of doing a big promo, new
5  WealthCharts, you know, 50 percent off or 90 percent off.
6       JOHN SKELTON:  Right.  Yeah.  Yeah.  We only -- yeah,
7  just to be safe, 100 percent.
8       LEO RIOT:  But the plug-in for that is already built.
9  That's done.  I'm just waiting for -- for them to finish and we
10 can lunch.  So once they're finished, we'll lunch.
11      JOHN SKELTON:  Nice, nice.
12      DARRELL MARTIN:  And we can test it out with a small
13 group of people and all that fun stuff.
14      JOHN SKELTON:  Yeah.
15      JOHN SKELTON:  Looking forward to this meeting with
16 Ninja, so -- next month.
17      JOHN SKELTON:  Before we launch, just to make sure
18 they're like, oh, we're bringing you the world and you launch
19 something else, Shit.
20      DARRELL MARTIN:  Tell them, you know, with a response
21 of me saying, hey, we've got to do what the market demands, you
22 don't give us exclusivity, don't expect us to give you
23 exclusivity, you know?
24      JOHN SKELTON:  Right.
25      LEO RIOT:  Right.

Page 156

1       JOHN SKELTON:  And, also, I'm not questioning Rob,
2  but, you know, we also have to have -- so Rob's just going to
3  have CME data and a platform, that's it, right?  Meaning --
4       DARRELL MARTIN:  No, they can have the whole -- like,
5  they're making the whole risk management and everything else.
6       JOHN SKELTON:  But they're not going to have a
7  brokerage.
8       DARRELL MARTIN:  Yeah, they have a -- they're working
9  on setting up, yeah.
10      JOHN SKELTON:  Okay.  I was just asking, because,
11 like, if we lose Ninja Tradovate, not only do you lose Tradovate
12 data and the ability to use Tradovate and NinjaTrader licenses,
13 but we also lose Ninja brokerage, where we have prop money out
14 for people to trade.
15      DARRELL MARTIN:  We have so much of Ninja in volume,
16 they're not going to cut us off.
17      JOHN SKELTON:  Okay.  Okay.
18      DARRELL MARTIN:  I mean, it literally costs them
19 nothing but server volume.
20      JOHN SKELTON:  Okay.  And other -- other thing --
21      DARRELL MARTIN:  And they getting -- they're going to
22 cut off $3 million a month.  I mean, we're probably making them
23 more than their brokerages.
24      JOHN SKELTON:  Right.  And the other thing to consider
25 is, and maybe this isn't an issue -- I mean, I -- I don't have a

Page 157

1  problem with Rob.  I'm not trying to be negative, but if they're
2  just getting into the space and just getting into the brokerage
3  and just getting into the thing versus NinjaTrader, who is a
4  well-established known in the industry, when it comes to
5  regulation, you know, and our people, like, we move over there
6  under regular, you know, like, do we want to still be under that
7  umbrella of somebody that's very well known for regulation, and
8  we move people over to prop funding.  It's -- you know, they're
9  out of our sim and then they're under full regulatory brokerage.
10      I don't know, just throwing that out there.  Like, got
11 somebody with a long history of regulation proper and -- versus
12 kind of coming in new, but --
13      LEO RIOT:  Yeah.  I mean, I -- I hear you, but what is
14 the issue of having a third broker?  You know, then you can --
15 we can have as many as we want.
16      JOHN SKELTON:  Oh, I have no problem with the third.
17 Just as far as, like, making them a main or something and, like,
18 we lose a main contract, you know, with Ninja, that's my only
19 concern, having them still third, sure, but --
20      LEO RIOT:  But it's just like to have 33 percent in
21 one broker, 33 percent in the other one, and 33 percent in the
22 other one, so if somehow the Tradovate goes down for a week,
23 they have two different options or --
24      JOHN SKELTON:  Yeah.
25      LEO RIOT: -- you know, Rithmic goes out of business,

Page 158

1  we have two options.
2       JOHN SKELTON:  Yeah.  No.  I'm definitely down with
3  that part, just don't want to piss off and lose one, you know,
4  but, yeah.
5       DARRELL MARTIN:  That's why I said, I want to -- I
6  want to have a meeting with them and see where it goes.
7       JOHN SKELTON:  Yeah.  Okay.  Because it's only in,
8  like, a couple of weeks they wanted to meet.  It's not too far
9  away --
10      LEO RIOT:  Yeah.
11      JOHN SKELTON:  -- so...
12      LEO RIOT:  Yeah, that sounds good.
13      JOHN SKELTON:  Okay.  I'm tired, guys.
14      LEO RIOT:  All right, man.  Go to bed.  I'll go to
15  the --
16      JOHN SKELTON:  Nice.  And I'm glad we all hopped on
17  here.  I think we all needed this, and it's, yeah, a whole new
18  world to consider.  So, we good?  We in?
19      LEO RIOT:  Yeah, all good, man.
20      DARRELL MARTIN:  We're good.
21      JOHN SKELTON:  All right, guys.  Leo, I'll get you
22  that list here in a bit.  Let me know if you have any questions
23  on it.
24      LEO RIOT:  Sounds good.
25      JOHN SKELTON:  We'll talk more.  All right.  Later,

Page 159

1  guys.
2       LEO RIOT:  All right, guys.  Take care.  Bye.
3       JOHN SKELTON:  You too, man.  Bye.
4       (Audio recording ends.)

Page 160

1              CERTIFICATE OF TRANSCRIBER
2
3
4       I, JANENE CLEARY, RPR No. 7318, do hereby certify
5  that I was authorized to transcribe the foregoing recorded
6  proceeding; and that the transcript is a true and accurate
7  transcription, to the best of my ability, taken while listening
8  to the provided recording.
9
10      I FURTHER CERTIFY that I am not of counsel or
11  attorney for either or any of the parties to said proceedings,
12  nor in any way interested in the events of this cause, and that
13  I am not related to any of the parties thereto.
14
15      DATED this 8th day of APRIL 2025.
16
17
18              _Janene Cleary_
19
              JANENE CLEARY, RPR No. 7318
20
21
22
23
24
25

**$**

**$1,000**
  96:24
**$10**
  70:7,8 125:4
**$100**
  62:1 79:14
  80:2
**$12**
  62:8
**$125,000**
  70:9
**$15**
  122:18
**$150,000**
  143:7
**$2,000**
  125:11
**$2,600**
  125:11
**$20**
  37:1 39:13
  81:21
**$200**
  62:6
**$25,000**
  118:10
**$250,000**
  122:11
**$3**
  156:22
**$30**
  41:4 148:21
**$4,000**
  148:1
**$5**
  148:9
**$50**
  19:18 132:7
**$50,000**
  155:2
**$6**
  62:2,14
  111:23 112:1

**$9**
  62:11

**1**

**1**
  76:17
**1,000**
  98:19,20
  132:2
**10**
  70:8 85:3
  89:3 90:6,12
  93:1 102:20
  105:19 108:9
  117:16
  125:10
  128:25
  133:15
  152:10
**100**
  11:21 17:13
  32:3,5 33:23
  40:9 64:22
  69:6 89:4
  90:7 97:2
  99:21 103:14
  146:9 152:21
  153:9 155:7
**100,000**
  153:11
**1099**
  27:20
**110**
  103:6
**113**
  122:20
**12**
  123:3,4
**125**
  70:7
**140**
  146:16,19
**140,000**
  41:5
**15**
  111:17,18

138:17,25
139:6,19
**150**
  19:19,22
**15th**
  20:24 91:4
**16**
  11:10
**18**
  62:5 146:4
**1st**
  87:19

**2**

**2**
  100:21
**20**
  19:7 78:2
  85:3 90:12
  98:22,23
  101:13
  111:23
  121:22
  122:6,7
  124:7 125:15
  146:17,19
  153:9
**200**
  40:9 62:8
  69:6 122:9
**200,000**
  152:7
**2008/2009**
  69:23
**2025**
  118:19
**20th**
  20:25 91:4
**21st**
  118:13
**24**
  62:6
**25**
  11:21 32:5
  70:4,9 83:1
  111:13

125:18
152:20
**29**
  141:24
**2A**
  52:8

**3**

**3**
  101:13 148:1
**3,000**
  108:5
**30**
  20:8 85:3
  89:1 102:22
  111:21 123:1
  125:18
  141:22,23,24
**30,000**
  57:18
**30,000-foot**
  14:17
**33**
  157:20,21
**35**
  90:16

**4**

**4**
  39:21 101:13
**4,000**
  17:9
**40**
  19:20 121:3
  123:1,9
**40,000**
  83:3
**400,000**
  152:8
**410**
  76:17
**45-day**
  10:7

**47,000**
  111:19
**48**
  107:15,16

---

**5**

**5**
  76:17 90:11
**5,000**
  103:4 152:15
**5,800**
  20:23 102:8
**50**
  11:21 19:20
  20:8 30:22
  32:5 40:7
  54:2 70:16
  89:1 93:14
  97:19 123:9,
  15 152:21
  155:5
**50,000**
  96:25 97:3,5
  153:11
**50/50**
  133:4
**500**
  97:23
**50k**
  53:20,21,23

---

**6**

**6**
  112:3
**60**
  11:3 39:12,
  14 75:23
  78:21 111:11
  113:14
**65**
  78:15

---

**7**

**7**
  146:19
**70**
  39:21
**74**
  35:22 39:16,
  21 129:12
  131:1
**75**
  11:21 32:5
**76**
  35:22,24
  39:16,21

---

**8**

**80**
  69:10 70:22
  105:25
  139:20
**80,000**
  82:21 83:3
  109:7
**85,000**
  82:16 91:9
  106:1 114:17
  123:24
  141:16

---

**9**

**90**
  32:16 75:23
  101:10 122:8
  155:5
**95**
  16:23 17:12

---

**A**

**ability**
  34:4 36:17
  121:1 156:12

**absolute**
  12:18
**absolutely**
  11:2 21:9
  28:16 38:19
  63:6 64:25
  67:23 70:20
  76:19 77:14
  103:14
  108:16
  113:18
  115:25
**accept**
  48:3
**accepted**
  53:8
**access**
  22:10 30:7
  89:20,22
  111:7
**accident**
  83:14
**accomplish**
  72:24,25
**account**
  21:17 32:5,6
  44:6 46:21
  52:13 53:9,
  21 92:25
  97:3 99:22
  100:1,13,14
  104:17
  107:17
  109:15
  125:8,9
  131:9 143:18
  144:10,17
**accounts**
  27:1 30:21
  31:6 47:6
  79:10 82:16
  92:1 95:18
  98:22,24
  111:20
  121:17
  123:25
  141:16
  143:19

**146:10,16**
  153:9 155:3
**accurate**
  3:5
**ACH**
  101:1,18
  103:16
  104:25 105:1
**act**
  130:5
**acted**
  129:18
**acting**
  129:18
**action**
  12:8 26:19
  45:7 74:11
**activate**
  104:16
**activation**
  104:24
  142:17
**active**
  123:24
  124:13
**activities**
  143:17
**actual**
  125:24
  127:24
  129:15
  132:16 135:7
**ad**
  52:15
**add**
  8:4,9 18:13
  24:20 91:7
  144:23
**added**
  85:22
**additional**
  33:17
**address**
  24:7 28:1
  34:11 42:5
  45:25 54:21
  74:3 75:15

76:3,5 98:16
107:23
**addressable**
10:16
**addressed**
12:19 75:14
**addressing**
55:9 98:8
**adds**
147:11
**adequate**
33:4,22
**adhere**
32:12
**adherence**
28:4,20
**adhering**
29:4
**adult**
64:13
**advantage**
27:25 28:18
68:1
**advised**
36:21
**advisory**
36:13 39:22
69:22 130:24
**affiliate**
17:1,8,15
27:19 28:9
57:7 72:13
74:22 75:5,
13 121:2
**affiliated**
50:12
**affiliates**
17:9 18:5
27:19 50:7
55:12,16
79:8,9 121:1
**agree**
91:11 110:24
112:5 117:20
**agreed**
95:4

**agreement**
109:9 144:21
**ahead**
7:23 12:17
21:8 24:22
28:3,17 38:6
55:9 66:1
68:3 91:17
94:1 96:2,9
126:15
129:13
130:16
138:9,11
140:1 154:17
**Alcohol**
54:20
**all-hands-on-
deck**
75:20
**allowed**
132:15
**amazing**
4:7 10:25
19:21 32:20
57:22 65:15
76:7 77:17
115:24
116:8,10
**Amendment**
52:9
**America**
20:13
**Amex**
46:1
**AML**
37:25 39:3
130:3
**amount**
21:1 32:7,
10,15 122:4
123:17,22,23
127:12
**Amway**
39:18
**analogy**
74:4

**answering**
84:18 85:4
**anti-gun**
47:16
**anti-money**
27:5 130:3
**antivirus**
29:14
**anybody's**
9:4 58:12
**anymore**
125:16 137:5
139:21
**Anytime**
41:11
**Apes**
41:10
**Apex**
11:5 22:22
25:16 29:6
33:13 34:2
46:22 48:17
49:6,11,16,
23,24,25
50:12,19,23
51:1 54:6
79:5 84:24
85:6 88:1,2,
6 89:15,18
95:22 100:2
102:4 104:17
107:12,19
108:25
120:25
133:17,20
135:17 144:4
**API**
100:5 104:22
105:4 119:19
152:4
**application**
22:11 119:10
**appointment**
134:22
**approach**
74:14 75:8,
12 107:11

**approval**
43:12 46:19,
23,25 48:4,9
52:22 134:12
**approvals**
85:11 110:20
**approve**
48:23 82:19
102:9
**approved**
46:17,18,21
48:7,21
50:16 51:17,
19 52:11,25
53:17 98:9
129:22 145:1
**April**
71:8 87:19
114:19
149:10
**area**
12:14 21:13
104:7
**areas**
14:14 20:15
26:21 27:11
76:4 87:17
127:17
**argue**
4:22
**arithmetic**
78:24
**armored**
82:4,8
**arson**
113:1
**arsonist**
113:1,3
**article**
47:10 66:19
**articles**
67:8
**aspect**
9:18
**aspects**
12:16 25:3
36:5 55:24

64:11 65:10
113:13

**ass**
38:5 49:14,
15 51:3 53:8
55:22 141:4
144:6

**assigned**
98:5

**assuming**
56:12

**ATF**
42:11 47:17
48:24 52:19,
22,24 53:2
89:12

**ATF.COM**
48:12 49:1
50:18 54:6

**attacking**
91:9

**attempts**
107:12

**attention**
25:14 50:15
58:6 83:16
84:10

**attorney**
106:17,18,25

**attorneys**
106:15

**audio**
3:1 159:4

**audit**
28:13 45:23
47:24,25
53:5 59:10
60:18 63:14,
17 65:23
72:14 117:12

**audited**
30:19 33:10,
24

**audits**
28:15 45:3

**authorized**
61:7 144:4

**auto**
146:4

**automate**
102:25 108:1
111:2

**automated**
94:8

**automatically**
108:18

**automating**
108:14

**automation**
94:20 142:3

**aware**
12:9 41:10
43:20 105:14

**awesome**
4:13 5:12
6:11 7:14,20
77:16 78:16
116:3

**AWS**
29:3

---

**B**

**baby**
56:11

**back**
6:19 7:15
23:5,21
35:15 41:10
43:17 49:11,
22 51:10,21
54:5 55:18,
23 56:3
57:24 58:6
59:13 60:17
62:23 71:6
72:7 73:1,13
81:3 82:13
84:8,22
85:12 89:20
95:5 99:21
101:14
102:12,13
103:16,20

105:2 106:14
108:15,20
109:22
110:16
111:16 114:6
115:14
120:24
121:24
122:6,11,19
123:5 143:25
150:3

**backed**
87:15

**background**
8:13 40:14
52:22 53:1
75:10 123:13

**backgrounds**
40:15

**backing**
110:6

**bad**
10:13 22:2
24:16 35:6,7
62:15 65:2,
21 71:5
80:12 99:21,
22 121:24
131:20 149:7

**Bahamas**
4:6

**balance**
92:10
109:17,20

**balanced**
50:10

**balances**
124:1 148:1

**balancing**
17:23

**balls**
92:2

**banging**
19:8

**bank**
27:21 31:6,
10 53:9

82:6,9 88:11
100:14
103:17
107:16 122:4
125:2 131:9

**bankruptcy**
41:5 126:13

**banks**
101:8,9

**bar**
10:9 69:1

**barely**
42:6

**barrier**
37:3

**base**
123:21,23,24

**based**
25:9 32:6
38:23 39:9
124:15,16
131:19
132:23

**basic**
85:4

**basically**
16:24 17:16
28:2 30:22
35:23 42:1
70:3 97:11
107:7,11
119:21,24

**basis**
70:4

**be--**
136:10

**bearing**
30:20

**beat**
43:21

**beautiful**
4:2,6 5:8
58:3 69:18
108:17

**bed**
158:14

beer
3:2,4,12
26:2
beers
25:23
beginning
117:16
140:16 152:5
begins
3:1
belabor
44:2
bend
151:20,22
beneficial
51:25
benefit
32:19
benefits
32:23 40:13
big
4:11,17 6:1,
24 10:9
11:14 20:5,
12,19 21:7
22:21,24
23:14 24:2
28:12 30:10
31:17 35:14
36:6,8,25
40:17,18,23
41:11 43:5,
23 45:3
46:25 50:5
53:24 56:1
79:7,14,17
80:8 83:6
89:17 90:24
91:9 94:24
98:17 101:14
103:15
108:20,21
109:16
113:18
114:21 120:7
124:1 128:2
131:4,11
135:17

136:1,22
138:25
147:24 148:1
150:25 152:9
155:4
bigger
20:23 23:17
73:15,16
115:1 121:9
126:20
147:24
biggest
5:5,25 11:6
19:17 25:16
31:2,11 72:6
80:6 93:7,8
111:18 119:4
124:16 149:6
bill
31:23,25
148:11
billed
122:8
billing
120:3 121:7
billion
41:4 62:2,8,
11
billions
117:2
bills
148:8,10
150:4
binaries
129:1
binary
25:7 68:24
129:8 131:3
133:15
bit
3:9 4:10 5:7
8:17 11:15
18:4 19:25
22:14 27:17
32:25 37:17
38:21 42:17
43:5 48:10

55:21 57:11
67:4 68:20
71:14 78:13
79:13 80:17
81:2 116:18
117:23 129:9
133:19,23
152:10
158:22
bitch
81:6
bite
16:8
bites
74:5
blah
42:3,4
49:21,22
50:6 53:6
61:7 67:11
100:2 139:7
blank
87:12
blanket
29:10
blast
155:1
blew
78:16,18
92:24
blip
55:21
block
107:17
blocked
55:24 79:10
blood
114:23
blow
48:10 61:18
blown
7:16
blurb
50:22
blurred
12:23

board
13:11 32:14
39:23,24
58:23 68:23
69:22 116:25
130:24 131:2
140:25
boat
6:1,16,21
7:10,12 26:7
45:14 64:19
112:24 115:6
Bob
89:7
bombarded
14:9 81:8
bombarding
12:25
bonds
147:15,18
bonuses
132:2
boom
11:19 20:8,9
30:7,17
32:17 36:2
37:3 63:5
68:23,25
86:1 95:21
101:4,19
104:22 109:5
117:1 139:8
140:11
143:7,8
146:10
bot
146:5
bother
45:14
bots
146:3
bottleneck
102:3,5
bottlenecks
102:6
bottom
46:6 50:20,

22 82:8
**box**
84:15
**brand**
80:7 104:20
**breach**
44:20,22
**bread**
62:19
**breaking**
109:8
**briefly**
112:14
**brilliant**
14:13
**bring**
9:19 18:9
22:7 25:5
30:15 31:2
47:24,25
67:12 70:2
81:21 82:12
88:13 89:12
110:15 112:2
114:14,23
119:4 127:23
**bringing**
17:11 24:12
82:2 85:2
87:21,22
95:8 155:18
**brings**
11:8 12:5
95:12
**Brinks**
82:3
**bro**
26:4 45:13
**broad**
27:7
**broke**
12:3,4,6
71:22
**broken**
71:21
**broker**
119:14

157:14,21
**brokerage**
11:12 25:18
35:23 36:7,8
39:4 59:4
63:19 68:5
70:13,16
156:7,13
157:2,9
**brokerages**
156:23
**brokers**
129:15
**brought**
3:13 9:20
10:20 19:17
54:5 82:15
85:11 150:6
**bucket**
24:3 25:5,22
26:1 49:17
68:25 131:6,
11 133:3
**bucks**
17:13 70:8
**buddies**
140:9
**buddy**
18:2 52:13
115:21
**build**
21:5 22:8
30:16 57:5
70:20 80:13
84:10 117:24
122:20 142:3
147:9
**Builder**
89:7
**building**
76:9 77:10
83:19
133:11,17,21
134:11,18,25
135:1,12
**built**
10:25 34:8

38:23 56:19
76:25 114:14
119:20 135:8
147:2 151:9
153:24 155:8
**bullet**
47:17 117:16
**bullshit**
109:6 110:15
131:24 140:2
**bunch**
6:2 24:4
27:14 57:19
**Bureau**
41:18
**burn**
80:23 115:4
**burning**
73:22 76:17
80:22
**business**
10:7,21,22
16:15 17:12
20:17 24:5
31:3,11
53:16 116:14
138:14
157:25
**busy**
95:14
**butt**
128:12
**button**
19:3
**buttons**
32:22
**buy**
53:23 54:1,2
60:19 62:19,
20 153:9,11
**buy-ins**
15:14
**buying**
53:21
**buys**
53:20 70:7

**Bye**
159:2,3

---

C

**California**
28:21,23
**call**
11:23 31:9
41:20 42:8
44:11 45:17
53:5,23,25
70:7,8 74:2
78:3 81:6
88:11 121:3
133:13
137:16
138:23
**called**
5:5 9:14
35:23 69:21
119:5 151:10
**calls**
118:1
**Cameron**
99:17 105:5
142:15
**Canada**
120:20
**Canadian**
121:3 132:18
**cancel**
107:15
**cancellation**
107:16
**capability**
70:1
**capital**
27:10 30:9
33:4,15,17
36:10 39:6
**capitally**
34:25
**caps**
38:12,13
**car**
58:4 86:14

card
  48:5 134:18
  144:3
care
  7:11 13:12
  45:9 80:1,9
  81:6,7
  115:17 116:5
  139:18 159:2
careful
  79:12 128:22
Caribbean
  4:9
cart
  50:1
Cary
  47:2
casinos
  6:17
catch
  8:11,19
  41:25 96:2
  117:23
catching
  71:13 82:21,
  22,23
catchup
  3:18
caught
  3:20 109:5
  139:4
caused
  24:16
causing
  113:5,10
caution
  26:6
Cayanne
  12:24 86:18
  87:5,7
cease
  107:5,11
  109:6 111:7
center
  29:3 88:12
centrally
  29:15

CEO
  58:23
  149:10,12
certification
  130:1
certified
  107:3
certify
  130:4
cetera
  29:15
CFD
  132:14
CFES
  59:15
CFO
  59:14
CFOS
  58:25
CFT
  22:5 26:14
CFT's
  66:23
CFTC
  24:11 26:11,
  13 27:6
  33:25 36:8
  59:4 65:23
  66:11 118:19
  126:2,16
  127:17,22
  128:1,6
  132:24 133:1
  135:21
CFTS
  59:24
chain
  66:7,11
chair
  57:14
challenges
  11:9,14 12:5
chance
  8:19
change
  17:14 27:12
  40:22 41:8,

11 43:23
  47:5 54:4
  79:8 91:6
  103:20
  124:4,9
  126:21 127:9
changed
  23:2 24:13
  45:1,2 46:4
changing
  23:3 152:1
character
  93:11
charge
  23:5,6 46:15
  48:5,21
  68:12 87:7
  107:14
  109:22
  121:24
charge-back
  17:25
charge-backs
  16:25 17:18,
  22
chargeback
  107:1
  109:12,18
chargebacks
  31:22 43:7
  84:25 106:8,
  10,23 108:2,
  5,7 121:25
  122:12
  126:10,11
  144:6
charges
  51:19 144:3
charging
  51:17
Charles
  59:1
chart
  13:6 14:11
  56:10 102:12
charter
  57:11

charting
  151:11
charts
  145:16
chat
  150:19
chatted
  112:14
cheap
  22:12,14
  23:23 111:20
  136:16
  140:19
cheaper
  148:18
  151:3,12,15
cheapies
  69:11
check
  42:6,23
  52:22 53:2
  64:18 83:20
  135:22
check-ins
  16:24
checkout
  48:6 51:3
chest
  25:25 26:3
Chicago
  41:17 132:23
choice
  34:2
choir
  61:19
choose
  14:20 61:8
  104:21
  152:25
Chris
  85:12 86:7
  145:5
chunk
  124:21,22
churning
  16:21

circle
  140:5
circulate
  8:3 74:1
Cirque
  6:23
Citadel
  93:8
city
  5:21 7:17
claim
  15:24 138:18
claiming
  53:1
claims
  50:5 83:15
  84:21
clean
  17:14 18:5
  117:3,5
  122:3 126:4
  130:21
  136:25
cleaned
  50:8 67:1
cleaning
  28:11
clear
  13:6 14:12
  30:9 50:10
  61:1 95:4
  128:13,16,17
clearer
  137:24
clearing
  63:19
clearinghouse
  30:14
clearinghouse
s
  59:4
click
  47:5 97:12,
  14,16 101:1,
  18 103:1,3,
  18

clicks
  103:2
client
  73:8
cliental
  4:10
clients
  33:20
close
  33:9 58:11
  61:9 98:20
  109:15,20
  126:16,23
  136:9
closed
  123:20 126:8
  129:3
closer
  39:1,4
CME
  107:21
  120:23
  121:16
  127:19
  132:24
  151:13 156:3
cocky
  110:8
COD
  107:5
code
  125:23
codes
  86:23
coding
  88:20
collecting
  73:8
college
  88:14
combat
  33:12
comfort
  34:1
comfortable
  40:12 56:12
  61:22,23,25

62:5 133:2
comfortably
  62:12
Commission
  128:3
communicate
  13:8 87:2
communicated
  43:18 55:19
communication
  12:3 14:12
  35:3 74:25
communication
s
  76:25
companies
  4:11,24
  23:16 24:9
  25:12 31:3,
  21 36:25
  59:23 120:4,
  13 121:13,
  22,24 122:3,
  6 124:17
  129:12
  131:6,11
  133:15 154:1
company
  9:17,18 10:3
  13:8 23:10
  27:21 31:22
  37:23 43:25
  50:5 51:18
  52:17,18
  53:19,22
  56:4 60:19
  65:14 69:21
  76:24 83:12
  100:8 117:9
  119:17,25
  120:14,21
  121:3,5,10,
  11,19 124:6,
  7,10 126:3
  128:10
  129:21 130:1
  131:7,10,19
  134:25

140:8,13,18
  150:22,24
  151:12
company's
  37:21 122:16
  133:6
company-
issued
  29:13
compete
  37:4 70:21
competition
  12:13 21:21,
  23,24 22:7
  26:10 36:22
  37:9
competitive
  150:5
competitor
  120:10
competitors
  24:2 40:6
  68:24 69:1,
  9,24 112:20
  120:8
complain
  132:6,8
complaint
  130:18 132:7
complaints
  31:4
complete
  148:20
completely
  47:16 129:16
compliance
  27:16,24
  31:9 37:24
  40:21,24
  43:19 124:6,
  7 128:10
  129:20,22
  134:3 138:7
  140:8
compliant
  98:13 131:12

comply
144:15,19
computer
29:23 30:8
concern
31:12 42:9
89:14 101:7,
16 117:21
157:19
concerned
55:7 120:8
concerns
56:1 140:19
concurrently
73:7
confident
62:7
considered
43:9 44:5
consistent
19:9 146:3
constantly
71:21
construed
54:15
consult
75:7
consultant
10:20 11:11
135:15
consultants
61:13 63:10
65:22 73:6
129:14
consultation
118:1
consulting
58:24 59:3
61:11 128:9
consults
118:11
consumer
128:3
contact
99:24 115:23
contacts
65:13 115:22

contract
91:8 101:10
118:10
125:17,22,25
126:22
157:18
contract's
128:16
contracts
97:7,13
128:5 146:22
control
22:3 30:6
38:11 83:6
96:5 110:13
111:23
124:13
132:13
controlled
29:15
controlling
120:21
convenient
96:1
conversation
61:13 63:8
73:6 91:12
149:1
conversations
145:7
COO
81:6
COOK
3:5,11,18,23
4:4,13,19
5:2,10,19,
23,25 6:7,9,
14,20 7:2,
16,21 8:1,8,
23 9:7,24
10:8 13:25
14:8 15:13,
21,25 16:4,
14,17 17:6,
11 21:9
22:13 23:12
24:23 25:1
26:5 30:4

31:23 32:18
33:6 34:7,10
37:10,12
38:10,14,18
39:15,25
41:8 42:21,
25 43:2
44:7,10,14
45:5,7 46:11
48:8,13,24
49:1,7,9,19
50:2,21,25
51:5 53:10
54:7,9,11,25
55:14,17
56:17 57:5,
23 58:19
59:21,25
60:3,14
62:22,24
63:6,24 64:4
65:16 66:10,
25 67:20,23
69:17 70:11
71:3 72:6,18
74:20 75:12
76:12,16
77:4,22
78:2,8 83:25
84:14 91:11,
14 110:23
112:6 113:3,
13,25
115:11,25
116:3
cookies
17:4
cool
4:23 7:7
44:17
cooler
3:4
copied
43:4
copy
107:8
copying
54:16

core
13:11
corporate
20:13
correct
6:22 117:15
118:5 121:20
correctly
120:18,19
cost
88:15
Costa
84:16 85:2,9
87:23 88:13
costs
19:18 156:18
counsel
106:19
country
131:21
couple
3:19 4:19
11:3 57:23
58:14 59:8
65:19 67:2
74:22 75:25
81:3 94:11
122:19
138:5,12,25
140:4 147:18
158:8
cover
26:2 27:13,
17 31:14
33:23 34:19
38:5 70:4
80:19 144:6
covered
11:25 16:23
26:22 28:3
34:20 78:12
124:23
128:12
covering
20:2 144:2
covers
51:3

COVID
  47:9,12
cracked
  131:3
cranking
  85:16
crap
  149:8
craziest
  26:4
crazy
  20:19 42:19,
  22 55:11
  60:20 79:15
  95:17 107:22
  108:22
  136:18 146:4
create
  35:8 54:19
  126:24
created
  112:24
creates
  81:17
creating
  115:1
credit
  64:7 150:4
credits
  53:22 54:2
crew
  63:23
crimes
  41:17
crucial
  56:23
cruise
  4:1,2,7 5:5
  6:10 7:7 8:4
  51:8 57:20
  62:21 64:18
crush
  77:14
Crypto.com
  29:22
culture
  13:3

curious
  149:16
  150:15
curve
  92:2
cushion
  147:3
custodian
  33:3
customer
  26:24 38:16
  43:25 72:21
  84:18,23
  100:13
  102:11,13
  103:21 128:7
  129:23 130:2
  133:14,18
  148:3 151:1
  152:25
customer's
  44:22
customers
  18:16 23:18,
  21 48:5
  52:24 67:11
  69:14 101:20
  104:15
  112:22 126:6
  128:4
  139:17,20
  152:7,15,21
cut
  32:4 106:8,9
  121:9 122:3
  156:16,22
cuts
  96:5,6
cutting
  24:24 122:6
cyber
  84:25
cycle
  114:20
cypriot
  49:17

Cyprus
  25:9,23
  131:22,23
  132:7,9
  133:15

---

**D**

daily
  91:9
damn
  8:24 35:8
  64:18 65:5
  113:6
Dan
  3:2,3,5,11,
  18,23 4:4,
  13,19 5:2,
  10,19,23,25
  6:7,9,14,20
  7:2,16,21,24
  8:1,8,23
  9:7,15,20,24
  10:8 13:24,
  25 14:8
  15:13,21,25
  16:4,14,17
  17:6,11 21:9
  22:13 23:12
  24:7,22,23
  25:1 26:5
  30:4 31:23
  32:18 33:6
  34:7,10
  37:10,12,16
  38:10,14,18
  39:15,25
  41:8 42:21,
  25 43:2
  44:7,10,14
  45:5,7 46:11
  48:8,13,24
  49:1,7,9,19
  50:2,21,25
  51:5 53:10
  54:5,7,9,11,
  25 55:8,14,
  17 56:17
Dan's
  9:12 81:6
Dan1971@gmail
  55:4
Dan@atf.com.
  54:23
Darrell
  3:4,20 6:3
  8:18 13:17,
  21 14:5
  15:12,19,22
  16:1,12,15,
  17 17:2,10
  20:3 22:10,

57:5,23
58:17,19
59:21,25
60:3,14
62:22,24
63:6,24 64:4
65:16 66:10,
25 67:20,23
68:12,14,20
69:17 70:11
71:3,18,19
72:6,18
74:20 75:12
76:12,16
77:2,4,22,25
78:2,8,12
82:3 83:23,
25 84:14
90:25 91:10,
11,14 93:5
99:7 110:23
111:6 112:6,
25 113:3,13,
25 114:22
115:11,21,25
116:3,4,19
117:21 119:3
122:14
127:7,16
129:9 130:17
131:4 134:6
135:4 137:16
138:5 140:13
147:16

19 25:20
32:19 33:5
34:3,8 37:6
38:12,15,23
41:7 42:19,
22 43:1
44:4,8,13
45:15,24
46:6,13
47:19 48:12,
17 49:5,8,
12,18,20,25
50:17,24
51:7 52:2
54:4,20,24
56:17 57:4,
23 59:20,23
60:1,4,7,10
62:17,23
64:20 66:14,
22 67:14,18,
21 68:14
69:3,12
70:10 72:16,
19 81:2
86:10,14,16
93:4 95:3,4,
15,16 98:9,
11,22 109:2
111:6 112:8
116:12
119:7,10,16,
22 121:20
122:25
123:10,12,19
125:5,14,21
126:13
133:22
137:23 141:6
147:16
149:9,14,23
150:21 151:7
152:18,25
153:6,17,23
154:4,9,13,
17,21 155:2,
12,15,20
156:4,8,15,
18,21 158:5,

20
**Darrell's**
72:19 149:1
**data**
22:20 23:10,
14 29:3
44:22 60:9
73:9 107:21
120:23,24
127:20
156:3,12
**daughter**
39:18
**day**
15:1 19:7
35:15 45:13
57:20 71:24
72:20 79:20
81:8 82:3
84:3 92:6,9
93:9,20
94:21 97:21
104:3,23
106:22,25
108:2 113:1
124:4 127:7,
16 133:12
138:15
139:5,8
140:9 143:8
145:25
146:4,11
153:11
**day-to-day**
56:18 73:23
82:1,20 86:8
110:14
143:16
**days**
3:3,7 32:1,
2,3,7,16
39:12,14
51:11 55:15
60:5 74:2
75:23 81:17
92:11,16
93:21 96:14
99:21 101:10

103:16
111:19
116:18 122:8
125:9,10,15,
18 129:10
138:17,25
139:6,19
**Dcook@
irelands.com.**
55:2
**De**
6:23
**dead**
43:21
**deal**
40:23 46:25
53:3 69:15
82:11 91:18
138:25
152:19
**dealer**
35:24
**dealing**
14:24 67:3
**Deborah**
58:25
**debt**
53:6
**December**
20:8 78:15
**decent**
12:15 19:14
**decide**
57:14
**decision**
40:20 110:6
**deck**
6:15 8:3,9,
22 74:1
**decks**
8:24
**declared**
41:5
**dedication**
75:21
**Deel**
24:19

100:10,12,16
**deeper**
11:15
142:11,22
**define**
13:10
**degree**
16:13,15
**delays**
152:13
**delete**
17:3
**delivering**
17:12
**demands**
155:21
**demonstrating**
106:24 120:5
143:3
**denied**
95:21,22
96:3,7
**dent**
3:15
**Deny**
102:10
**department**
13:22 37:23,
24 40:21
43:14 57:6
74:9 96:5
99:15 110:1,
19 111:10
117:25
129:19,20
138:7
**departmental**
83:5
**departments**
20:11,14
76:25 78:17
81:9 82:17
114:13
142:11
**depending**
50:9

depth
  37:17
deserve
  15:7
design
  58:1
desire
  34:4
desist
  107:5,12
  109:6 111:7
desk
  21:3 56:16
  85:21 86:19
  87:7,17,21
  88:4 90:9
  98:1,4 113:9
details
  18:8 48:5
  90:24
developing
  94:10
diagnostic
  58:5
difference
  83:6 89:10,
  11 94:2
  114:21
  116:14 133:6
  136:2,22
dig
  11:14 17:21
  18:8 27:4
  68:17 81:15
  85:20 95:19
  142:20,22
digging
  82:20
digits
  104:7 144:2
diligence
  43:13
dinner
  59:21 65:17,
  18
directing
  43:3

direction
  74:18 143:7
disclose
  38:10,13
disclosing
  51:1 128:5
disclosure
  34:21 50:11,
  21
disclosures
  128:13,15
discussion
  29:19
discussions
  131:8
dispute
  107:21
disputed
  107:14
distractions
  14:22
diverted
  113:16
division
  41:17
doable
  85:7
documentation
  16:2 26:23
  27:22 28:9
documented
  118:17
  129:21
documenting
  29:5
documents
  65:19
Dodd-frank
  61:1
dog
  88:9 115:14
dog's
  115:17
dollar
  62:8 145:1
dollars

36:24 122:9
domain
  46:7,8,15
  48:20
dominate
  140:1
dominating
  141:4
door
  28:23 134:21
dot
  53:7
double
  69:14
  139:21,22
doubled
  111:20
downer
  15:3
downplay
  75:19
downsides
  11:5
downstream
  13:19
downward
  115:3
drag
  102:13
drama
  22:21 23:15
  79:11 81:9,
  10 82:11,23
  100:2 104:18
  111:12 115:8
  117:23 149:5
  152:13
draw
  25:13
drawn
  86:20
drink
  3:13 140:9
drive
  86:11 134:14
  135:21

driving
  82:5
drop
  97:15 105:2
dropped
  100:12 151:5
dropping
  151:7
DRW
  93:8
dude
  5:21 7:14
  45:16 116:8
  145:10
due
  43:13
  112:19,20,21
dug
  9:18 45:2
dumb
  23:6
duplicated
  13:1

_____

**E**

earlier
  19:10 34:24
  39:2 115:12
  129:9
early
  76:9,10
  82:21,22,23
ease
  101:8,9
eased
  100:23
easier
  70:25 121:12
  130:17,23
easiest
  102:1
easy
  11:7 55:3
  96:10 101:19
eat
  74:4

economy
  112:21
economy's
  112:21
edge
  80:4,7
effect
  13:19
effects
  101:23
efficient
  57:8
effort
  89:15
efforts
  13:1
eighth
  147:7
Elanda
  36:11
elephant
  16:8 74:4
Elevate
  86:23
elevated
  11:4
eliminate
  113:22
eliminates
  109:2
elite
  88:1
else's
  13:22
email
  21:16 29:15
  42:5 45:20,
  24,25 46:3
  54:4,5,11,
  12,14,15,17,
  21,22 55:2
  97:13 98:6
  101:4
  104:16,22
  107:3 149:10
emails
  55:5,6 97:25

98:3 107:1
empire
  35:7,8 65:2
  70:20
employee
  14:24
employees
  15:16
EMS
  31:9 45:18
  52:6 122:7
enacted
  70:3
encouraging
  120:4
end
  17:17 21:20
  31:12 51:21
  61:4,25
  79:20 82:13
  84:8 88:15
  89:20 103:9
  117:19
  141:24 153:1
ended
  39:19 69:20
  70:12
ends
  159:4
enforce
  96:8
engineered
  75:9
engineers
  7:2
English
  84:17
ensure
  18:15 27:10
  29:14
enter
  48:5 53:9
  105:3 145:25
entered
  104:25
entering
  52:24

entire
  5:22 43:4
entry
  37:3 143:21
  146:2
equate
  44:21
essentially
  30:7
establish
  13:5
Euro
  70:6,8
eval
  23:23 27:1
  126:8 139:6
evals
  138:18
evaluation
  138:16,22,24
  139:7
eventualities
  16:22
everyone's
  134:2
everything's
  71:15 136:24
Evidently
  47:9 53:24
ex-wife
  4:15 115:13
ex-wife's
  71:9
exact
  37:5 120:13
  142:16,17,18
  143:11 146:2
examples
  53:18 61:15
exchange
  132:17
exchanges
  129:15
excited
  77:7 137:23
exclusive
  152:1

exclusivity
  155:22,23
execution
  18:9
executive
  8:6
exercised
  26:6
exist
  28:5
existing
  119:25
exit
  61:16 126:4
exodus
  151:16
expect
  118:22
  155:22
expected
  83:2
expecting
  68:18 141:24
expenses
  30:12
expensive
  5:7 136:6
  148:21
experience
  9:5 84:21,24
  85:1 88:8,
  17,21 89:9,
  10 90:10
expert
  12:16
expertise
  67:24
explain
  22:14 31:15
  130:21
  143:20
explanation
  44:13
exploded
  78:20
exponentially
  116:15

exposure
  33:14 127:23
external
  29:21
extra
  69:7 78:21
  81:21 82:13
  111:23 112:1
  130:5 132:2
  138:25 148:9
eye
  116:17
eyes
  39:5 145:7

———————————

**F**

Facebook
  18:25
facing
  31:5 43:25
  79:13
fact
  35:17 114:3
failed
  146:18
failure
  58:2
fair
  15:8 50:10
fairly
  19:2
fairness
  128:3,7
fake
  52:20 53:7,8
fall
  26:16 57:25
  84:8
fallout
  55:11
falls
  82:10,11
familiar
  32:21 36:16
family

57:21 71:9,
  10 86:11
fantastic
  9:10
FAQS
  128:16
farm
  29:8
fast
  113:25
faster
  21:15
favor
  33:1 68:2
FBI
  41:18
FBI.COM
  42:11
FCM
  30:13
FCMS
  59:4
February
  78:15
Federal
  41:18 125:2
  128:3
fee
  119:17
  131:25
  151:13
feed
  120:21
feel
  12:10 23:4
  38:1 61:22,
  25 62:5
  81:11,12,25
  82:3 83:10,
  12 95:11
  112:18,23,
  24,25 113:1,
  5 114:21
  117:17
  118:12
  122:23
  133:9,19

137:2,21
  141:10
feeling
  13:2 137:21
  141:9
fees
  23:24
feet
  57:18
fell
  54:25
felt
  61:23
  133:10,14
field
  60:25 65:9
  139:10,13,14
FIFO
  36:16
fifty
  92:14
fight
  15:24 113:16
fighting
  69:11
fights
  4:8
figure
  99:23 105:7
  112:4 122:16
  149:9
file
  108:22 132:6
  152:4
fill
  24:25 47:5,
  11 82:5
filling
  78:11
filtered
  111:8
finally
  129:5
financial
  33:10 41:17
  53:5 125:24

Fincen
  27:6
find
  15:9 66:19
  67:7 72:14
  84:16,23
  89:1 90:11
  95:16 101:24
  105:6 108:20
  112:22
  129:25
  130:15
  146:13
finding
  143:9
fine
  46:22 50:2
  51:2,9,14
  54:12,21
  74:9 80:17
  108:7 139:18
  152:10 153:8
finger
  144:2
finish
  155:9
finished
  71:25 155:10
Finland
  7:4
fire
  15:3 71:17
  73:22,24
  74:7,10
  75:14 76:10,
  13,14 112:10
  115:3
firearms
  47:17 54:21
firefighters
  113:2,3
fires
  75:15 76:3
  80:22 84:9
  113:15,22
firm
  11:12,13

```
22:8  25:17            flip                  force                 44:5,9,11,19
26:12  38:7             73:13  114:22         104:7                57:1  83:9
39:4,20                flipping               126:17,19            85:22  86:2
58:24  59:3             52:6                 foresee               95:10  106:8
70:13,16               float                  69:5                 107:12  110:2
106:21                  7:18                 foreseen              112:4
firm-wide              floating               45:9                frauds
 68:1                   5:20                 forest                17:22
firms                  flood                  29:7                freaked
 23:16,21               114:23               forever               52:17
 25:9,18                120:10                56:21  59:1          freaking
 26:15  32:16          floors                 117:1  138:3         5:19  23:6
 35:23  36:7,9          76:17                Forex                 43:7  48:11
 38:3  39:9,           Florida                23:14  24:9          117:3
 11,16,17,21            60:10  66:23          60:2,5,9            free
 59:4,12               flow                   68:21  69:21         47:12  61:11
 63:19  68:5           87:20                  120:6,13,20          65:20
 93:7  122:15          fly                    129:8,10           frequency
 135:7,8               132:8                  132:16              75:16
 140:4  150:9          focus                 forfeit             friend
firstly                 8:15  12:14           107:17              58:22  90:5
 8:1                    14:14  18:6          forget              friendly
fishy                   21:12,15             100:7  128:23        52:8,9
 146:9                  26:21,23             form                friends
fit                     27:11  36:2           27:22  43:17        41:16  58:14,
 15:8                   82:1,13               47:5  100:4         17,18  65:18
five-gallon             83:5,7,11            104:19  130:4        76:24  90:8
 3:14                   84:5  94:14          formalize           front
fix                     95:11  110:3,         26:22               33:3  38:13
 20:20,21              14  114:15            forms                61:4  68:10
 45:21  64:1            121:18                52:19  130:5         78:25  79:1
 74:11  80:23          focused              formula               84:8  110:15
 103:23  104:5          18:3  20:22           125:6               135:18
 105:10,15,19           26:19  27:25         forward             FTC
 107:24  115:4          28:11  81:14,         9:8,11  28:12        27:7  128:2,
 149:20                22  82:12              46:7  57:15         7,12
fixed                   113:19               77:9,13             fuck
 48:7  51:3            focusing              155:15               5:18  6:19
fixing                  56:13,24            forwards              23:2  24:4
 69:5                   82:2                  51:18               45:15,16
flag                   follow               found                53:14  80:18
 25:14  43:5,6          91:15  106:14         42:19,22            87:11  88:10
 101:14  111:5          117:20               44:4  150:9          109:1,18
flags                   128:17,18,21        fourth                113:11
 25:6  28:12           food                   61:25               120:10,12,15
 42:12,15               3:16  4:7  5:8       fraud                137:22
                                              16:25  18:23        141:16
```

145:10 148:7
150:10
**fucked**
26:4 112:9
116:19
153:12
**fucker**
109:10
**fucking**
3:3 9:9
20:12 45:21
51:11,13
53:3,24
69:10 80:12
82:24 87:8,
11 89:17
94:14,16
95:5,21
96:11 100:2
114:11,12
116:6,9
120:4 136:15
140:20
**fucks**
120:11
**full**
59:9 60:21
94:14 155:1
157:9
**full-time**
20:22 83:4
**fully**
51:1 129:11,
19 130:6,19,
20
**fun**
4:14 155:13
**function**
138:19
**fund**
30:11,12
34:20 38:22
39:3 73:18
122:13,14,20
**Funded**
60:1,5
66:15,16,19

**funding**
23:3 25:17
41:10 46:22
49:6,11,16,
21,24 50:23
51:1 54:6
88:6 89:18
100:22
107:13
119:25
120:21
121:2,11
122:3,6
124:17 129:1
135:18 157:8
**Funding's**
49:25
**Funding.com**
48:18 50:19
**funds**
33:22 34:22
128:14
**funnel**
49:11 90:1
**funnels**
49:20
**funny**
70:23
**future**
22:6 28:14
137:24
**futures**
23:20 24:11
32:16 36:8
67:11,15
120:7,15
121:3
127:18,23,24
128:6 132:17
**FX**
22:5,19,20
26:14 35:15,
16 36:15,17
39:15 59:15,
24 66:15,16,
23 70:1
132:14

---

**G**

**Gabe**
97:25 98:1
**GAIN**
36:10
**gambling**
53:21,25
**game**
12:17 26:20
66:1 68:3
91:18 138:11
**gaps**
13:1
**garage**
29:7
**Gary**
39:17
**gas**
113:5
**gave**
28:24 45:11
53:18
**gender**
15:22
**general**
16:25
**genius**
140:17
**get all**
51:22 95:3
123:6
**get-together**
8:6
**GFT**
36:10 39:17
69:21
**give**
9:11 23:18
42:4,7 47:23
54:2,16 55:3
66:4,5 68:1
69:19 71:24
75:21 81:5
89:20 98:2
99:16 105:11

114:15 121:6
122:10 132:2
133:8 134:11
135:1 144:9,
17 151:23
155:22
**giving**
89:22 121:9
145:18
**glad**
8:10 10:1
45:11 140:13
158:16
**glass**
78:8
**Global**
69:21
**goal**
17:8 64:21
99:11
148:19,21,23
**God**
5:24 7:20
58:10 108:25
**gold**
36:12 37:12
63:3 115:24,
25 116:1
140:12,20
**golden**
116:1
**good**
3:18 4:1 9:1
10:15 14:1,5
27:15 28:7,8
31:16 35:6,7
41:16 42:4
48:15,19
49:10 51:6
55:5,6 58:22
59:18 65:1
66:13 68:2
71:18 74:6
77:20 81:12,
23 84:18
89:20 92:13
101:12 110:4
122:16

124:10,21,22
130:8 134:5,
9 135:15
137:21 139:6
141:13 151:1
153:22
158:12,18,
19,20,24
**goodbye**
69:10
**Google**
55:12,25
133:24
**government**
23:4 43:10
47:10 54:16
**government-
looking**
47:7
**grab**
78:8
**grand**
31:16 32:1
80:2 122:9
**great**
4:20,21 9:2,
7,23 10:12,
13 13:18
17:11 22:14
32:15 33:2,
20 34:10
49:1 50:7
57:4 70:19
75:3 76:8
77:5 85:17
91:18 113:7
122:22 127:9
130:8,16,23
135:3,5
141:10
146:15
152:14
154:25
**grew**
11:5,15
35:18 113:7,
14

**group**
11:17 102:7
120:7 140:4
150:18,19
155:13
**groups**
73:2
**grow**
11:22 15:5
20:17,18
70:25 80:14
83:3 116:14
**growing**
80:8 111:13
**grows**
20:17
**growth**
10:3 11:1,2
20:10 22:24
41:13 78:14,
15 111:11
**guarantee**
65:8
**guard**
134:21
**guess**
59:6 97:19
**guessing**
126:7 141:22
151:1
**guidance**
117:13,15,17
**guidelines**
13:14 44:21
91:7
**gun**
47:17 52:2,
9,10,12,15,
23
**guns**
52:13,25
53:2
**guy**
17:5 31:9
85:25 92:7,8
98:18 121:3
143:2,24

147:15
**guy's**
17:3 144:8
**guys**
3:5,19,21
4:4 8:13,19
9:8,9,12
10:3,20,25
11:22 12:19
13:7 14:3,
13,22 15:2
19:20 22:16
24:11 38:19
47:6 56:7
57:17 58:15
59:2,15
62:10 63:9
64:21 65:17,
25 68:9
71:4,6,13,16
73:23 75:7
77:5,8,22
78:12 80:7,
16 81:20
86:4 93:18
98:17 101:9
109:5 110:6,
21 112:5
115:12 116:3
117:24 119:2
127:5 130:8,
14 144:25
145:12,23
153:14
158:13,21
159:1,2
**gym**
6:17

---

### H

**habit**
8:24
**half**
3:15 23:8
36:22 37:9
71:22 92:24
123:17

148:23
152:15
**hand**
63:15 94:7
113:4 125:3
**handful**
63:2
**handing**
83:19
**handle**
62:17 81:13
88:12,15
92:2,5
110:6,7
113:11 115:1
117:22
154:9,11
**handled**
14:6 18:13
**handles**
128:10
**handling**
12:20 73:20
95:6
**hands**
30:1
**hang**
3:2
**hanging**
60:24
**happen**
29:18 53:4
68:25 69:18
70:18 111:13
121:17
154:22
**happened**
23:12 24:19
25:6 40:25
45:10 52:12
68:22 69:23
120:20
128:20
131:18
146:20
**happening**
37:5 50:16

93:16

**happy**
4:7,8 71:16
83:10 103:6
126:5,6

**hard**
20:5 22:21
58:14,16
78:19 111:18
112:12 142:1

**harder**
40:5

**hassle**
88:23

**hate**
45:13 91:9

**he'll**
62:20 140:17

**head**
41:16 116:19

**head's**
58:12 149:15

**headaches**
14:21 35:5

**heads**
147:15

**heads-up**
45:12

**health**
3:24 81:11

**healthy**
21:22

**hear**
71:14 78:9
123:10
157:13

**heard**
115:13
120:18 149:7

**hearing**
119:3

**heart**
114:6

**heartbeat**
81:23

**hedging**
97:9

**held**
30:20 33:9
37:2 122:9

**hell**
42:9 134:16

**helped**
9:19,21
100:4 116:9

**helpful**
9:13,14

**helping**
85:24 86:7
110:21
116:13

**helps**
21:18 35:3
87:2 91:18
107:25

**hey**
6:10 10:21
13:18,23
14:17 17:16
21:16 24:11
25:16 30:7,
17 33:12
43:22,25
50:6 53:22
54:20 66:7
67:10 68:3,
11 73:21
74:14 85:24
86:10 88:18
89:19 92:8,
15 93:18
95:5,15
98:18,24
102:9,20
103:19
105:16
109:8,9
115:21 121:2
124:7 130:19
132:3 138:9,
19 139:11
140:11
142:10
143:10
146:14

155:21

**high**
12:7 18:6,8
57:18 69:2
91:19

**high-earning**
97:12

**high-end**
4:10,23

**high-level**
19:13

**higher**
37:4 147:25
148:8

**highlighted**
34:24

**highs**
145:20

**hire**
74:15 88:6,
18 89:3
90:5,8 117:8

**hired**
59:9 129:13

**hiring**
11:20 87:25

**historically**
27:12

**history**
157:11

**hit**
10:18 11:21
13:17 19:3,
22 20:5,6
21:11 22:18,
21 24:21
25:4 58:8
60:5,12,13,
14 68:22
79:2 80:11,
12,14 83:13
90:16 111:18
112:12
114:21
121:25
138:12
146:23

**hits**
139:23 142:1

**hitting**
63:1 98:8
110:2

**hold**
10:8 19:6
30:13,14
39:9 59:7
86:22,23
90:17 122:8,
19 123:5
132:22

**holding**
17:19

**holds**
122:7,12

**hole**
115:5

**holes**
82:8 112:23

**Holy**
5:19

**home**
133:25 134:4

**Honduras**
4:5

**honest**
149:2

**honestly**
117:5

**hop**
86:11,12
93:9

**hopped**
103:10
158:16

**horse**
43:21

**hose**
113:4

**hot**
32:21

**hotel**
28:23

**hour**
71:22 74:11

154:2
**hour-and-a-
half-long**
 31:9
**hour-long**
 93:22
**hours**
 64:22 105:20
 107:15,16
 114:7 115:19
 146:4 152:11
**house**
 67:6
**how's**
 42:3
**huge**
 19:15 23:15,
 16,17 25:6
 27:6,25
 28:21 32:18,
 23 34:1,16
 38:19 40:2
 45:10 47:9,
 10 53:3
 55:11 58:13
 59:13 61:1
 68:8 69:16
 90:16 95:13
 99:19 103:5
 105:4,10
 122:2 139:25
 141:25
**hugely**
 5:2 33:1
**human**
 16:13,16
**hundreds**
 97:21 105:7,
 20
**hurt**
 134:2
**hurts**
 41:13 115:2

---

**I**

**I--**
 115:6
**ice**
 6:25
**Icon**
 5:5
**ID**
 143:10 144:3
**idea**
 13:18 31:24
 136:3 153:2
**ideal**
 8:8 64:24
**ideas**
 14:5 71:18
**identified**
 19:10 35:9,
 19
**identify**
 34:17
**if--**
 136:6
**IG**
 11:11 29:20
 58:23 69:20,
 25 70:13
**illegal**
 52:15
**illegally**
 52:25
**Illinois**
 15:17
**illustrated**
 113:20
**immediately**
 70:17 139:22
**impact**
 55:20 56:4
 74:24 113:23
**impacting**
 36:3
**imperative**
 45:8

**implement**
 19:11 36:19
 38:4
**implemented**
 36:18 129:18
**implementing**
 76:20
**importance**
 73:16
**important**
 12:11 13:10
 25:1,15
 30:17 35:16
 36:14 38:2
 63:8 64:4
 84:2 93:4,11
 115:12,16
 124:12
**importantly**
 10:22
**impossible**
 85:7
**improvement**
 15:14
**in-house**
 106:19
**Inaudible**
 123:12
**inch**
 3:15
**income**
 69:14 139:22
**incorrectly**
 117:14 118:8
**incredible**
 11:2
**incrementally**
 30:16 34:11
**independent**
 59:9
**indicator**
 145:24
**indicators**
 143:21
**indiscernible**
 94:3

**individual**
 34:19 73:10
**individuals**
 19:13 29:9
**industries**
 4:25
**industry**
 22:2 24:13
 35:21 36:3
 59:1 79:2
 80:11 81:23
 101:21
 111:12
 121:15 129:8
 130:9,12,13,
 18,20 138:16
 157:4
**infection**
 115:15
**infinite**
 153:23 154:5
**info**
 24:8 44:22
 53:9 101:4
 102:13
**inform**
 37:13 41:25
**information**
 27:8 28:21
 29:2 39:3
 47:11 48:6
 64:9 88:3
 98:11
**initial**
 55:1 142:9
 149:2
**initially**
 33:25
**initials**
 47:19
**insane**
 5:19 7:4,16
 11:3 19:21
 111:15
**inside**
 6:16 56:18
 57:3 134:17

insight
  4:25 12:15,
  16 24:8
  37:15 38:21
  115:22
install
  89:2
instance
  74:21
instant
  52:22
instruct
  39:5
instrumental
  9:19
instruments
  147:14
insurance
  83:12
intact
  61:3
interest
  30:20
interesting
  58:21 119:23
internal
  29:21
international
  104:21 105:3
internationally
  41:23
interrupt
  20:1
interview
  137:4
interviews
  66:11
intraday
  70:4
investigation
  41:18 120:14
investing
  88:6 89:15
investment
  135:8

invited
  137:5
invoice
  118:14
involved
  51:22 109:23
  148:25
IP
  107:23
  143:10
IRS
  53:5,6,7,8
IRS.COM
  42:11
island
  4:17
Isle
  131:10,20
issue
  31:19 38:7
  41:9 55:11
  71:24 72:7,
  13,22 79:23
  101:7 103:15
  156:25
  157:14
issues
  3:24 11:5
  28:1 58:11
  71:23 72:3
  74:17 80:11,
  25 105:12,16
  114:1
it's--
  136:2
items
  12:8 26:19

———————————

            J

———————————

jack
  52:5,6 53:18
  131:12
Jackie
  3:23
January
  59:5 78:15

Jennifer
  85:13
jerk
  140:5
job
  14:1 28:8
  42:3 50:7
  130:17,23
John
  3:2,7,16,20
  4:18 5:13,
  15,18,20,24
  6:8,12,19
  7:6,10,14,
  18,22 8:7,
  12,22 9:12
  10:7 14:2
  18:2 20:1
  21:12,14
  22:16,20
  23:13 24:24
  26:3 29:25
  30:25 32:11
  37:11,16
  38:11 39:13,
  22 42:17
  44:12,15
  45:6,11,16
  46:1,10,12,
  17 47:21
  48:9,19,25
  51:2,10,15,
  24 52:5
  53:11 54:8
  55:8,15
  56:15,24
  58:18 60:5,
  8,12 62:20,
  25 63:22,25
  64:23 65:12
  66:9,13,16
  67:7,16
  68:17 69:4,
  13 71:2
  72:21 73:22
  74:19 76:23
  77:16,18,21,
  24 78:7,11

83:23 85:8,
19 86:10,13,
15,17 89:5,
8,25 90:7,
14,17,21,24
91:2,20,24
92:5,8,20
93:1,14
94:9,18,24
95:1,17
96:17,20
97:2,9,15,
17,21,24
98:10,12,15,
23 99:5,9,13
100:10,17,19
101:7 102:6,
18,23 103:6,
9 104:3,9,11
105:10,13,
17,21 106:3,
6,11,14
107:7,10
108:4,8,11,
13 109:4,25
110:5,13,24,
25 111:4,9,
16 112:1,9,
18 113:4,19,
24 114:4,17
115:8,18,21
116:1,4,6,9,
11,17
117:10,20
118:6,9,17,
21,24 119:1,
8,12,15,20,
24 120:22
121:21
122:24
123:3,10,13,
18,21
124:12,15,25
126:10,12,14
127:1,3,7,22
128:9 129:7,
25 131:15,23
132:11,21
134:1,9,13,

16,19,23
135:2,13,19,
23,25 136:5,
8,12,15,18,
24 137:7,10,
13,15,25
138:5 139:4,
10,17,25
140:11,15,22
141:2,4,8,
11,13,23
142:1,6,8,
14,22 143:1,
5,7,14,24
144:8 145:3
146:8 147:5,
21,23 148:7,
13,16,25
149:12,18,24
150:23
151:6,9,18,
24 152:6,12,
17,23
153:13,20
154:8,12,15,
20,24 155:6,
11,14,17,24
156:1,6,10,
17,20,24
157:16,24
158:2,7,11,
13,16,21,25
159:3

**join**
140:3
**joined**
86:1 140:13
**joke**
58:15
**jumped**
28:3 69:21

---

**K**

---

**Kate**
85:13
**keeping**
83:10 104:1

**key**
13:9 19:23
35:9 36:5
50:4 58:8
64:7,10
134:18 136:8
**kick**
57:24
**kid**
69:25
**kidding**
28:25
**kids**
88:14
**kill**
83:21 84:1
101:14
147:14,19
**killing**
81:11 84:4
114:5 147:18
**kind**
4:9 8:19
10:11,21
11:9,15,19
12:3,23
13:2,3 16:5,
7 18:16
19:16,24
21:18,19
22:2 26:22
28:1,2,22
33:18 34:20
40:14,17,25
41:1,13
42:11,12
43:7,15 50:3
55:18 56:2,
3,5,6,7
57:10,12
60:17 63:4
64:2 65:4,19
68:12,18
70:12 71:5
72:7,9,10,13
73:4 74:1,4
75:3,6,24
76:3,4

78:11,12,13,
18 80:10,14
81:4 82:17
84:8 85:8,9
87:5,20
88:22 91:19,
21 93:15
103:9
106:11,19
108:14
116:19 117:4
129:10,11
130:8,22,25
132:11
157:12
**knew**
22:17 24:9
33:14 36:8
60:13 64:11
81:3 133:5
**knock**
9:9 38:16
**knocked**
20:6 85:16
**know--**
128:16
**KYC**
37:25 39:3
130:2
**Kyle**
85:25 106:23
108:16

---

**L**

---

**label**
119:24
121:1,6,19,
23 150:9
**labeled**
151:11
**lady**
58:25
**laid**
33:2 41:5,24
92:14

**land**
46:8
**landed**
133:16
**landing**
46:11 49:9
**landscape**
24:14
**lane**
13:15
**laptop**
29:20,21
30:1
**laptops**
29:13
**late**
79:4,5,17
80:3 95:20
100:1 102:4,
6,14 103:15
104:14
**launch**
150:5,11
153:3,10
154:2 155:2,
17,18
**launched**
119:23
**launder**
41:22
**laundering**
27:6 51:16
53:15 130:3
**law**
106:21 130:3
144:16
**lawsuit**
108:22,23
**lawyer**
65:19 107:2,
4,10 108:19,
21 109:6,7,
10,21 111:6
**lawyer's**
109:23
**lay**
75:6

laying
  32:20
lead
  49:5 87:1,3
leaders
  13:7
leading
  26:10
leads
  87:4,10
learn
  147:10 149:4
learned
  138:14
  145:18
  146:25
learning
  75:3
leave
  14:3 45:15
leaving
  45:13,17
left
  46:5 70:20
  95:4
legal
  15:11 37:23
  98:12
  106:21,23
  129:19
legally
  148:23
legislation
  40:1
legit
  52:10 63:4
  120:23
  133:16 140:6
  144:4
  145:13,15
legitimate
  63:7 117:1
legitimately
  62:13
lends
  34:1

Leo
  3:20,22,25
  4:1,2,5 5:1,
  3,13,14,17,
  22 6:5,16,22
  7:4,9,13,17
  8:18 9:6,14
  13:16 20:3
  26:7 30:1,6
  31:25 44:25
  45:2,12 46:4
  48:7 51:2,7,
  9,14,23 52:4
  54:10 56:11,
  14 57:20,22
  62:18,19
  64:17 65:14
  68:16 71:19
  72:10,17,23
  74:6,14
  75:11 76:7,
  15,22 77:17,
  18,20 83:1,
  22 84:13,15
  85:18 88:25
  89:6,24
  90:3,11,15,
  17,20,23
  91:1,13,23
  92:4,7,19,21
  93:3,13
  94:7,17,23,
  25 96:16,19,
  23 97:8,11,
  16,18,23
  98:14 99:4,
  8,11 100:7,
  11,18 101:6
  102:3,16,19,
  20,24 103:8
  104:2,8,10
  105:9,11,14,
  16,18 106:2,
  5,10,13
  107:4,9
  108:1,5,9,12
  109:24
  110:4,12,25
  111:2,5,15,

  25 112:7,17
  114:16
  115:7,20,24
  116:5,8,10,
  16,18 117:8,
  11 118:4,7,
  12,18,23,25
  119:12,14,
  17,19 120:18
  121:16
  122:22
  123:2,4,9,15
  124:11,14,24
  125:4,6,13,
  20 126:1,11,
  25 127:2,6,
  21 128:8,23
  129:24
  131:14,22
  132:10,20
  133:9 134:8,
  10,14,17,20,
  24 135:10,
  17,20,24
  136:3,7,11,
  14,17,23
  137:2,8,11,
  14 138:4
  139:3,9,16,
  24 140:10,
  13,21 141:1,
  3,9,10,12,
  18,25 142:2,
  7,13,21,25
  143:4,6,13,
  23 144:7,25
  146:7 147:4,
  20,22 148:6,
  12,14,17
  150:1,16
  151:4,17,20
  152:3,7,14,
  24 153:2,7,
  25 155:4,8,
  25 157:13,
  20,25
  158:10,12,
  14,19,21,24
  159:2

lesson
  146:25
  147:10
letter
  107:3,6,11
  108:12
  109:20
letters
  111:7
level
  11:4 12:7
  18:6,8
  43:15,24
  57:18 85:4
  91:19 101:17
  141:6
levels
  93:15 94:15
liability
  31:1,18 32:8
  124:1,8
license
  53:1 121:16
licenses
  107:21
  156:12
life
  64:13 71:14
  115:12,16
lifeblood
  63:21
lifestyle
  62:10
light
  42:10
lightly
  35:17
likes
  127:22
limit
  65:3 91:18
  108:6
limited
  21:1 57:13
  114:7
Lindsey
  86:22,23

**lines**
  12:23 111:22
**link**
  17:4,16,17
  49:23 104:24
**liquidate**
  34:6
**list**
  29:17 38:17
  66:21 94:10,
  18 98:2,3
  99:13,16
  100:6 104:6,
  11 105:11,22
  107:1 108:18
  117:16
  124:13 128:1
  129:4 142:8,
  9,10,12,15,
  19 147:14
  158:22
**listed**
  143:18
**literally**
  3:11,12 4:21
  6:9,20 7:18
  10:25 25:8
  37:5 38:16,
  18 39:19,20
  42:7 44:5
  45:12 58:10
  59:3 64:17
  65:2 69:25
  70:16 75:19
  84:4 93:8
  94:9 114:4
  156:18
**live**
  31:5 62:12
  82:22 92:1,
  23 93:6,10,
  19 94:2,3
  124:22
  127:24
  128:14
  138:24
**living**
  19:15

**local**
  106:17
**location**
  136:12
**locations**
  25:18,19
**lock**
  10:24 30:1
  151:18
**locked**
  76:19
**locking**
  27:5
**log**
  5:12
**logged**
  138:8
**logic**
  31:25 125:23
**logs**
  95:21 146:3
**long**
  33:7 43:17
  46:20 50:3,
  4,9 54:19
  55:20 65:24
  69:18 76:2
  81:14 82:15
  83:17 88:8,
  16 102:12,25
  125:1 143:25
  150:25
  157:11
**long-term**
  69:18 74:13
**longer**
  23:17 146:22
**look-alike**
  43:10
**looked**
  25:11 58:16
  67:23
**Lori**
  87:25 89:16,
  17,19
**lose**
  80:4,7

126:18
151:13,14
156:11,13
157:18 158:3
**losing**
  101:18
  150:23
**lost**
  13:3 23:18
  41:4 67:10
**lot**
  6:22 9:13
  10:17 11:23
  12:23 13:2,
  4,12 14:21,
  22,25 16:7,
  9,19 17:23
  18:25 19:18,
  23 20:2
  21:4,9,19
  23:15 24:16
  26:21 27:23
  29:3 31:13
  34:1,18
  35:2,11,13,
  18,19 36:4
  37:18 39:11
  41:14 48:15
  53:11,15
  55:11 57:8
  64:11 68:9
  71:3 72:3,11
  75:22 77:11
  78:9,22 79:9
  80:24 81:25
  83:4,6,19
  84:5 88:15
  91:5 94:19
  96:2,12,13
  104:4 106:6,
  12 109:2,17
  112:24
  113:22
  114:19
  117:19
  122:14
  126:7,23
  128:12 129:1

138:18
139:15
143:11
144:24
145:20
148:18
151:12
**lots**
  19:7,8
**love**
  7:2 54:6,24,
  25 71:6,14
  76:8,22
  105:21
  106:16
  118:21
  138:10
**loved**
  4:3 5:4,8
  55:2
**loves**
  127:19
**loving**
  68:14
**low**
  16:5 88:15
**low-end**
  88:16
**lows**
  145:20
**loyal**
  89:19
**lunch**
  155:10
**luxury**
  80:6

---

**M**

**ma**
  94:12
**MAC**
  107:23
  143:10
**machine**
  16:20 57:15
  58:2,5 71:1

machines
  40:8
made
  3:14 7:4
  9:22,25 32:7
  37:3 40:20
  52:20 86:18
  92:8 95:4
  96:24,25
  97:2,5
  98:18,19
  116:20
  120:23,25
  126:6 130:17
  133:1,6
  143:8,14
  144:4
mafioso/human
  25:24
magazines
  137:3
maiden
  144:11
mail
  66:7,11
main
  18:18 26:21
  27:11 50:14
  74:7 90:3
  105:12
  157:17,18
maintains
  106:20
major
  25:18 40:23
make
  4:19 10:24
  18:17 19:14
  23:4 39:8
  40:5 41:11
  43:24 57:7
  74:9 76:18
  83:6 84:11
  89:10 92:12,
  17 93:21
  97:5 98:24
  99:1 115:14,
  16 116:13

120:2 121:5,
  12 124:6
  125:20
  130:23 133:1
  135:4,18
  139:18 140:2
  147:15
  148:21 153:4
  154:18
  155:17
maker
  70:14
makes
  24:18 89:11
  115:2 124:25
  146:19
  147:11
making
  23:4 29:5
  40:21 50:5
  73:10 101:19
  123:15
  127:19
  128:13,15
  140:4 156:5,
  22 157:17
man
  7:13,20
  56:11 68:14
  77:16 94:3,
  5,6 95:2
  99:2 113:11
  115:18
  116:1,7,18
  131:10,11,20
  136:19
  141:14,25
  158:14,19
  159:3
manage
  87:2 114:2
managed
  96:8
management
  56:19 68:8
  82:21 86:8
  110:20 156:5

manager
  87:4
managers
  4:11
managing
  82:24 83:15
manual
  114:2
manually
  105:7 108:16
March
  118:13,20
margarita
  3:16
margin
  33:16,19
marginal
  124:3
margins
  36:3
Marian
  12:25 57:1
  71:24 80:17
  83:9 87:5,8
  95:9 150:16
Marian's
  80:19 143:9
Marion
  104:13 106:8
  108:13
mark
  42:7 62:6
market
  68:21 70:14
  92:2 127:23,
  25 145:24
  155:21
marketing
  8:15 27:18
  40:8 41:13
  46:7 54:13
  55:12,20
  57:6 61:23
  114:23 131:6
  140:17
married
  4:16 39:18

Martin
  3:4 6:3
  13:21 14:5
  15:12,19,22
  16:1,12,15
  17:2,10
  22:10,19
  33:5 34:3,8
  37:6 38:12,
  15 41:7
  42:19,22
  43:1 44:4,8,
  13 45:15,24
  46:6,13
  47:19 48:12,
  17 49:5,8,
  18,20,25
  50:17,24
  51:7 52:2
  54:4,20,24
  57:4 59:20,
  23 60:1,4,7,
  10 62:17,23
  66:14,22
  67:14,18,21
  68:14 69:3,
  12 70:10
  72:16 86:10,
  14,16 93:4
  95:16 98:9,
  11,22 109:2
  112:8 116:12
  119:7,10,16,
  22 121:20
  122:25
  123:12,19
  125:5,14,21
  126:13
  133:22
  137:23 141:6
  149:9,14,23
  150:21 151:7
  152:18,25
  153:6,17,23
  154:4,9,13,
  17,21 155:2,
  12,15,20
  156:4,8,15,
  18,21 158:5,

20
**massive**
 7:13 10:3
 116:13
**master's**
 16:15
**matched**
 146:1
**matches**
 27:21
**matter**
 18:23 27:1
 29:5 35:17
 44:13 101:19
 113:23
**matters**
 13:12
**max**
 97:7 125:18
**maximum**
 36:24
**mean--**
 83:23
**meaning**
 11:11 26:24
 156:3
**means**
 19:23 67:3
**meant**
 68:11
**media**
 18:25 55:12,
 24 79:7
 95:13,22
 96:6 108:24
 113:11
**meet**
 4:11,15 7:2
 149:10,18
 151:21,25
 158:8
**meeting**
 61:6 155:15
 158:6
**member**
 75:2

**member's**
 88:4
**membership**
 88:19
**memorial**
 65:18
**mentality**
 92:5 109:15
**mention**
 8:2 40:15
**mentioned**
 39:2 49:12
 69:6 149:18
**merchant**
 44:6,16
 45:24 46:21
 47:23 48:6
 51:16,17,18
 52:12,13
 80:25 102:5
 121:16,23,25
 122:1,2
**merchants**
 31:7,19,20
 47:1,13,15
 48:2,3 53:12
 83:10 95:10
 121:21
 122:5,15
**message**
 10:6 18:18
 54:13 92:14
 96:22,25
 97:1,4,10
 98:4 102:10
**messaged**
 137:22
**messages**
 71:22 93:1,
 15,17 103:19
**messaging**
 27:18 44:1
 50:10
**messed**
 43:1
**messes**
 13:21 109:14

**messing**
 112:20
**met**
 4:23
**met all**
 32:3
**meta**
 79:10 87:11,
 14
**method**
 39:9 100:4
 103:20
 104:17,19,21
 105:1,2
**Mexican**
 3:16
**Mexico**
 4:5 71:9
**MFF**
 66:17
**mice**
 29:8
**Michael**
 85:14 140:2
**micros**
 146:25
 147:2,9
**middle**
 10:9 47:24
 72:3 78:17,
 24 80:18
**milestone**
 79:14
**milk**
 62:19
**million**
 19:18,20
 36:24 37:1
 39:13 40:7,9
 62:1,6,8,14
 69:6 79:14
 80:2 81:21
 83:2 90:16
 92:24 101:13
 111:14,17,
 19,21,24
 112:1,3

 122:9,19
 123:1,9,16
 141:22 145:1
 152:15
 156:22
**millions**
 39:19 82:13,
 14 84:7
 95:8,12,13
 110:15,16
 112:2 127:19
**mind**
 10:16 41:12
 55:21 87:12
**mine**
 58:23 90:8
**minimums**
 31:15
**minute**
 19:6 90:19,
 22
**minutes**
 14:3 77:18
 78:3 102:20,
 21 103:5
 105:19
 152:10
**misleading**
 38:15 50:3,4
 54:14
**mission**
 13:10
**mitigate**
 15:11 18:7
 22:4 43:20
**mitigated**
 35:11,13
**mitigation**
 28:4,20
**mitigations**
 27:13
**model**
 25:5 33:16,
 19 38:23
 68:7,8
**Modello**
 3:12

models
  62:2
moment
  17:24 38:21
  40:16 87:13
  100:6
Monday
  93:20
monetary
  12:13 16:25
  42:14
money
  23:19 30:20
  31:1,13,18
  32:17 41:22
  46:24 47:12
  51:16,20,21
  53:15 82:2,
  5,10,11,25
  92:1 93:10
  95:23 112:22
  114:11,12
  117:18,19
  122:4,17
  124:18
  126:5,6,7,18
  131:15
  132:1,3,4,25
  133:5,8
  156:13
monies
  30:25
monitor
  21:10
monitoring
  37:24 92:16
  96:4
monitors
  110:20
month
  9:13 17:13,
  17 19:20
  20:4 22:17
  24:13 31:13
  32:12 40:7
  57:21 62:1,8
  74:13 82:6
  83:2 89:3

101:13
111:12,18
112:11 116:7
118:10
122:9,17
123:5,16
124:5 127:19
141:22 153:5
155:16
156:22
monthly
  33:10
months
  5:6 6:6,20
  11:3 12:11
  32:13 56:23
  57:17,24
  62:5 63:2
  64:6 75:20,
  22 84:20
  85:5,12 89:4
  94:11 100:12
  110:10
  113:14
  116:22
  118:23
  122:10 150:6
moon
  154:2
morning
  97:6
motion
  73:4
motivates
  81:16
move
  21:17 31:16
  56:15 71:25
  78:6 81:25
  84:19,22,24
  85:6,19
  90:13 93:19,
  24,25 101:3,
  12,25 102:2
  116:23
  139:17 151:2
  157:5,8

moved
  21:14 85:13,
  14 86:4,9,
  17,18 93:10
moves
  120:15
movie
  6:17
moving
  9:8,10 10:9
  22:6 57:15
  82:22 138:24
mull
  71:16
multiple
  34:19 47:1
  49:12 103:2
  152:19
mute
  95:15 123:10

---

## N

Nadex
  8:14 11:10
  19:17 25:8
  33:13 43:4
  58:25 59:2
  70:13,14
  75:4 128:24
  129:5
  132:22,25
  133:2,5,10,
  16,20 134:11
nailed
  76:12 143:1
named
  92:7,8
narrating
  143:19
National
  82:6
nature
  8:25 58:9
necessarily
  42:13 72:24
  73:16 126:16

needed
  158:17
needing
  86:23
negative
  123:25 157:1
nervous
  150:21
net
  82:6 112:2
net's
  122:18
Nevada
  15:16
new-trader
  104:20
newbies
  37:8
news
  10:15 22:21
  66:20 79:1
  81:18 97:13
  101:23
  109:16 119:2
  137:3 145:21
newspapers
  137:4
NFA
  36:8,21 59:4
  65:22 69:22
nice
  4:4,12,18
  54:23 59:20
  155:11
  158:16
night
  3:9 34:5
  65:17,18
  67:21 83:1
  112:14 131:8
  137:8,22
nightmare
  79:7 96:11
Ninja
  88:2 89:11
  149:6,12
  151:13

155:16
156:11,13,15
157:18
Ninjatrader
89:2 107:20
156:12 157:3
no,i've
93:7
nobody's
154:4,5
nonpaid
11:10
note
16:12 17:2
135:4
notice
147:23
noticed
93:18
noticing
148:2
notional
37:2 70:5
November
111:17,18
NSA.COM
42:11
number
30:8 32:9
39:7 71:24
72:3,8,13,
23,25 73:3
75:13 80:8
97:20 99:22
100:14 104:7
111:22 114:1
124:4,8,9,
10,13 133:18
148:3
numbers
20:17 33:21
37:8 40:10
61:15 62:13
81:20 92:23
111:21 125:7
142:5

NYSE
97:5

O

obligation
124:16
125:8,9,12,
16,24
observations
18:10
occasionally
14:15 71:5
offer
53:8 120:2
132:1
offering
69:25 119:21
121:10 139:8
offers
130:1
office
45:19 52:7
133:11 134:5
135:21
136:5,12
offices
25:18 135:8
136:15
offshore
132:12
oldest
81:15
on-staff
106:25
onboard
70:2
onboarding
14:24 17:14
75:5
one's
102:10
one-time
23:23
online
52:16,21
53:21,25

71:10 91:10
107:12 130:1
135:1
onsite
29:2
open
36:25 97:6
121:2
opening
31:5 116:17
opens
17:13,15
27:3 121:14
operate
25:18
operating
68:4 129:11
operation
56:18
operational
30:12 81:5
82:1 114:9
operations
72:20 83:7
95:7 110:7
opinion
73:23
opinions
42:1
opportunities
34:18 35:13
65:6
opportunity
15:7,9 34:16
38:20 61:2
77:6
option
25:7 93:24
options
70:1,5
100:18
157:23 158:1
order
67:6
organization
11:24 70:22,
24 140:5

organizationa
l
12:12 13:6
14:11 35:3
56:10
organizations
63:20
oriented
16:19
original
55:2
originally
149:2
ourself
40:11
outage
75:17 78:24
152:21
outages
152:19,20
outlined
38:23
outs
90:13 110:2
overarching
14:16
overnight
41:4
overseas
23:16 24:3
101:1 120:6
129:2 131:6
132:12 133:3
oversight
22:8
overview
18:8
overwhelm
13:4 101:25
overwhelming
12:7 65:4
owe
125:18
owned
50:19 53:17
70:13

owner
  143:18
  144:16,18
owners
  4:11,24
  25:25
ownership
  47:4 50:12
  51:25
owns
  51:24

_____

        P
_____

PA
  20:17 82:16,
  18 84:21,24
  85:20 86:2,6
  90:13 91:7,
  25 92:7,9,15
  93:20 95:18
  96:3 102:7
  109:8 110:2,
  20 113:9
  123:24,25
  125:8,9,22
  128:16
  141:16
  144:20
  146:10,16
  153:9
pages
  46:11 49:5,9
  51:3
paid
  17:17 19:1
  31:13 33:12
  79:18,21
  80:1,9
  100:15
  104:16
  117:19
  124:19
  130:19 132:7
pain
  49:13,14
  55:22

pairs
  145:7
Pam
  97:25
Pan
  98:2
panel
  36:13 37:7
  40:1
park
  7:19 9:9
  20:6
part
  12:19 13:2
  18:23 28:14
  30:18 43:13
  45:4 46:21
  49:17 52:6
  53:15 56:4
  58:24 60:8
  67:4 77:25
  82:20 83:2
  99:17 105:24
  106:1 124:6
  126:21 128:2
  137:18 158:3
part-time
  106:20
parties
  132:17
partnership
  120:1,19
parts
  25:1 57:14
party
  59:9 64:5
  140:8
PAS
  31:1 82:17,
  21 83:3
  106:1 109:5,
  7 110:1,9
  111:19
  114:17
  124:13
pass
  47:23 111:20

  138:15,21
passed
  79:13
past
  88:5 100:21
  102:13
  141:23
Patak
  140:2
patch
  115:6
patching
  115:5
path
  14:18 137:24
patient
  147:1
pattern
  19:9
pause
  55:22
pay
  11:11 26:25
  27:1 31:3,
  18,21 32:5,8
  34:6,22
  50:15 53:9
  73:12 79:25
  80:1,3,9
  83:16 90:13
  94:1 100:2
  103:23 110:2
  118:1,10
  121:13
  122:20
  123:19
  124:2,18,21
  125:25 126:4
  128:20
  131:25
  132:25 133:1
  148:11
paying
  27:2,19
  65:14 72:14
  95:23,24
  117:18

payment
  17:21 18:1
  22:1 33:7
  34:20,24
  40:12 42:16,
  18 43:2,6,7
  49:3 103:4,
  25
payments
  18:24 23:24
  42:14 79:4
  102:4,7
  103:4,15
payout
  19:3 33:5,6
  84:25 85:11
  86:6 91:16,
  18 92:10
  95:19,22,25
  96:3,7,9
  98:5,10,20
  99:1,15
  100:4 102:7
  103:20,23
  104:14,17,
  19,21,25
  105:2 111:18
  120:3 125:15
  134:16
payout's
  100:1
payouts
  18:6 20:16,
  17,22 21:11
  30:12,23
  39:10 56:25
  79:17,18
  82:18 83:4,
  8,13 84:21
  85:6,10,20,
  23 98:9
  99:20 100:9
  104:4 105:12
  111:14,17,21
  114:19
  141:14
  142:17 145:1

**Paypal**
  100:15
**payroll**
  106:19
**PCR**
  59:2
**people**
  4:9,15,23
  5:7 11:16,20
  12:23 15:5,
  7,18 17:3,
  15,18 18:15,
  17,24 19:19,
  22,23 20:11,
  16 21:2,3
  24:4,5,18
  27:2 30:23
  31:4 32:14
  33:15 34:2
  35:19 41:6
  43:6,25
  51:12 52:13,
  20 53:2,22
  55:3 62:15
  64:16 74:8,
  17 78:22
  79:2,24 80:2
  81:23 83:14
  84:16,20
  85:2,3
  87:16,25
  88:1,13,19
  89:1,15,19,
  20,21 90:1,
  12 91:3,15
  92:13 93:12
  97:19 99:24
  101:1
  103:18,19
  104:5 105:5,
  8 107:24
  108:24
  109:18 113:9
  115:1,12,16
  119:1,13
  120:6
  121:14,24
  124:18

  126:7,17
  127:10,13
  130:5,11,12,
  13,14,15
  131:6 132:4,
  7,14 133:2,
  24 135:11,15
  136:13
  143:9,24
  146:12
  147:18
  151:14
  153:11,21
  155:13
  156:14
  157:5,8
**percent**
  11:3 16:23
  17:12 30:22
  32:3,5 33:23
  37:2 69:10
  70:5,9,16,22
  78:15,21
  90:7 97:2
  103:6,14
  111:11,23
  113:14 121:4
  122:6,8
  124:8 125:18
  139:21
  152:20,21
  155:5,7
  157:20,21
**percentage**
  124:3,20
  125:1,3
**perfect**
  16:14 96:23
  104:24
  108:13 111:4
  145:17
  146:11
**perform**
  15:5 84:22
  138:20
**performance**
  15:13 18:20

**period**
  20:23 86:6
  92:10 99:2
  102:14
  103:10
  104:15
**periods**
  96:10
**person**
  8:11 13:23
  18:15 71:7
  85:1 88:7
  90:4,25
  91:12,13
  96:15 103:23
  104:23
  106:22
  110:19
  143:18
  149:22 150:2
  151:21,25
**personal**
  18:18 27:8
  28:21 39:3
  42:6 71:14
  144:14
**personally**
  81:12
**perspective**
  32:20 72:19
  116:21
  140:23
**pester**
  3:24
**pestered**
  57:18
**pestering**
  13:16,19
**phone**
  55:16 86:11,
  12 133:18
**phones**
  45:20
**phonetic**
  12:25 47:3
**photoshopped**
  6:11

**physical**
  114:5
**Pick**
  49:23
**picked**
  12:15
**picture**
  6:10
**picturing**
  6:1
**piece**
  66:5
**pieces**
  63:12 73:1
  113:21
**piecing**
  94:12
**pillage**
  116:23
**ping**
  71:12
**piss**
  149:6 158:3
**pissed**
  55:1 79:9
**pisses**
  109:17
**pitcher**
  3:14
**pivotable**
  56:23
**pivotal**
  58:9
**place**
  3:17 8:8
  10:1 12:4
  14:10 15:16
  16:22 17:7
  20:19 23:14
  29:5,16 36:7
  37:7 39:7
  63:12,13
  64:16 67:4,
  19,22,25
  68:23 73:1
  74:5 75:22
  76:1,5 78:22

80:3 99:6
113:15,21
114:25 119:5
127:4 129:10
138:20 140:7
151:15
**places**
22:20 79:25
101:16
**plan**
20:19 26:20
32:22 55:8
56:6 74:3
76:8,10,20
81:18 99:6
112:9,10
137:24
**Plane**
100:5,25
101:2,3,4,5,
8,25 102:2,4
104:14,16,
22,23 105:3,
5
**planning**
72:19
**plans**
15:14
**plate**
13:17 84:11
95:3 114:14
**plates**
14:23
**platform**
36:18
151:10,11
156:3
**platforms**
152:19
**players**
139:15
**playing**
139:10,13,14
**plenty**
112:22
**plug-in**
155:8

**point**
9:1 10:5,18
15:2,4 19:2
22:3 25:22
29:12 30:16
32:5 33:11
34:13 35:7
40:19 55:18
57:9 58:8
61:12 63:9
65:21 70:7,
22 89:25
94:9 126:15,
19 135:5
146:2 151:24
**points**
10:19 39:2
58:1 135:1
**pool**
6:15
**pools**
6:2,17
**poor**
45:12
**pop**
148:9
**popped**
23:22
**popping**
153:15
**pops**
147:19
**port**
7:11
**ports**
7:8
**position**
11:8 64:14
68:21
**positive**
12:18 28:18,
19 59:19
60:17 61:10
67:24
**possibly**
30:18 135:2

**post-covid**
133:23
**posting**
18:25 108:24
**potential**
28:15 77:8
**potentially**
29:13 73:11
151:24
**pothole**
82:10
**power**
40:2
**powerful**
9:20 64:14
**PPA**
56:25
**PR**
137:19
**pre-covid**
133:22
**preaching**
61:19
**preface**
9:3
**premature**
63:11
**premiums**
83:13
**preparation**
127:14
**prepared**
93:15
**prescribed**
68:4
**presence**
25:9
**present**
10:15
**presentation**
72:2
**press**
105:3
**pressure**
92:6

**pretending**
50:4
**pretty**
4:12,23 8:13
11:2,3
23:22,25
28:7,8 35:11
42:19,22
62:7 64:7
69:19 81:23
94:14 95:4
100:20 153:7
**previous**
100:8
**prewritten**
94:20
**price**
69:15,16
139:22
148:23 154:6
**prices**
139:23
151:23
**priorities**
16:11
**priority**
16:6 29:17
30:5 50:14
73:16,25
78:5
**private**
44:22
**proactively**
154:22
**problem**
20:14 21:7
22:24 23:1
24:1 46:19,
20,24,25
47:4,17
48:1,25 51:9
81:9 94:13
95:22,25
99:19 104:19
105:1,4
109:11
113:11
115:1,20

124:17
126:20,24
132:11
133:22
142:16,17,18
157:1,16
**problems**
78:25 96:6,
7,12 114:5,6
153:15,17
**process**
14:24 15:4,
10,18,20
16:19,22
17:14 19:2
26:23 35:4
39:8 43:6,
19,23 52:11
70:15,23
74:24 75:5,
7,25 91:22
102:19,25
151:8
**processes**
27:5,17 36:1
58:2 61:13
63:11,12
64:16 65:23
**processing**
46:2 48:6
121:23
**processors**
33:7 43:8
49:3
**produce**
125:24
**product**
144:5 153:3
**products**
46:7 51:22
53:17
**profit**
38:17 82:6
**profitability**
19:8
**profits**
121:4

**program**
57:7 58:7
72:13 74:22
75:13
**programs**
49:21
**project**
14:7 149:4
**promise**
154:1
**promised**
154:4,5
**promises**
154:1
**promo**
152:9 155:4
**promos**
20:7 81:22
82:2,12 95:8
110:16 112:2
114:24
**promotion**
57:11 87:14
**promotions**
81:13
**proof**
17:4 47:4
107:16,22,23
144:1
**prop**
22:8 23:16
31:5 93:7
122:15
156:13 157:8
**proper**
15:18,19,20
157:11
**properly**
18:14 35:16
76:25 85:20
96:8,9
116:25
**protecting**
27:8 29:9
**protection**
95:13

**protocols**
29:10 117:14
**prove**
145:15 146:5
**provide**
14:11 107:16
**providers**
17:21 18:1
22:1 33:7
34:21,25
40:12 42:16,
18 43:2
**providing**
70:21
**psychological**
81:16 92:6
**public**
34:21 108:23
**pull**
34:12 66:6
94:3 113:8
147:6
**pulled**
21:3
**pulling**
87:16
**punishable**
107:18
**purview**
26:13,16
**put**
7:3 8:2
29:17 30:5
33:11,21
36:13 37:7
50:11,18,21
54:17 58:5
67:25 70:8,9
73:1 76:5
85:22 92:1
95:19 101:4,
20 103:24
104:17,21,22
113:21
122:19 131:9
132:24
142:11,15

148:22
**puts**
62:8
**putting**
9:19 16:5
18:2,21
25:24 37:7
67:3 74:5
87:18 89:15
131:15

---

## Q

**QA**
18:14 56:20
**qualifications**
90:4
**qualified**
90:5,9,12
**quality**
88:25 89:1,6
**quarter**
61:25
**quarterly**
8:5
**question**
42:7 59:14
60:15 72:9
134:5,6,9
135:3,15
**questionable**
102:10
**questioned**
146:13,14
**questioning**
66:5 145:17
156:1
**questions**
29:1 44:18
59:8,17
158:22
**queue**
152:10,11
**quick**
20:10 45:7
50:22 70:2

78:9 88:20
115:11
**quicker**
67:13
**quickly**
36:19 41:15
69:19
**quote**
35:22 36:24

**R**

**Rabichow**
59:1
**race**
15:22
**radar**
37:19 136:21
**raised**
69:1
**raises**
42:12,15
**ram**
154:14
**ramp**
61:22
**ran**
46:24 154:14
**random**
14:6 41:19
57:19 132:12
**random-ass**
69:9
**rap**
22:2
**rape**
116:23
**rapidly**
11:22 35:18
**rattled**
93:6
**reach**
26:17 71:12
**reached**
46:1

**reacquainted**
77:10
**reactive**
19:2
**reactively**
154:23
**readily**
30:21
**ready**
78:22 114:22
142:5,7
**real**
6:13 18:8
78:8 88:20
94:2 101:19
115:11
131:18,20
132:18
136:16 140:6
145:22
150:2,12
**realize**
76:18
**realized**
147:8
**reason**
5:4 15:20
16:2 19:1
52:6 122:13
133:9
**reasons**
17:23 41:2
113:20
**received**
144:5
**recent**
60:8
**recently**
4:16 9:23
**recognized**
30:8
**recommend**
63:20 66:10
72:4
**record**
90:18,21
144:13

**recording**
3:1 90:18
92:22 159:4
**recurring**
23:24
**red**
25:6,14
28:12 42:12,
15 43:5,6
101:14 111:5
**reference**
9:1
**Refilling**
52:2
**refund**
127:13
**refused**
152:5
**reg**
39:23 128:6
**regime**
61:21
**register**
25:10 26:12
**registered**
26:15 35:24
66:1 132:23
**registration**
36:1
**registrations**
28:16
**regular**
58:7 157:6
**regularly**
40:3 58:7
**regulars**
124:19
**regulate**
37:20 65:15
107:22 126:2
127:17
130:21,22
**regulated**
26:12 28:6
35:17 40:12
118:14
129:5,11

130:6 131:25
132:1,16,24
133:7 137:3
**regulation**
24:12 26:16
27:8,25
28:15 31:2
32:25 36:14
38:6 60:22,
25 61:5 62:3
64:2 67:13
68:5 70:19
120:14
129:16
131:18,24
134:4 135:7
139:5
140:18,23
157:5,7,11
**regulation's**
120:11
**regulations**
61:2 63:1
68:21 116:13
129:19
**regulator**
63:25 70:3
76:24 134:25
**regulators**
22:17 24:6,
8,9 30:10
32:13,24
34:13 37:11,
13,18 38:8
39:23 63:15,
16,18,22,23
64:10,12
65:24 67:16
68:2 76:14
112:19
120:12
122:14
123:16,22
128:6 129:2
133:7 134:7
**regulatory**
12:16 22:4,8
25:3,13

32:20 33:3
34:23 60:23
61:21 64:8
67:6 96:7
116:25
149:16 157:9
**rejected**
103:17
**related**
29:24
**relationship**
143:15
**relative**
75:16
**relaxing**
4:14
**release**
44:23
**releases**
66:20
**relieving**
35:4
**relook**
101:20
**remain**
11:8 22:13
**remember**
25:21 41:7
42:23 55:3
92:23 98:24
101:8,11
111:18 140:3
148:2 149:21
**remind**
91:16 109:14
**remove**
57:8 109:20
**removed**
61:21
**removing**
109:17
**rep**
44:16 45:18
86:25
**repeat**
131:5

**reply**
143:9
**report**
32:12 43:13
44:8,20,24
46:16 56:7
87:4 92:8
102:17,24
103:2,18,24
125:20,24
**reporting**
12:23
**reports**
75:1 87:5
94:20 96:13
97:11 105:6
148:5
**representing**
54:18
**reps**
44:16 45:1,
11 46:14
86:20,21,25
87:1,3
**reputation**
15:11 21:7
80:4 113:10
115:2
**reputational**
12:13 18:12
34:21,23
80:10
**request**
14:9 46:5
47:22 48:4
95:19,22
97:1 138:8
**requested**
19:4 95:25
**requesting**
149:25
**requests**
57:19 74:23
82:18 91:4
92:21 96:3
102:8

**require**
144:21
**required**
8:24 26:12
30:13,14
33:25 144:16
**requirement**
39:8
**requires**
58:6
**requiring**
73:9 144:23
**research**
85:22
**reserve**
30:11 33:22
34:8,20
38:1,22,25
39:3 73:18
122:13,19
124:7 125:2
138:7
**reserves**
31:6 37:1
39:14 123:17
**reset**
139:19
**resets**
95:24
**resolution**
53:7
**resolved**
55:25
**resort**
4:23
**resource**
19:12,13
21:10
**resources**
16:13,16
36:19,23
**respect**
28:17 93:6
**respective**
14:14
**respond**
46:3

**response**
155:20
**responses**
150:3
**restricted**
29:14
**restructuring**
57:6
**returned**
103:19
**returns**
31:10 104:1
142:18
**revamping**
57:7
**revenue**
19:18 70:17
**review**
10:7 19:5
39:24 40:24
43:19 45:23
95:18 102:9,
20 140:25
**reviewed**
21:12 41:11
53:19 92:15
**reviewing**
27:19
**reviews**
18:20
**RFED**
36:25
**RFEDS**
35:23
**rhythmic**
75:17
**Rica**
84:16 85:3,9
87:23 88:13
**rid**
147:21
148:20,23,24
**rifts**
15:11
**ringer**
144:12

**RIOT**
3:22 4:2,5
5:1,3,14,17,
22 6:5,16,22
7:4,9,13,17
9:6 51:9,14,
23 52:4
54:10 56:14
57:22 62:19
65:14 68:16
71:19 72:17
74:6 75:11
76:7,15,22
77:17,20
83:22 84:13,
15 85:18
88:25 89:6,
24 90:3,11,
15,20,23
91:1,13,23
92:4,19,21
93:3,13
94:7,17,23,
25 96:16,19,
23 97:8,11,
16,18,23
98:14 99:4,
8,11 100:7,
11,18 101:6
102:3,16,19,
24 103:8
104:2,8,10
105:9,11,14,
18 106:2,5,
10,13 107:4,
9 108:1,5,9,
12 109:24
110:4,12
111:2,5,15,
25 112:7,17
114:16
115:7,20,24
116:5,8,10,
16 117:8,11
118:4,7,12,
18,23,25
119:14,19
120:18
122:22

123:2,9,15
124:11,14,24
125:4,13,20
126:1,11,25
127:2,6,21
128:8,23
129:24
131:14,22
132:10,20
133:9 134:8,
10,14,17,20,
24 135:10,
17,20,24
136:3,7,11,
14,17,23
137:2,8,11,
14 138:4
139:3,9,16,
24 140:10,
13,21 141:1,
3,10,12,18,
25 142:2,7,
13,21,25
143:4,6,13,
23 144:7,25
146:7 147:4,
20,22 148:6,
12,14,17
150:16
151:4,17,20
152:3,7,14,
24 153:2,7,
25 155:4,8,
25 157:13,
20,25
158:10,12,
14,19,24
159:2
**rip**
132:8
**risk**
18:7,12
21:21 26:10
28:4 34:21,
23,24 35:6
42:12 60:23
61:21 62:4
68:8 83:8,9,

10 91:18
95:7 101:18
110:1 156:5
**risks**
10:14 12:5,
12 16:25
17:25 21:24
34:17,19
35:9,19 57:8
65:6
**Rithmic**
119:14
148:1,4,18
152:9 153:16
157:25
**road**
57:24 65:11
**Rob**
149:1 154:17
156:1 157:1
**Rob's**
150:18 156:2
**Robert**
86:17
**robots**
18:17
**rocking**
60:4 85:13
**roll**
114:18
**rolling**
122:8,11
**rolls**
130:25
**room**
11:16 74:7,8
88:1 89:16
**round**
23:9
**routing**
99:22,25
100:14 104:7
**Royal**
4:9
**ruin**
139:1

**ruins**
21:6
**rule**
36:17,20,21
98:24,25
109:14
124:6,7
125:17
128:17,18
138:25
**rules**
26:24 28:4,
22 32:4
36:16 40:1
47:2 49:3
59:5 91:6,17
92:13 96:8
125:19,25
138:18
**run**
9:4 19:7
52:15 55:20
58:4 59:3
81:15 96:20
101:13 105:6
111:10
**running**
11:12 13:16
67:2 69:20
**runs**
57:17 58:24
127:24
**runway**
28:14 67:5
**rushing**
64:25
**Russian**
25:24

---

S

---

**safari**
57:23
**safe**
133:9,10,14
155:7

safeguards
27:9
safety
34:1
sale
79:14 81:15
sales
111:20
123:22,23
124:15
save
14:21 32:9
34:14 55:16
95:10 103:4
104:22
105:20 112:3
saves
95:12 105:4
saving
95:8
savvy
84:17
scalable
70:23 114:3
scale
114:6
scaling
153:24 154:5
scam
47:11 52:23
82:22 102:10
109:7
scammers
17:1 96:4
108:21
109:12
scamming
109:10
scams
17:1,15 43:3
47:8 53:13
82:23 109:4
120:9 133:4
scared
39:24 45:2
100:22
101:9,21,22

122:12
140:24 150:7
scares
89:21 148:7
153:13,14
scariest
41:1,3
scary
35:12 43:15
45:3,22
140:24
scenario
43:5 75:20
scenarios
75:25
scheduled
58:7
scope
26:2 27:7
scorecards
18:21
scramble
80:20
screen
8:21 10:4
screenshot
19:3
screenshots
145:9
screw
24:5 33:8
35:1 102:2
130:12,13
screwed
23:3 31:20
34:9
screwing
128:4
Search
66:14
Seas
5:5
Seasons
4:17
seconds
102:22

secret
144:14,17
sections
40:24
secure
124:25
security
29:10 84:25
134:20
select
97:15
selected
92:15
self-
regulated
130:16 140:5
sell
52:13,16
117:2
selling
39:20 52:25
53:2 109:5
send
9:1 23:13
33:10,25
42:2 46:22
47:4 66:20
67:8 74:8
92:22 93:17
94:20,21
96:21,25
97:1,10,13
99:14 101:1
102:14
103:16,18,25
104:13,15
105:4,22
107:7,8
108:12,18,19
109:10 111:6
123:6 132:1,
2,3,4 142:12
143:25
144:13 146:1
149:10
sending
97:18,25
106:23,24

107:2
sends
101:4 104:23
143:25
sense
40:5 84:2
146:19
147:11
separate
30:12 31:24
52:18 72:21
separated
86:2
server
120:3 121:8
154:14,15
156:19
servers
27:9 29:2,6
service
72:21 84:18,
23 86:4
services
53:5 107:20
set
36:6 37:22
38:1 54:1
77:1 87:19
101:5 109:19
117:3,6,14
118:2,4
124:9,20
129:14,23
135:15
136:25
138:10
139:13
setting
32:15 73:17
110:1 117:13
154:5 156:9
settlement
53:9
setup
118:7,11
seven-page
91:2

Tab 14a -- 2024.03.21 QST00347764

| | | | |
|---|---|---|---|
| **sh** | 78:13 79:2 | 12 58:11 | **shuts** |
| 112:23 | 80:12,19 | 61:9 131:6, | 122:1 |
| **shady** | 81:5 82:1,21 | 11 | **shutting** |
| 130:11,13 | 87:14 88:12 | **shopping** | 132:14 |
| **Shalon** | 89:21 91:7 | 50:1 | **side** |
| 85:12 86:7 | 94:6,14,22 | **shops** | 12:12 14:7 |
| 145:6 | 95:2,3,6 | 22:6 24:3 | 16:12 17:8 |
| **shape** | 96:2,4 | 25:22 26:1, | 21:11 27:19 |
| 36:13 40:1,4 | 99:22,25 | 15 52:9 | 28:9 64:5 |
| 62:7 64:15 | 101:15 | 68:25 69:8 | 67:17 72:12 |
| 70:18 | 103:11,19 | 133:3 | 74:21 81:16 |
| **shapes** | 104:5 106:11 | **shortened** | 82:1,24 |
| 65:7 | 107:24,25 | 28:16 | 85:21 88:6 |
| **share** | 109:22 | **shotgun** | 89:13,15 |
| 8:21 9:7 | 112:15 | 25:24 26:3 | 91:8,16 92:6 |
| 10:4 18:10 | 113:6,7,8,10 | **show** | 110:8 127:18 |
| 25:23 26:7 | 114:9,25 | 16:2 19:9 | 128:6 131:3 |
| 60:18 77:3,5 | 115:4 120:9 | 31:12 33:17 | 150:13 |
| 143:10 | 123:7 127:14 | 44:18 131:12 | **sides** |
| **shared** | 129:23 130:7 | 144:1,11,14 | 128:10 |
| 57:11,12 | 131:13,21 | **showed** | **sign** |
| **sharing** | 132:12 | 103:10 | 52:10 118:9 |
| 7:23 64:9 | 136:9,21 | 131:19 | 135:17 |
| **sharp** | 137:15 138:9 | **showing** | 136:13 |
| 87:11 88:7 | 140:5,6 | 25:16 143:19 | **signup** |
| **shave** | 141:5,15 | **shows** | 52:11 |
| 62:3 | 142:11 | 6:22,25 8:4 | **sim** |
| **shift** | 144:24 145:4 | 33:3 137:8, | 138:24 157:9 |
| 148:2 | 146:2,6 | 19 | **Sim2fund** |
| **ship** | 147:10 | **shrink** | 119:5,8 |
| 6:4 62:21 | 148:20 | 94:22 124:13 | 120:19,22 |
| **ship's** | 150:11 | **shrinking** | **Sim2funded** |
| 112:15 | 155:19 | 94:16 | 119:16 |
| **shipped** | **Shit's** | **shut** | 150:22 |
| 69:21 | 112:10 | 23:10,14 | 151:8,9,12 |
| **shit** | **shit--** | 24:9 26:14 | **similar** |
| 5:19,23 6:8 | 153:22 | 59:25 67:9, | 6:24 100:16 |
| 10:17 14:9 | **Shits** | 16 69:1 | 120:20 |
| 20:6 22:22 | 115:3 | 79:10 88:10 | **simple** |
| 23:5,6 | **shitty** | 109:11,13 | 54:23 81:14 |
| 24:16,18,21 | 69:15 | 120:12 124:2 | **simply** |
| 30:2 31:10 | **shoot** | 125:17 | 25:5 |
| 42:3,20,23 | 42:3 115:6 | 131:17 139:3 | **simulated** |
| 47:12,23 | **shooting** | 146:6 | 91:25 |
| 48:10 52:2 | 112:23 | **shutdown** | **simultaneous** |
| 53:7,10,13 | **shop** | 34:5,6 60:9 | 52:1 |
| 58:17 69:5 | 25:5 33:9 | | |
| | 49:17 52:11, | | |

**sincerely**
  14:13
**single**
  58:1 100:20
  103:4 108:2
  129:20
  133:12
**sinking**
  112:15
**sit**
  9:24 27:9
  71:16 95:1
  106:4 125:22
**site**
  23:4 47:5
  48:7,12,13,
  15,16,20
  49:11 50:12,
  16,18,23
  51:18 52:20
  53:16,17
  54:16 64:8
**sites**
  25:12 49:13,
  16 54:1
**sitting**
  11:16 29:7
  57:19 58:19
  76:17
**situated**
  76:6
**skating**
  6:25
**SKELTON**
  3:2,7,16
  4:18 5:13,
  15,18,20,24
  6:8,12,19
  7:6,10,14,
  18,22 8:7,22
  9:12 10:7
  14:2 20:1
  22:16,20
  23:13 24:24
  26:3 29:25
  30:25 32:11
  37:11,16
  38:11 39:13,

22 44:12,15
45:6,11,16
46:1,10,12,
17 47:21
48:9,19,25
51:2,10,15,
24 52:5
53:11 54:8
55:8,15
56:15 58:18
60:5,8,12
62:20,25
63:22,25
65:12 66:9,
13,16 67:7,
16 68:17
69:4,13 71:2
74:19 76:23
77:16,18,21,
24 78:7,11
83:23 85:8,
19 86:13,15,
17 89:5,8,25
90:7,14,17,
21,24 91:2,
24 92:5,20
93:1,14
94:9,18,24
95:1,17
96:17,20
97:2,9,15,
17,21,24
98:10,12,15,
23 99:5,9,13
100:10,17,19
101:7 102:6,
18,23 103:6,
9 104:3,9,11
105:10,13,
17,21 106:3,
6,11,14
107:7,10
108:4,8,11,
13 109:4,25
110:5,13,25
111:4,9,16
112:1,9,18
113:4,24
114:4,17

115:8,18,21
116:1,4,6,9,
11,17
117:10,20
118:6,9,17,
21,24 119:1,
8,12,15,20,
24 120:22
121:21
122:24
123:3,10,13,
18,21
124:12,15,25
126:10,12,14
127:1,3,7,22
128:9 129:7,
25 131:15,23
132:11,21
134:1,9,13,
16,19,23
135:2,13,19,
23,25 136:5,
8,12,15,18,
24 137:7,10,
13,15,25
138:5 139:4,
10,17,25
140:11,15,22
141:2,4,8,
11,13,23
142:1,6,8,
14,22 143:1,
5,7,14,24
144:8 145:3
146:8 147:5,
21,23 148:7,
13,16,25
149:12,18,24
150:23
151:6,9,18,
24 152:6,12,
17,23
153:13,20
154:8,12,15,
20,24 155:6,
11,14,17,24
156:1,6,10,
17,20,24
157:16,24

158:2,7,11,
13,16,21,25
159:3
**sketched**
  133:19
**sketchy**
  108:10
**sky**
  65:3
**sleep**
  34:4 64:24
  67:21 84:3
  114:6
**slew**
  60:13
**slide**
  8:3,4,9,22,
  24 25:3 28:3
  34:15 65:1
**slides**
  7:19 22:4
  26:11 55:10
**slow**
  147:8 152:10
**slowing**
  105:12
**small**
  7:17 155:12
**smaller**
  114:1
**smart**
  19:14 146:21
**smooth**
  16:20
**social**
  18:25 55:12,
  24 79:7
  95:13,22
  96:6 108:24
  113:11
**sold**
  51:22
**sole**
  144:16,18
**Solei**
  6:23

solid
  61:21 137:23
  153:4
solvable
  35:11
solve
  21:18
solved
  19:24
solves
  96:12 144:24
somebody's
  114:9 120:10
something's
  102:9
sooner
  84:12
sort
  36:6 41:19
  92:9 94:21
  125:22
sound
  3:5 66:18
  76:19
sounds
  57:1 65:15
  74:6 76:7
  122:22
  158:12,24
space
  11:6 22:6
  25:7 28:6
  35:18 37:13,
  18 39:15
  40:4,11
  58:12 59:11
  69:2 136:5
  157:2
Spanish
  84:17
spark
  101:14
speak
  84:16
speakers
  52:1

Speaking
  137:15
Speaks.com
  49:21
special
  52:21 103:25
  104:3,4
  149:19
specific
  33:21 40:2
  49:10 92:23
  144:14
  145:17,22
specifics
  142:23
speed
  81:17
spelled
  91:6
spend
  3:19 6:20
  77:11
spent
  8:12 51:12
  55:15
spiderwebs
  57:2
spike
  47:10 109:16
spinning
  115:10
spiral
  115:3
split
  62:11,15
splitting
  51:21
spot
  35:15,16
  68:20
spread
  150:4 152:20
spur
  17:24
squared
  28:11 55:23

squeaky
  117:3,5
  122:3 130:21
  136:25
squeeze
  114:24
st
  91:3
stable
  153:4,8
staff
  11:23 18:14
  37:25 61:24
  72:20 83:5
  94:15 114:14
  117:22
  129:25 130:2
staffing
  78:18
stage
  126:8
stamp
  63:3
stamps
  52:2
standard
  36:6 37:13
  63:3 138:16
standards
  36:13
standpoint
  134:4
start
  12:10 27:15
  37:7 43:6,8
  52:13 57:9,
  12 66:4,6
  71:13 72:12
  73:8,17
  74:3,5 75:22
  76:4,8,20
  85:3 87:19
  89:3 90:12
  108:24
  114:20
  117:12 118:5
  147:8 148:5

started
  11:20 35:5,
  25 36:1,3
  39:19 79:6,
  24 80:4,7
  118:12,20
  122:7 146:25
  147:1,9
starter
  118:12
starts
  58:4
state
  15:15
statement
  27:21 33:10
statements
  31:10
stating
  144:3
stay
  54:22 69:3,4
  77:24 81:22
  116:14
  136:21
  151:19
stayed
  7:11
staying
  82:23
stays
  13:15 93:25
steal
  107:19
  137:17,20
stealing
  26:1
step
  9:4 76:21
  79:19 113:18
stepping
  45:20 81:4
stick
  22:1
stickers
  54:1,2

stomped
  21:23
stop
  7:8,22 10:4,
  18 70:21
  82:10,11
  90:19,22
stopping
  82:14
store
  52:14
stored
  29:2 75:6
stories
  25:23 26:4
  129:7
story
  127:11 131:5
straight
  109:10
strategic
  14:15 56:6
  141:4
strategize
  81:17
strategy
  18:9 61:16,
  17 98:25
  126:4 144:15
  145:8,16
  147:5
strength
  79:17
strengths
  10:22
strict
  47:7,15
  129:16
string
  66:5
strong
  23:23,25
structure
  19:16 20:11
  35:3 70:24
  73:2 80:13
  84:10

structured
  117:6
structuring
  9:16
stuck
  17:19
stuff
  7:25 9:20
  16:7,9 20:3
  22:1 23:23
  29:18 37:6
  38:16 42:2
  49:4 57:12
  59:10 64:8
  65:4 71:4,11
  78:22,25
  81:5 83:9
  84:21 88:16
  91:7 96:13
  99:14,16,17
  100:3,5
  104:6,15
  106:6,8
  110:18
  112:10
  114:14,25
  127:4 128:1,
  12 140:18
  141:6 149:7,
  16,24,25
  150:1 154:18
  155:13
stuff's
  119:3
submit
  46:19 47:18,
  21,25 48:9,
  23 91:4
sucks
  15:6 51:11,
  13
sudden
  11:20 12:2
  21:25 35:19
  36:1,2,21
  37:8 42:10
  51:18 75:18
  80:25 121:22

146:10
suddenly
  95:24
sufficiency
  27:10 30:9
  33:4,18 39:6
sufficient
  35:1
suggest
  48:14
suggested
  70:2
sum
  61:5
super
  7:7 9:13,14
  70:23 87:10,
  11 99:14
support
  56:18,20
  86:18 98:5
  120:3 127:25
supposed
  52:10
surfing
  6:16
Surge
  60:1,10,12
  66:22
surprised
  9:25
swamped
  3:23,25
swaps
  60:25
sweater
  66:6,8
switch
  61:24 114:23
  119:25
switching
  105:5
system
  29:21 97:1
  102:11
  127:24
  144:22 145:8

146:22
systems
  29:24 79:16

————— T —————

T3
  31:5 124:22
tails
  147:15
takes
  13:11 34:22,
  23,24 49:23,
  25 85:4
  88:16
  102:19,21,25
  103:16
taking
  6:10 76:21
  83:12 95:5
talk
  4:12 7:24
  10:12 11:24
  12:9 18:4,22
  19:10 20:20
  21:8 22:3
  25:2 26:8,9,
  20 40:9
  45:18,19
  49:21 52:7
  71:17 77:22
  106:16
  134:15 135:4
  137:8,19
  142:23
  144:18
  149:19,22
  154:10
  158:25
talked
  25:21 32:25
  35:2 37:16
  42:17 46:14
  55:7 61:4
  68:19 81:2
  84:2 106:15
  108:13
  116:17 129:9

138:13 148:2
**talking**
 4:24 5:15
 18:15 41:19
 58:19,22
 59:5,14
 61:10,20
 62:13,25
 78:10 86:8
 97:21,22
 98:7,8,15
 114:5 119:9,
 12,17 122:5
**target**
 59:13
**tariffs**
 72:15
**tax**
 27:22 31:10
 52:2 94:2,6
**taxes**
 131:16,17
**team**
 13:2 41:21
 56:12,19,20
 57:12,13
 58:24 85:23
 87:1,3,4,10
 99:17 150:19
**teams**
 13:9 16:24
 57:6
**tear**
 145:11
**tech**
 56:11,13
 84:17
**technology**
 22:9 29:10
 121:11,13,15
 153:18
 154:10
**telling**
 17:3 52:20
 82:3 88:17
**ten**
 32:1,2 46:20

60:5 71:20
 74:17 84:16
 87:1,3 88:18
**term**
 33:4
**terminate**
 15:18
**terms**
 33:5,6
 107:13,15
**terrible**
 26:18 67:1
**terribly**
 20:5
**test**
 96:20 147:17
 155:12
**tested**
 91:24
**testing**
 94:11
**Texas**
 15:15
**thankfully**
 55:25
**that'll**
 25:13
**that--**
 119:6 143:1
**the--**
 107:4 110:2
**theater**
 6:17
**theft**
 107:12
**their--**
 120:23
**thereof**
 80:4
**thing**
 3:14 10:15
 20:22 24:6,
 17,20 26:18
 29:22 31:2,
 17 36:15
 37:5 40:2
 41:12,19

47:7,16
 51:15 52:15,
 21 53:4,24
 55:17 56:5,
 21 57:17
 60:18 63:4
 64:3 66:4,24
 67:2,12
 68:18,24
 69:18 70:12,
 23 72:24,25
 74:7 76:12
 77:4 79:22
 80:10,12,23
 86:12 87:6,
 23 88:22
 90:3 94:16
 96:23 97:6,
 25 102:1
 104:14
 106:23
 109:13 115:4
 117:1 119:4,
 21 120:1
 126:1
 128:23,24
 129:20
 132:13,19
 136:8 140:24
 143:2,14,25
 145:14,19
 147:13 149:4
 152:3,18
 156:20,24
 157:3
**things**
 4:22 8:3,15,
 16 9:2,7,8,
 10,13 10:11,
 12,13 11:25
 12:2,3,22
 13:5,9 14:23
 15:12 16:11
 17:7,20,24
 18:11,21
 19:10,23
 20:4,5 21:17
 24:19 25:2,
 20 26:9,24

27:4 28:15,
 19 29:8
 33:16 35:5,
 14,25 36:4,6
 37:19 40:4,
 17,18 41:1
 43:16,22
 44:2 47:11
 49:10 50:13,
 14 55:19,22
 56:10,25
 57:2,25
 60:16,20,21,
 25 62:7
 64:15 65:5,7
 66:2 68:13
 69:23 70:18
 71:21 72:11
 73:7,15
 74:10,24
 75:9 76:5
 80:21 81:1,
 16 84:5,9
 87:9 91:3,5,
 8,15,17,19,
 24 93:11,16
 94:11,19,20
 97:10 100:15
 104:14
 105:18,23,24
 110:19,21,23
 111:3 113:25
 114:1,2
 116:20
 117:16,22
 128:5,11
 130:10 131:8
 138:5,6,12
 139:11
 142:9,10,14,
 23 145:20
 149:20
 154:21
**think--**
 151:6
**thinking**
 12:10 56:5
 61:17 68:11

72:12 74:3
76:4 116:21
150:12
**thinks**
124:10
149:15
**third-party**
30:18
**thirds**
148:4
**this--**
139:25
**thought**
22:22 29:12,
25 30:2
58:18 64:12
66:16 134:6
140:23 149:2
150:1
**thoughts**
109:25
**thousands**
98:7,15
124:18 146:4
**three-fourths**
37:9
**threshold**
138:21 153:8
**threw**
68:9 71:3
**throw**
29:12 61:15
84:7 92:3
**throwing**
31:23 157:10
**thunder**
137:17,20
**tick**
88:9 147:19
**ticket**
35:4 78:23
98:4,5
**tickets**
5:6 18:12
56:16 79:5
84:19 85:4
90:13 135:11

**tight**
133:7
**tight-knit**
11:17
**Tiktok**
6:3
**time**
3:10 4:21
5:11 8:12
16:9 20:21,
25 21:1
28:16 30:17
34:10 36:10
41:20 43:4
47:23 63:7
67:5 70:14
77:11 80:23
81:14 82:16
83:17 88:5,
9,23 91:25
93:19 94:14
95:23 96:2,9
99:2,20,23
100:1,21
103:25
104:20
105:14
111:24 112:4
114:8 115:4
127:12
131:4,24
133:10 139:7
140:14
146:18 147:7
150:25
152:16 153:3
**timeliness**
18:24
**times**
18:25 37:18
105:7 130:19
139:20
146:18,19
147:10 150:6
**tip**
5:23
**tired**
158:13

**titles**
81:5
**Tobacco**
54:20
**today**
12:8,14 17:3
30:23 45:17
63:8 68:9
71:4 72:4
73:17 87:15
125:25
152:13
**Today's**
93:19
**Todd**
9:14,15
11:24,25
12:21 57:13
73:1,20
87:5,10,18
116:11
**Todd's**
9:19 12:20
14:24 18:20
56:9,20,24
71:6
**toes**
9:4
**told**
24:7 53:22
59:6 93:16
116:19 127:7
136:19
137:18
141:20
150:10
**tomorrow**
29:18 65:18
72:5 73:19
117:9 123:20
124:2
**ton**
91:7
**tone**
18:16 152:1
**tonight**
142:9

**tons**
112:2
**tool**
34:1 75:3
**top**
10:9 30:5
36:5 38:9,16
39:22 50:19
59:10 68:22
79:19 80:11
82:23 85:15
86:4 87:16
109:6 111:6,
11,12 129:12
153:18,21
**Topstep**
134:10,12
140:2
150:24,25
151:5,14
**Topstep's**
119:21
150:24
151:10
**Topstepx**
119:5 151:10
**touch**
40:19
**town**
69:20,25
106:17
115:14
**track**
32:11 92:8
125:7
**tracking**
125:7
**trade**
70:11 89:2
93:20 109:16
124:23 128:3
132:3 138:20
139:19
143:20
145:23
146:22,23
156:14

**traded**
19:7 32:7
89:22 95:23
132:25
**Trader**
25:17 41:10
46:22 48:18
49:6,11,16,
24,25 50:19,
23 51:1 54:6
60:1 66:14
89:18 107:13
135:18
**Trader's**
60:10
**traders**
81:16 91:21,
25 97:12
127:24
143:16,17
**trades**
19:9 92:16
96:5 143:11,
20 145:17
146:4
**trading**
17:1 69:22
70:6 88:2,8
89:9 90:10
92:23 93:6,
18,21 94:2
102:11
109:5,15
124:22
128:14
138:17,25
143:17,18,
19,22
144:10,14
145:5,6,8
146:1
**traditional**
62:2
**Tradovate**
31:5 78:24
107:20
124:22
147:19,24,25

148:4,9,11,
19,20,24
149:6,12
151:5,7,13
152:8,9,11,
13 153:15
156:11,12
157:22
**Tradovate's**
148:1,10
151:1
**trafficker**
25:24
**trailing**
138:21
**train**
85:5 88:3,8,
15,16,19
110:9,22
130:4
**trained**
18:14 19:14
37:25 111:1
**trainer**
86:18,19
**training**
14:25 56:20
86:19 87:18,
21 88:12
130:2
**transaction**
50:14,15
53:16
**transactional**
48:16 49:2,
5,16
**transactions**
49:2,6,7
**translate**
114:3
**travel**
26:6
**treasury**
27:7 43:14
44:9,11
**treating**
128:4

**tremendously**
100:6 105:24
**trickle**
154:25 155:1
**trip**
81:4
**trouble**
24:18 79:5
128:19
**troubles**
112:18
**truck**
82:4,5,9
84:8
**trucks**
82:4
**trust**
133:7
**Tuesday**
65:17
**turn**
40:8 93:5
154:19 155:1
**turned**
144:12
**turning**
61:23
**turns**
117:1
**two--**
51:25
**two-week**
88:12
**type**
42:14 75:20
133:21
**types**
41:8

---

**U**

---

**U.S.**
23:18,21
25:9,10
59:24 67:10
101:1 120:13
131:6,7,16

132:15,23
**ultra**
18:3
**umbrella**
25:19 157:7
**unapproved**
43:8,9
**underground**
137:5
**understand**
13:1 75:9
85:21 89:11
93:11 102:11
110:25
130:20,24
143:15,16
146:15
147:17
153:21
**understanding**
31:11 130:9
**understands**
13:13 91:20
**understood**
11:18 91:23
115:18
120:19
**undoing**
51:11
**unexpectedly**
92:3
**unknown**
62:4
**unresolved**
18:12
**unwinding**
70:15
**update**
8:2 36:23
99:24
**updated**
44:1
**updating**
128:13
**upfront**
21:10

upgrade
154:13
uphold
68:6
uploading
108:2
upset
79:8
upwards
62:6
URL
23:2 42:13
43:17 46:18
49:7 51:24
55:6 78:25
79:8 80:11
111:12 121:6
URLS
25:11
USD
70:6,8
utilize
86:6

─────────────

**V**

vacation
4:14,20
valid
19:1
valuable
5:2 9:5
63:16 66:3
valuation
41:5 59:10
60:21 62:2,
9,15 63:4,6
valuations
60:20 61:3,
20
values
13:11
Vegas
6:23
Veriff
27:4

verifiable
27:22
verification
144:21
verified
21:12 73:10
verify
26:24 46:2
98:25
version
56:8
versus
154:22
157:3,11
vet
115:14
video
92:22 93:22
99:1 143:2,
3,5,18
144:1,11,13,
23,24 145:2,
16
videos
6:3 93:2
145:9
view
14:17
virtue
26:13
visa
44:21
vital
83:20
Vladimir
85:14
voice
18:16
volume
145:21
153:21 154:6
156:15,19

─────────────

**W**

WABEN
27:20

wacky
28:22
Wailea
4:17
wait
19:6 37:21
76:9 99:2
116:22
137:18
waited
46:4
waiting
80:2 102:13
108:15 155:9
walk
8:3,17,21
10:4 43:11
58:10 103:12
142:16
144:22
wanted
7:24 8:2,10
30:23 39:20
41:21 77:3
84:13 129:3
137:17
149:22 150:2
158:8
wanting
11:24 46:1
149:18
warning
28:24
wary
35:10
watch
24:11 93:21,
23 120:15
watching
9:25
water
7:19 78:8
113:4
wave
6:14
ways
13:8 31:14

33:18 143:3
we--
116:21
weaknesses
10:23
Wealthcharts
148:15,22
150:10,18
153:3,14,18
155:5
wearing
66:11
weather
4:6 5:7
web
25:12 152:4
website
29:15 33:12
40:22,25
43:4,8,10
44:1,5 46:2,
7 49:2,20
51:19 52:18
54:19 55:6
72:7 89:2
100:14
123:15,23
websites
46:20 47:18
wedding
71:9
Wednesday
93:21
weeds
14:16,19
27:23 31:24
57:19
week
23:8 32:12
41:19 64:18,
22 71:8 72:5
74:2 85:14
96:24,25
97:19,23
98:7,19,20
104:15 124:4
141:20

**157:22**
**weeks**
  3:8,20 23:8
  51:12 74:16
  81:3 96:21
  104:12 158:8
**weight**
  140:20
**weird**
  150:12
**well-**
**established**
  157:4
**wheels**
  115:10
**Where'd**
  4:4
**Wherefore**
  119:25
**white**
  119:24
  121:1,6,19,
  23 150:8
  151:11
**whoever's**
  26:25
**whole--**
  136:19
**win**
  16:3 108:23
**winddown**
  61:17
**wise**
  50:18 105:1
**withdrawals**
  33:23
**Wonderful**
  65:14
**wonky**
  58:4
**word**
  10:6 40:22
**work**
  20:15 31:25
  42:5 51:12
  54:8 58:22
  63:15 64:21,

22 69:7
71:20,25
72:4 73:18
74:8 75:21
84:11 88:11
91:17 95:7
104:4 106:18
112:12
114:13,20
129:17
133:12 140:9
141:19,21
142:2,4
149:5 152:4
**worked**
  41:4 59:2
  64:11 93:7
  111:10
**working**
  12:21 33:17
  44:15 56:20
  57:1 72:20
  76:9,10 81:1
  83:9 87:19
  95:9 106:7
  133:24
  136:13
  148:14
  149:1,20,24
  150:14
  151:25 156:8
**works**
  59:3 63:23
  74:18 81:20
  99:17
  104:22,24
  106:20 134:7
  147:5 153:8
**world**
  93:8 117:4
  133:23
  136:20
  144:13
  155:18
  158:18
**Worldcom**
  41:4

**worried**
  33:12 150:2
  151:2
**worry**
  57:25 98:18
  128:6,11
**worth**
  5:10 58:12
  96:14 111:24
  112:4 117:7,
  19 140:12,19
**worthless**
  3:3,7
**wow**
  5:19 6:7
  7:14 65:25
  70:10 71:17
**write**
  16:18 98:25
  125:22,23
**write-ups**
  15:12,13
**writing**
  15:14
**written**
  93:2 106:6
**wrong**
  26:1 66:12
  99:25 102:9
  104:5
**wrote**
  106:24
**WTF**
  42:7

**Y**

**year**
  19:17 62:1
  84:20,24
  85:1,5
  118:15,22
  149:7
**years**
  4:20 8:25
  10:17 11:10
  28:5 39:17

63:21 77:7,
9,11 90:6
116:22
128:25 138:2
**you--**
  151:22
**young**
  64:12
**Yubikey**
  29:23

**Z**

**Zendesk**
  98:6
**Zoom**
  90:18